*FILED*
J N 1 - 29 - 2008
JAN 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT -

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FLOYD SHEPHERD,                     )
                    Plaintiff,      )
                                    )
            v.                      )          C: 08cv622
                                    )          JUDGE GOTTSCHALL
HOMECOMINGS FINANCIAL (GMAC),       )          MAG. JUDGE BROWN
                    Defendants.     )

## AFFIDAVIT OF TRUTH
*Complaint*

1. On May 4th, 2007 defendant received a verification of the debt letter by certified mail. Defendant responded with copy of the contract and defendant was informed that the stipulations of the verification of debt letter were not satisfied, as per blacks law dictionary 4th, edition. This was the only response from defendant.

2. On August 20th, 2007 defendant received another verification of the debt letter by certified mail, two commercial affidavits and a notice and demand letter, asking certain question about so called loan agreement. All documents were to be signed under penalty of perjury by loan officer. No response from defendant.

3. Defendant was mailed affidavit of default judgment and of estoppel by acquiescence on January 23rd, 2008, true bill was attached for damages. Defendant is in violation of the fair debt collection practices act, us code title is 1692A.

4. Defendant has not proven jurisdiction and has not been injured.

1

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

5. Other damages incurred are unlawful seizure of property, 4th amendment.

6. Deprived of property without due process of law, 5th amendment.

7. Denied due process, 6th amendment.

8. Disparage of rights, 9th amendment.

9. Power of the people, 10th amendment.

10. Involuntary servitude, 13th amendment.

11. Property rights, (Civil) USC Title 42 Section 1982

12. Deprivation against rights (Civil), USC Title 42 Section 1983

13. Conspiracy (Civil), USC Title 42 1985

14. Fraudulent statements & representation, USC Title 18 Section 1001

15. Neglect to prevent (Civil), Title 42 Section 1986.

I, [Floyd Shepherd], have personal knowledge of the above facts, am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

Yours truly,

Floyd Shepherd, American National
All Rights Reserved with Honor and
Without Prejudice

NOTARY

OFFICIAL SEAL
ACRESHA LaRUE
PUBLIC, STATE OF
MISSION EXP

2

# CERTIFICATE OF SERVICE

**Republic of <u>Illinois</u>)**
**Subscribed and Affirmed)**
**County of <u>Cook</u>)**

I, **Floyd Shepherd**, the undersigned mailer/server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the **24th day of January**, **2008,** that, on behalf of (name) **Floyd Shepherd**, a natural person, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below**, to wit:**

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | Statement of facts | 6 |
| 2 | Commercial Affidavit-Statement of facts | 2 |
| 3 | Affidavit of default | 7 |
| 4 | UCC Financing Statement | 13 |
| 5 | Verification of debt letter | 1 |
| 6 | Verification of debt letter | 1 |
| 7 | Commercial Affidavit-Loan Belief | 3 |
| 8 | Notice and Demand | 2 |
| 9 | Affidavit of corporate denial-Exhibit 1A | 18 |
| 10 | Affidavit of citizenship, Domicile, and Tax Status | 13 |
| 11 | Secured party-First In Line | 1 |
| 12 | Proof of Jurisdiction | 4 |
| 13 | Special Appearance Affidavit | 3 |
| 14 | Constitutional Rights | 10 |

**Total of _14_ documents with combined total of __84__ pages.**

2. That I personally mailed said document(s) via (initial those which apply):

\_\_,\_\_\_\_\_United States Postal Office, by regular mail, postage prepaid

_____ United States Postal Office, by **Certified Mail #** _____

Return Receipt Requested

_____United Parcel Service (UPS), tracking number # _____

_____Federal Express, tracking number # _____

\*\*\*\*\*\*\_\_\_Other (specify):

_____File in person at **United States District Court, Northern District of Illinois, Eastern Division**

**JUDGE:** _____**CASE NO:** _____

at said City and State, one (1) complete set of **ORIGINAL/COPIED (circle one)** documents, as described in item 1 above, properly enveloped and addressed to (addressee and address):

3. That I am at least 18 years of age;

4. That I am not related to _____ by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Server"); and further,

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

(Signature): _Floyd Shepherd_____, Mailer/Server

(Printed name): _Floyd Shepherd_____

# NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the County of

_Cook_, Republic of _Illinois_ (statename), this _24_ day of _January_, 20_08_.

_Floyd Shepard_____ mailer/server did appear and was identified by

driver's license and who, upon first being duly sworn and/or affirmed, deposes and says that

the aforegoing asseveration is true to the best of his/her knowledge and belief.

WITNESS my hand and official seal.

```
OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10
```

/s/_____ SEAL

Notary Public

My Commission Expires On: _2/1/10_

## CERTIFICATE OF SERVICE

*Page 2 of 2*

<u>STATEMENT OF FACTS</u>

January 20th, 2008

From:
Floyd Shepherd
8119 S. Artesian St.
Chicago, Illinois [60652]
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

To:
Homecomings (GMAC) Financial
P.O. Box 890037
Dallas, Texas 75389-0037
Attention: Loan Officer
**Account: 7440273993**

1. Libellant is not one in the same as any legal fiction entity, 14th Amendment person, individual, commercial Strawman or number created by the federal government.

2. Libellant has never knowingly, willingly and for certain and fair consideration that would controvert Libellant's private natural character status.

3. Libellant is not a beneficiary, surety, liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.

4. Libellant has a non-privity relationship with all legal fiction entities.

5. Floyd Shepherd is an agent for FLOYD SHEPHERD, not a trustee or liable party. UCC 3-402 (b)(1)

6. Floyd Shepherd has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the State Secretary of State's Office, in the form of UCC 1 and its amendments.

7. HOMECOMINGS/GMAC FINANCIAL, its agents and co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.

8. Any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against FLOYD SHEPHERD and that <u>Am Jur 2nd, Volume 17 (A) Clause #298</u> applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.

9. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the <u>D.C. Codes</u>.

10. HOMECOMINGS/GMAC FINANCIAL have never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.

11. Libellant does not now or has ever comprehended the offer and contract as it pertains to FLOYD SHEPHERD, Floyd Shepherd.

1

12. By and through this commercial notice the Libellant notices HOMECOMINGS/GMAC FINANCIAL and its co-partners and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with FLOYD SHEPHERD, or Floyd Shepherd.

13. All contracts and agreements and presentments by any and all HOMECOMINGS/GMAC FINANCIAL Officers(s) and Employees, are expressly induced by Fraud, Coercion, Extortion and non-disclosure contracts upon the Libellant.

14. Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

15. Libellee HOMECOMINGS/GMAC FINANCIAL Officers have used the US Postal Service and commercial electronic media to send fraudulent unsupported commercial documents that were relied upon by third parties to deprive Libellant of property by a fraudulent presumption of pledge.

16. Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have used fictitious names on commercial documents to deprive the Libellant of property.

17. Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value in accordance with Public Policy. Public Law 73-10

18. Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have failed to adjust the accounts of in the matter of Accepted for Value presentments.

19. Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have made false and fraudulent entries into specially coded files such as Customer Transaction that courts of fiction rely upon as undisputed evidence.

20. Libellee, HOMECOMINGS/GMAC FINANCIAL deposited Libellant's Promissory Note into a customer transaction account.

21. The deposited promissory note increased the assets of HOMECOMINGS FINANCIAL

22. Libellee, HOMECOMINGS/GMAC FINANCIAL, is indebted to Libellant in the amount of the promissory note.

23. Libellee, HOMECOMINGS/GMAC FINANCIAL never disclosed this fact and did not issue a receipt to Libellant for the promissory note.

24. Libellee, HOMECOMINGS/GMAC FINANCIAL used Libellant's Promissory Note to fund the purported loan.

25. Libellee, HOMECOMINGS/GMAC FINANCIAL never risked any of its or its depositor's funds in the purported loan transaction.

26. Libellee follows Generally Accepted Accounting Practices (GAAP).

27. Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have never made an assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading.

28. HOMECOMINGS/GMAC FINANCIAL is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no

righteousness in it and is manipulated by those claiming immunity for their acts of confusion and fraud.

29. If the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.

30. If additional time is required for responding, a request must be received by the Libellant at the address of the Floyd Shepherd within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

31. The Libellees, Officers and Co-parties of, HOMECOMINGS/GMAC FINANCIAL are required to notify the Libellant within ten (10) days by Certified Mail of acknowledgement, acceptance and agreement to the address of the Floyd Shepherd only. You may agree to all statements and claims by Libellant by simply remaining silent.

32. Libellant, Floyd:Shepherd is using the Copywrited Statutes only for his remedy and not for profit.

## STATEMENT AND INQUIRES

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial Strawman, co-party organization and trust created by the State or Federal government.
ANSWER: [Admits/Acknowledge if no answer is provided]

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
ANSWER: [Admits/Acknowledge if no answer is provided]

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.
ANSWER: [Admits/Acknowledge if no answer is provided]

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.
ANSWER: [Admits/Acknowledge if no answer is provided]

5. Libellee(s) admits Floyd:Shepherd has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Illinois Secretary of State in the form of UCC 1 and its amendments.
ANSWER: [Admits/Acknowledge if no answer is provided]

6. Libellee(s) admits Libellant is an agent for FLOYD SHEPHERD, not a trustee or liable party.
ANSWER: [Admits/Acknowledge if no answer is provided]

7. Libellee(s) admits they have never disclosed that charges and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.
ANSWER: [Admits/Acknowledge if no answer is provided]

8. HOMECOMINGS/GMAC FINANCIAL, its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
ANSWER: [Admits/Acknowledge if no answer is provided]

9. Libellee(s) admits any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against FLOYD SHEPHERD and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
ANSWER: [Admits/Acknowledge if no answer is provided]

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
ANSWER: [Admits/Acknowledge if no answer is provided]

11. Libellee(s) admits HOMECOMINGS/GMAC FINANCIAL has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
ANSWER: [Admits/Acknowledge if no answer is provided]

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
ANSWER: [Admits/Acknowledge if no answer is provided]

13. Libellee(s) admits the Libellant notices HOMECOMINGS/GMAC FINANCIAL and its co-partners and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract FLOYD SHEPHERD or Floyd:Shepherd.
ANSWER: [Admits/Acknowledge if no answer is provided]

14. Libellee(s) admits all contracts and agreements and presentments by any and all HOMECOMINGS/GMAC FINANCIAL Agent(s), Employees are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
ANSWER: [Admits/Acknowledge if no answer is provided]

15. Libellee(s) admits Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.
ANSWER: [Admits/Acknowledge if no answer is provided]

17. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL deposited Libellant's Promissory Note into a customer transaction account.
ANSWER: [Admits/Acknowledge if no answer is provided]

18. Libellee(s) admits the deposited promissory note increased the assets of HOMECOMINGSGMAC FINANCIAL
ANSWER: [Admits/Acknowledge if no answer is provided]

19. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL, by depositing Libellant's Promissory Note into a customer transaction account, Libellant became a Creditor of HOMECOMINGS/GMAC FINANCIAL.
ANSWER: [Admits/Acknowledge if no answer is provided]

4

20. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL never disclosed this fact and did not issue a receipt to Libellant for the deposit as require by law.
ANSWER: [Admits/Acknowledge if no answer is provided]

21. Libellee(s) admits, Libellant's Promissory Note was the financial instrument that was used to fund the purported loan.
ANSWER: [Admits/Acknowledge if no answer is provided]

22. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL never risked any of its or its depositor's funds in the purported loan transaction.
ANSWER: [Admits/Acknowledge if no answer is provided]

23. Libellee(s) admits it follows Generally Accepted Accounting Practices (GAAP).
ANSWER: [Admits/Acknowledge if no answer is provided]

24. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL has used fictitious names on commercial documents to deprive the Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

25. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
ANSWER: [Admits/Acknowledge if no answer is provided]

26. Libellee(s) admits HOMECOMINGS/GMAC FINANCIAL Officers have failed to adjust the accounts of FLOYD SHEPHERD.
ANSWER: [Admits/Acknowledge if no answer is provided]

27. Libellee(s) admits Libellee, HOMECOMINGS/GMAC FINANCIAL Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
ANSWER: [Admits/Acknowledge if no answer is provided]

28. Libellee(s) admits, HOMECOMINGS/GMAC FINANCIAL Officers have never made a verified assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading re FLOYD SHEPHERD.
ANSWER: [Admits/Acknowledge if no answer is provided]

29. Libellee(s) admits that HOMECOMINGS/GMAC FINANCIAL is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts
.ANSWER: [Admits/Acknowledge if no answer is provided]

30. Libellee(s) admits that if the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address of the Floyd Shepherd only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.
ANSWER: [Admits/Acknowledge if no answer is provided]

31. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Floyd Shepherd only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. 5 USC §706

ANSWER: [Admits/Acknowledge if no answer is provided]

32. Libellee(s) admits it is mandatory to place them selves under unlimited liability commercial oath to secure integrity in their responses.
ANSWER: [Admits/Acknowledge if no answer is provided]

33. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant by two separate certified checks.
ANSWER: [Admits/Acknowledge if no answer is provided]

34. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument will result in an increase of ten (10) times for Compensatory Punitive Damages shall prevail contractually.
ANSWER: [Admits/Acknowledge if no answer is provided]

35. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.
ANSWER: [Admits/Acknowledge if no answer is provided]

36. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the SSN# for FLOYD SHEPHERD.
ANSWER: [Admits/Acknowledge if no answer is provided]

37. Libellee(s) admit that Libellant is using the Copywrited Statutes of Illinois and the United States for his remedy and not for profit.
ANSWER: [Admits/Acknowledge if no answer is provided]

State of Illinois   ]
County of Cook   ]

To: HOMECOMINGS (GMAC) FINANCIAL
3451 Hammond Avenue,
WATERLOO, IA. 50702
Atten: Stacy Solkers or Cindy Hamer
Account # 7440273993

From: Floyd Shepherd
8119 S. Artesian St
Chicago, Illinois 60652
August 16th, 2007

**Certified Mail: 7006 2760 0002 7048 1259**

1. Affiant is competent to state to the matters set forth herein.

2. Affiant has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon or forced in a court proceedings can witness, testify to their veracity. Must be an Article 3 court.

### Plain Statement of Facts and Charges

4. All attorneys, Judges etc have an oath of office to obey the constitution. I accept all oaths of office.

5. HOMECOMINGS (GMAC) FINANCIAL are in violation of the Fair Debt Collection Act by not verifying the debt.

6. HOMECOMINGS (GMAC) FINANCIAL is/has committed Mail Fraud under Title 18 Section 1341.

7. My Labor, which is my property, has been stolen from me under Threat, Duress and Coercion, by paying on a debt that does not exist.

8. HOMECOMINGS (GMAC) FINANCIAL are still demanding payments from me even though this debt has not been verified.

9. HOMECOMINGS (GMAC) FINANCIAL are guilty of Racketeering, Money Laundering, Breach of Contract, Extortion, Blackmail, Usury, etc.

10. I will be asking HOMECOMINGS (GMAC) FINANCIAL by Affidavit, certain questions pertaining to the loan agreement. This Affidavit must be rebutted, or will remain as fact.

11. All banks must follow the Uniform Commercial Code. Under Section 9 it give three criteria for filing a lien. If those three criteria are not met it is invalid. (1) There must be a valid UCC filed showing the signatures of the debtors and creditor. (2) There must be a financing statement/security agreement signed by the secured party and debtor. (3) There must be a valid court order.

12. UCC Article 4 –103 Paragraph a and e. Banks must operate in good faith

### Verification

13. The Undersigned Affiant, Floyd Shepherd, certifies on Affiant's commercial Liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly swear, declare and state that the statements, allegations, demands and contents contained herein are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

1

**Certified Mail: 7006 2760 0002 7048 1259**

You have thirty- (30) -days in which you can respond and rebut this Commercial Affidavit, from receipt, UCC 1-204, unless you request in writing an extension of time to respond by Affidavit. A lack of response or rebuttal means you assent to this Commercial Affidavit and that fault/default exists, UCC 1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc. expressed or implied, from the beginning, UCC 1-103.

Date:
Signed _Floyd Shepherd_
All Rights Reserved
Floyd Shepherd, Secured Party
C/o 8119 S. Artesian Street
Chicago, Illinois, 60652

On this day, ~~August~~ Jan 24, ~~2007,~~ 2008 before me, a Notary Public, personally appeared Floyd Shepherd, personally known to me as the living soul whose name is subscribed to this instrument and acknowledge that he executed the same.

_____
Notary

Appointment Expires _2/1/10_

Seal/Stamp

OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10

2

RECORDING REQUESTED BY

　　　[Floyd Shepherd]

AND WHEN RECORDED MAIL TO:

　　　[Floyd Shepherd]

　　　8119 S. Artesian Street

　　　Chicago, Illinois  [60652]

　　　<not in any federal enclave>

||| ||| ||| || ||| ||| ||| ||| |||
0731803054

Doc#:  0731803054 Fee: $36.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/14/2007 12:49 PM  Pg:  1 of 7

### SPACE ABOVE THIS LINE FOR RECORDER'S USE

=========================================================

### AFFIDAVIT OF DEFAULT/JUDGMENT AND OF ESTOPPEL BY ACQUIESCENCE
Signature Confirmation: 2306 1570 0000 1341 9253

Wednesday, October 3rd, 2007

From: Floyd Shepherd (Affiant)
　　　8119 S. Artesian Street
　　　Chicago, Illinois 60652

To. HOMECOMINGS FINANCIAL CORP., Defaulted (GMAC)
　　　3451 Hammond Avenue
　　　Waterloo, IA. 50702
　　　Attention: Rob Smedley,
　　　Stacey Solkers, Cindy Hamer
　　　Account: 7440273993　　Signature confirmation: 2306 1570 0000 1341 9253

To: Federal Bureau of Investigation
　　　J. Edgar Hoover Building
　　　935 Pennsylvania Avenue, NW
　　　Washington, DC. 20535　　Signature confirmation: 2306 1570 0000 1341 9260

To: Equifax
　　　P.O. Box 740341
　　　Atlanta, GA. 30374　　Signature confirmation: 2306 1570 0000 1342 5308

1

To: Experian
P.O. Box 2022
Allen, TX. 75013          Signature confirmation: 2306 1570 0000 1342 5315

To: TransUnion
P.O. Box 1000
Chester, PA. 19022        Signature confirmation: 2306 1570 0000 1342 5322

I Affiant, state that the facts contained herein are true, correct, complete, and not misleading, to the best of Affiant personal knowledge and belief under penalty of perjury pursuant to the law of the united States of America.

## Judgment by Default
Is a judgment rendered in consequence of the non-appearance of the defendant, Beard v. Sovereign Lodge, W.O.W., 184N.C 154, 113 S.E.661: In re Smith, 38 Idaho, 7462265 P. 495, 496; Brame v. Nolen, 139 Va. 413, 124 S.E. 299, 301. The term is also applied to judgments entered under statues or rules of court, for want of affidavit of defense, plea, answer, and the like or for failure to take some required step in the cause. *Black's Law Dictionary revised 4th Edition.*

## Due Process
The essential elements of "due process of law" are AFFIDAVIT and opportunity to be heard and defend in orderly proceedings adapted to nature of case, and the guarantee, "Law of the land," "due course of law, and judicial proceedings" are not necessarily synonymous with "due process." *Pennsylvania publications v Pennsylvania Public Utility Commisssion, 152 pa. Super, 279, 32 A.2d. 40, 49; Barry v. Hall, 98 F. 2d 222, 68 App. D.C. 350. Black's Law Dictionary revised 4th Edition.*

## Acquiesence
Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. *Andrew v. Rivers, 207 Iowa 343, 223 N.W. 102, 105.* Imports tacit consent, concurrence, acceptance or assent. *Natural Soda Products Co. v. City of Los Angeles, Cal. App., 132P. 2d 553, 563.* A silent appearance of consent. Failure to make any objection. *Black's Law Dictionary revised 4th Edition.*

## Laches
Laches," is based upon the maxim that equity aids the vigilant and not those who slumber on their rights. It is defined as neglect to assert a right or claim which, taken together with lapse of time and other circumstances causing prejudice to adverse party, operates as bar in court of equity. The neglect for an unreasonable and unexplained length of time under circumstances permitting diligence, to do what in law, should have been done. Conduct of party in a situation where his rights will be imperiled and his defense embarrassed is a basis of laches. *Black's law 6th. Edition.*

**Estoppel**
A man`s own act of acceptance stops or closes his mouth to allege or plea the truth. *Caulfield v. Noonan, 229 Iowa 955,295 N.W.466,471: Williams v.Edwards 163 Okl. 246, 22 P .2d 1026.* An estoppel arises when one is concluded and forbidden by law to speak against his own act or deed. *Gural v. Engle, 128 N.J.L.252, 25 A2d 257, 261. Black`s Law 4th Edition.*

**Moot**
A moot case is one, which seeks to determine an abstract questions which does not arise upon existing facts or rights. *Adams v. Union R. Co. 21 R.I. 134, 42 A. 515, 44 I.R.A. 273. Black's Law Dictionary revised 4th Edition.*

**Stare Decisis**
Is defined as the doctrine of precedent under which it is necessary for a court to follow earlier judicial decisions when the same points arise again in litigation. *Cf. RES JUDICASTA; LAW OF THE CASE. Black`s law dictionary 7th edition. Black`s Law Dictionary, 6th Ed., p.922 [Emphasis added]*

*Mercantile Law*
An expression substantially equivalent to the law-merchant or commercial law. It designates the system of rules, customs, and usages generally recognized and adopted by merchants and traders, and which, either in its simplicity or as modified by common law, or statue, constitutes law or regulation of their transactions and solutions of their controversies. *Black's Law Dictionary revised 4th Edition.*

**Maxim**
A principle of law universally admitted, as being a correct statement of the law, or as agreeable to reason. *Black's Law Dictionary revised 4th Edition*

## Commercial Law Maxim

1. A workman is worthy of his hire. (Exodus 20:15; Lev. 19:13; Matt. 10:10; Luke 10:7; 2nd Tim. 2:6. Legal maxim: "It is against equity for freemen not to have the free disposal of their own property.").

2. All are equal under the law. (God's Law-Ethical and Natural Law). (Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt 22:36-40; Luke 10:17; Col. 3:25. Legal maxims: "No one is above the law." "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few.").

3

3. In commerce truth is sovereign. (Exodus 20:16; Ps 117:2; Matt 6:33, John 8:32; 2nd Cor. 13:8. Legal maxim: "To lie is to go against the mind."

4. Truth is expressed by means of an affidavit. (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13; Num. 30:2; Matt. 5:33; James 5:12).

5. An unrebutted affidavit stands as the truth in Commerce. (1 Pct. 1:25; Heb. 6:13-15. Legal maxim: "He who does not deny, admits.").

6. An unrebutted affidavit becomes the judgment in Commerce. (Heb. 6:16-17. Any proceeding in a court, tribunal, or arbitration forum consists of a contest, or "duel," of commercial affidavits wherein the points remaining unrebutted in the end stands as the truth and the matters to which the judgment of the law applied.).

7. A matter must be expressed to be resolved. (Heb. 4:16; Phil. 4:6; Eph. 6:19-21. Legal maxim: "He who fails to assert his rights has none.").

8. He who leaves the field of battle first looses by default. (Book of Job; Matt. 10:22. Legal maxim: "He who does not repel a wrong when he can, occasions it.").

9. Sacrifice is the measure of credibility. (One who is not damaged, put at risk, or willing to swear an oath that he consents to claim against his commercial liability in the event that any of his statements or actions is groundless or unlawful, has no basis to assert claims or charges and forfeits all credibility and right to claim authority.) (Acts 7, life/death of Stephen, maxim: "He who bears the burden ought also to derive the benefit.").

10. A lien or claim can be satisfied only through rebuttal by Counter-affidavit Point-for point, resolution by jury, or payment (Gen. 2-3; Matt. 4; Revelation. Legal maxim: "If the plaintiff does not prove his case, the defendant is absolved.").

" Indeed, no more than an [Affidavit] is necessary to make prima facie case." *United States v. Kis, 658f. 2d (7th Cir. 1981): certiorari denied, 50 U.S.L.W, 2169, S. Ct. March 22nd, 1982*

Answers to affidavit must be pursuant to *Public Law 94-550* "...under Oath and Affirmation to be Admissible on court records.

Jones v. Clinton (1987):
There must be an answer to a complaint.

4

As an operator of law Affiant has exhausted his private administrative remedy and has put respondents in default as witnessed by the AFFIDAVIT of the commercial process in the sequence of the following events:

I, Floyd Shepherd, state that the facts contained herein are true, correct, complete, and not misleading, to the best of Affiant`s personal knowledge and belief under penalty of perjury pursuant to the laws of the united States of America.

## FINDING OF FACTS

1. On May 4th, 2007 Homecomings Financial received a Verification of the Debt or (VOD) letter, (7006 2760 0002 7048 1228) letter signed for by Sylvia Green, in Dallas Texas. Homecomings Financial responded by sending me a copy of the contract, with no other documents attached proving verification of debt. Homecomings Financial did not verify the debt under penalty of perjury, pursuant to blacks law dictionary 4th edition and did not supply the original note, front and back as stated on the VOD letter.

2. According to the provisions of the Federal Fair Debt Collection Act, Homecomings Financial (GMAC) so called creditor, in order to legally and lawfully validate the purported debt, must be able to produce the original note establishing jurisdiction to collect the debt. The assumed debtor has the right to demand production of said original note in the original condition it was, when he/she signed said note. These are all legal protections given to the people via the federal law – The Fair Debt Collections Practices Act – The U.S. code title is 1692A.

3. August 20th, 2007 Homecomings Financial received a 2nd Verification of the Debt letter (7006-2760-0002-7048-1259). Attached to the VOD letters were two Commercial Affidavits, Notice and Demand letter, and a copy of the VOD definition from Blacks law dictionary 4th edition. All these documents were received and signed for by Rob Smedley in Waterloo, IA. 50704. Even though Rob Smedley signed for these documents my documents were addressed to Stacy Solkers and Cindy Hamer in Waterloo, IA.

4. Homecomings Financial were given 30 days to reply to the 1st and 2nd VOD letter. Homecomings Financial never responded to the 2nd VOD letter, never responded to each of the two Commercial Affidavits and Notice and Demand letter. Homecomings Financial were informed if they did not respond to the above letters that they would be placed in default. Homecomings Financial have still been collecting payments on a so called debt that was not verified under penalty of perjury, still committing mail fraud, computer fraud, unlawful seizure of property, denied due process of law, etc. All these charges are stated in the true bill below.

5. Homecomings Financial are/have been reminded of their Oath of performance of which is secured by Official Bond or surety, and have the duty to prevent the documents referenced at Judicial Cannon 3 (c) and applicable law [42 USC 1986]. Assessment of Admitted Damages based upon the findings of fact DISCOVERED in by and through this Private Administrative Process/True bill, the above damages are assessed to, by and according to all applicable laws of the state of Illinois.

6. This Affidavit of Default by ACQUIESCENCE will be mailed to Homecomings Financial in Waterloo IA. and Dallas Texas. A Mechanics Lien will be placed on the property for the full amount of the true bill. Homecomings Financial will be sent a bond for payment for twice the amount of the remaining balance of the so-called loan agreement.

7. Your DEFAULT FOR PAYMENT for the VIOLATIONS and VALUATIONS as agreed upon and accepted by you, by your acquiescence.

8. A DEFAULT JUDGEMENT is being sought against you having waived the right to answer by acquiesence, tacit admission and failure to contest, rejecting your due process opportunity. (See Randone v. Appellate Court, 5 C3d 536; Mullane v Central Hanover Trust Co., 339 U.S. 306, 314; Sniadach v. Family Finance Corp., 395 U.S. 337, 339; Melorich Builders v. Superior Court, 160 Cal App 3d 931, as in line with California Code of Civil Procedure § 437(c), defaults.)

9. IN ABSENCE of such response, Affiant, [Floyd Shepherd], hereby inserts and records this AFFIDAVIT OF DEFAULT upon and against above named  Respondent(s) pursuant the Illinois Constitution,  Article 1 Section 1, 2, 3, 4, 6, 8.1, 12, 15, 16, 20. Article VI Section 13. Article IX Section 8. Article XIII Section 3.

10. WHEREAS such actions now shall be taken in accordance to the

procedures set forth in both COMMERCIAL AFFIDAVITS, NOTICE AND DEMAND and two VOD letters. All these documents were defaulted by Homecomings Financial, (GMAC).

I, [Floyd Shepherd], have personal knowledge of the above facts, am competent to testify to the above facts, and declare that the foregoing is true correct and complete under the penalty of perjury.

### TRUE BILL

1. Unlawful seizure of property_____ $250,000.00 4th Amendment
2. Deprived of property without due process of law_____ $250,000.00 5th Amendment
3. Denied due process_____ $250,000.00 6th Amendment
4. Disparage of rights_____ $250,000.00 9th Amendment
5. Powers of the People_____ $250,000.00 10th Amendment
6. Involuntary Servitude_____ $250,000.00 13th Amendment
7. Property rights (Civil)_____ $10,000.00 USC Title 42 Section 1982
8. Deprivation Against Rights (Civil)_____ $10,000.00 USC Title 42 Section 1983
9. Conspiracy (Civil)_____ $10,000.00 USC Title 42 1985
10. Fraudulent statements & representation_3 x $10,000.00 USC Title 18 Section 1001
11. Neglect to prevent (Civil)_____ $5,000.00 Title 42 Section 1986

$1,565,000.00 x 3 for fraud

**TOTAL AMOUNT DUE AND PAYABLE UPON RECEIPT.  $4,695,000.00**

Your failure to mail the above amount by certified funds check, by certified mail, in full, within (30) days, would be your agreement to the use of the Commercial Lien Process, for the collection of said debt.

Yours truly,

Floyd Shepherd
All Rights Reserved

NOTARY
OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10

Cc: Mr. Thomas Dart, Sheriff, Cook county sheriff, 50 W. Washington, Room 207, Chicago, Illinois 60602. Signature confirmation: 2306 1570 0000 1341 9284.

RECEI
....TARY
....TH COMM

2006 AUG 21

Doc#: 0624132051 Fee: $46.5(
Eugene "Gene" Moore RHSP Fee:$10.(
Cook County Recorder of Deeds
Date: 08/29/2006 11:58 AM Pg: 1 of 1:

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

FLOYD SHEPHERD
C/O 8119 SOUTH ARTESIAN STREET
CHICAGO, ILLINOIS [60652]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 10272335  0624132050 | |

| 2. | TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SHEPHERD,FLOYD,ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

THIS ACUTAL AND CONSTRUCTIVE NOTICE THAT ALL OF DEBTORS INTEREST NOW HELD OR
HEREAFTER ACQUIRED IS HEREB ACCEPTED AS COLLATERAL FOR SECURING
CONTRACTUAL OBLIGATIONS IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE,
CORRECT, COMPLETE, NOTORIZED SECURITY AGREEMENT IN THE POSSESSION OF THE
SECURED PARTY. IN ACCORDANCE WITH VARIOUS USC SECTIONS. RE: PROPERTY, THIS IS
THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SHEPHERD | FLOYD | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

10272335

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

SHEPHERD,FLOYD,ORGANIZATION/TRADE NAME/TR

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

CONTINUED FROM ITEM 8:
AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: CERTIFICATE OF BIRTH DOCUMENT #112-59-6016335; EMPLOYER IDENTIFICATION #347540614; UCC CONTRACT TRUST ACCOUNT #7003-1010-0003-2024-0780; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNT, FIXTURES AND THE ORDER THEREFROM ARE RELEASED TO THE DEBTOR.

LEGAL DESCRIPTION OF PROPERTY:
IN THE COUNTY OF COOK AND THE STATE OF ILLINOIS: LOT 38 IN BLOCK 1 IN HINKAMP AND COMPANY`S WESTERN AVENUE SUBDIVISION, BEING A RESUBDIVISION OF LOTS 1 TO 24 INCLUSIVE IN BLOCK 1 LOTS 1 TO 24 INCLUSIVE IN BLOCK 2, LOTS 1,2 10 TO 20 INCLUSIVE BLOCK 3, LOTS 1 TO 10 INCLUSIVE BLOCK 4, LOTS 1 TO 10 INCLUSIVE IN BLOCK 5 IN HAZLEWOOD AND WRIGHT`S SUBDIVISION OF THE SOUTH 1/2 OF THE NORTHEAST 1/4 OF SECTION36, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS. PROPERTY INDEX NUMBER: 19-36-223-007-0000.

INCLUSIVE DOCUMENTS WITH FILING NUMBER #10272335:
NOTORIZED POWER OF ATTORNEY, SIGNES AS SECURED PARTY; BIRTH CERTIFICATE; HJR-192; DECLARATION IN INDEPENDENCE; NOTORIZED VERIFIED ACTUAL CONSTRUCTIVE NOTICE; NOTORIZE TRADEMARK COPYRIGHT.

0624132050

Doo#:  0624132050 Fee: $28.50
Eugene "Gene" Moore RHSP Fee:$10.0
Cook County Recorder of Deeds
Date: 08/29/2006 11:57 AM  Pg:  1 of 3

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2005 OCT 13  PM 4:30

**UCC FINANCING STA**
FOLLOW INSTRUCTIONS (front
A. NAME & PHONE OF CONTACT

B. SEND ACKNOWLEDGMENT T

UCU210/14/05:02:3287:
SOSIL 13:34  10272335 FS

FLOYD SHEPHERD
C/O 8119 SOUTH ARTESIAN ST
CHICAGO, ILLINOIS [60652]

UCU210/14/05:02:3267:
20.00 CK01:
SOSIL 13:34  10272335 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SHEPHERD, FLOYD, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 118 N CLARK ST | CHICAGO | IL | 60602 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any | ☑NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SHEPHERD | FLOYD | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 8119 SOUTH ARTESIAN ST | CHICAGO | IL | [60652] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF DEBTORS INTEREST NOW HELD OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, NOTARIZED SECURITY AGREEMENT IN THE POSSESSION OF THE SECURED PARTY. IN ACCORDANCE WITH VARIOUS USC SECTIONS RE: PROPERTY • THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: CERTIFICATE OF BIRTH DOCUMENTS #112-59-6016335; EMPLOYER IDENTIFICATION #347540614; UCC CONTRACT TRUST ACCOUNT #(PENDING); ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTOR.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | SHEPHERD FLOYD, ORGANIZATION/TRADE NAME/TR. |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S   NAME - Insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

## SEE ATTACHED ONE PAGE DECLARATION DATED OCTOBER 11TH, 2005.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust  or  ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☑ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

0624132051

Doc#: 0624132051 Fee: $46.8
Eugene "Gene" Moore RHSP Fee:$10
Cook County Recorder of Deeds
Date: 08/29/2006 11:58 AM Pg: 1 of

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2006 AUG 21   PM 4: 30

UCU109/21/06:01:4484:
SOSIE 16Y09   8830527 AM

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front

A. NAME & PHONE OF CONTACT

B. SEND ACKNOWLEDGMENT T

FLOYD SHEPHERD
C/O 8119 SOUTH ARTESIAN STREET
CHICAGO, ILLINOIS [60652]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 10272335 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR SHEPHERD,FLOYD,ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

THIS ACUTAL AND CONSTRUCTIVE NOTICE THAT ALL OF DEBTORS INTEREST NOW HELD OR
HEREAFTER ACQUIRED IS HEREB ACCEPTED AS COLLATERAL FOR SECURING
CONTRACTUAL OBLIGATIONS IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE,
CORRECT, COMPLETE, NOTORIZED SECURITY AGREEMENT IN THE POSSESSION OF THE
SECURED PARTY. IN ACCORDANCE WITH VARIOUS USC SECTIONS. RE: PROPERTY, THIS IS
THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SHEPHERD | FLOYD | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

10272335

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

SHEPHERD, FLOYD, ORGANIZATION/TRADE NAME/TR/

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

CONTINUED FROM ITEM 8:
AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: CERTIFICATE OF BIRTH DOCUMENT #112-59-6016335; EMPLOYER IDENTIFICATION #347540614; UCC CONTRACT TRUST ACCOUNT #7003-1010-0003-2024-0780; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNT, FIXTURES AND THE ORDER THEREFROM ARE RELEASED TO THE DEBTOR.

LEGAL DESCRIPTION OF PROPERTY:
IN THE COUNTY OF COOK AND THE STATE OF ILLINOIS: LOT 38 IN BLOCK 1 IN HINKAMP AND COMPANY'S WESTERN AVENUE SUBDIVISION, BEING A RESUBDIVISION OF LOTS 1 TO 24 INCLUSIVE IN BLOCK 1 LOTS 1 TO 24 INCLUSIVE IN BLOCK 2, LOTS 1,2 10 TO 20 INCLUSIVE BLOCK 3, LOTS 1 TO 10 INCLUSIVE BLOCK 4, LOTS 1 TO 10 INCLUSIVE IN BLOCK 5 IN HAZLEWOOD AND WRIGHT'S SUBDIVISION OF THE SOUTH 1/2 OF THE NORTHEAST 1/4 OF SECTION 36, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS. PROPERTY INDEX NUMBER: 19-36-223-007-0000.

INCLUSIVE DOCUMENTS WITH FILING NUMBER #10272335:
NOTORIZED POWER OF ATTORNEY, SIGNES AS SECURED PARTY; BIRTH CERTIFICATE; HJR-192; DECLARATION IN INDEPENDENCE; NOTORIZED VERIFIED ACTUAL CONSTRUCTIVE NOTICE; NOTORIZE TRADEMARK COPYRIGHT.

Monday, July 31st, 2006
ACKNOWLEDGMENT
Treasury Acct Num: 7003-1010-0003-2024-0780
*Grant of Exclusive power of attorney to conduct all*
*Tax, business, and legal affairs of principal person.*
IRS: 7006-0100-0004-0673-9339
*Dept of Treasury: 7006-0100-0004-0673-9346*

## POWER OF ATTORNEY

1.  **FLOYD SHEPHERD, DEBTOR**, 8119 SOUTH ARTESIAN ST, CHICAGO, ILLINOIS ZIP 60652, *does hereby appoint*
    *Floyd Shepherd, creditor, c/o8119 South Artesian St., Illinois 60652 as my attorney in fact, to take exclusive charge of,*
    *manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without*
    *limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:*

    A.  *To take possession of, hold, and manage my real estate and all other property;*
    B.  *To receive money or property paid or delivered to me from any source;*
    C.  *To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;*
    D.  *To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact **Floyd Shepherd** in exercising this exclusive power of attorney;*
    E.  *To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;*
    F.  *To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;*
    G.  *To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact (**Floyd Shepherd**), may consider prudent;*
    H.  *To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;*
    I.  *To provide for the use, maintenance, repair, security, or storage of my tangible property;*
    J.  *To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact **Floyd Shepherd** may consider prudent;*

    *The Creditor, **Floyd Shepherd**, named herein on the Form UCC1 and Commercial Security Agreement filed with the Secretary of State of Illinois is authorized by law to act for and in control of the **DEBTOR, FLOYD SHEPHERD** or any derivative thereof. In addition, through the exclusive power of attorney to contract for all business and legal affairs of the principal person, **FLOYD SHEPHERD, DEBTOR***
    *The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in-fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of the Creditor **Floyd Shepherd**.*
    *Executed and sealed by the voluntary act of my hand, this 31st day of July 2006. I am*

    *This instrument was prepared by the creditor (**Floyd Shepherd**)*
    Acceptance:
    FLOYD SHEPHERD, *GRANTOR*
    Debtor Signature

    *I, the above named exclusive attorney-in-fact,*
    *do hereby accept the fiduciary interest of the*
    *herein-named Debtor-Grantor and will execute*
    *the herein-granted power-of-attorney with due*
    *diligence*

    Floyd Shepherd, Secured Party, Attorney in fact

Witnesses                AUG.3RD 2006                    mull              8/3/06

Cook county]
                    ]                    ss:
Illinois state           ]

Monday, July 31st, 2006

*Treasury Acct Num: 7003-1010-0003-2024-0780*

## HOUSE JOINT RESOLUTION 192 OF JUNE 5, 1933

**HOUSE JOINT RESOLUTION 192 OF JUNE 5, 1933.** " . . . Resolved by the Senate and the House of Representatives of the United States of America in Congress assembled: That (a) every provision contained in or made with respect to any obligation which purports to give the oblige the right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy, and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency, which at the time of payment is legal tender for public and private debts. I here-by declare this debt paid in full. Public Law 73-10 **a Federal Reserve note is a debt note, you cannot pay a debt with a debt. I am trading my EXEMPTION for this debt. Discharge this debt to the TRESUARY DEPARTMENT. My summary judgment is that this debt is paid in full!**

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Floyd Shepherd, Agent

*[signature]*

Cc: Department of Treasury, Washington D.C., 20220 7006-0100-0004-0673-9346
    Internal Revenue Service, 7006-0100-0004-0673-9339

1

IRS Certified Mail: 7006-0100-0004-0673-9339
John Snow, Certified Mail: 7006-0100-0004-0673-9346
Treasury Acct Num: Certified Mail 7003-1010-0003-2024-0780
Monday, July 31st, 2006

# DECLARATION OF INDEPENDENCE
## BY PUBLIC NOTICE

I, Me, My, Myself, a man/woman and a living soul, a sovereign with an addressee correction c/o 8119 South Artesian Street Chicago, Illinois [60652] does hereby notice the public and all public officials of the UNITED STATES and the STATE OF ILLINOIS, under the authority of rights given by Almighty God, said rights being protected, enumerated and excepted from government intrusion in the National Constitution of the following:

1.  I, am not a citizen or subject of GREAT BRITAIN, ENGLAND, the BRITISH CROWN, the HOLY SEE, the UNITED STATES, the STATE OF ILLINOIS or any other governmental entity.

2.  I, am not a party to the Constitution for the United States of America; Therefore I am not a citizen under the terms of the 14th amendment to the Constitution for the united States of America.

3.  I, am not a party to or subject of, and denies the compelled performance of, the Judges Chambers, the private copyrighted laws, statutes, ordinances, rules, regulation, codes, rules of court used by GREAT BRITAIN, ENGLAND, the BRITISH CROWN, the UNITED STATES, the STATE OF ILLINOIS or any other governmental entity.

4.  I, am a man/woman and a living soul, and am NOT a legally created person, legal entity, corporation, trust or artificial entity of any kind, and is NOT a surety for or representative of the fiction **FLOYD SHEPHERD** or any derivation of an all capitalized entity and is not a res of any constructive public trust created by any governmental entity. I, deny consent by assent for the use of the all capital letter name by any administrators, officers, agents, fiduciaries, objects of any and all trusts.

5.  I, am the Donee and having Power, hereby releases, refuses acceptance of, extinguishes, and renounces any and all schemes and artifices for defrauding, including but not limited by, any and all instruments creating any estate(s), use(s), trust(s), however created, constructive, implied, involuntary, direct or other, and terminated all rights and interests under any and all estate(s), use(s), trust(s) affecting the Substantive, Inherent, and Private Rights, and any and all Private Property Rights of Me, Release is retroactive to date of birth **February 27, 1959.**

6.  I, hereby release, refuse acceptance of, extinguish, and renounce any and all schemes and artifices for defrauding, including but not limited by, any and all instruments creating any implied or adhesion contract(s), and terminates all obligations of **I, Me, My, Myself** under any and all implied or adhesion contract(s). Release is retroactive to date of birth **February 27, 1959.**

7.  I, hereby release, refuse acceptance of, and extinguish any and all trusteeship(s) of any and all administrators, agents, objects, and fiduciaries claiming any interests in the Private Property, Inherent, and Substantive Rights of My Release is retroactive to date of birth **February 27, 1959.**

8.  I, hereby denies consent by assent and refutes any and all assumptions and presumptions of the Inherent, Substantive and Private Rights and Private Property being acquired by Me that are the res of any and all estate(s), use(s), trust(s), and hereby denies and refuses the trespass of any and all administrators, agents, objects, and fiduciaries on the Private Property and Private Rights of Me.

9.  The use of any and all Bills of Credit in any form is done indebitatus non-assumpsit's, with all rights reserved, and without recourse, **by the Law of Necessity.**

_____
Floyd Shepherd, Addressee, a man/woman and a living soul,
a sovereign, owner

_____
Witness

_____
Date

_____
Witness   8/3/06

1

Acct Num; 7003-1010-0003-2024-0780
Dept of Treasury; 7006-0100-0004-0673-9346
Internal Revenue Service; 7006-0100-0004-0673-9339
TRADEMARK/COPYRIGHT
Monday, July 31st 2006

*In the matters for commerce, All commerce operates in truth, demand for truth is made by **all Party for full disclosure=who are you? Who do you represent and who is the real party of interest?** In the real party of interest the commonwealth for Britain, the British Crown, the Queen of England, the Holy See. Is the UNITED STATES flying the Queen's Banner/Flag? What county does the Flag In the United States and State Court Houses, the House and the Senate, State and Federal and the oval Offices State and Federal represent? Have you desecrated our Flag for Liberty old Glory the lawful Flag for the United States defined by 4 USCJ-*

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, <u>Floyd Shepherd</u>, living soul, one for We the People under Original Common Law Jurisdiction by the Illinois and United States Contracts, the Constitutions

| | |
|---|---|
| Republic and one by the | ) |
| Several united States | )ss |
| Illinois | ) |
| In America | ) |

*For: whom it may concern: In the Matter for the fictions known as <u>FLOYD SHEPHERD, F. SHEPHERD,</u> 8119 SOUTH ARTESIAN STREET, CHICAGO 60652 (and all derivatives thereof).*

*<u>I, Me, My, Myself</u> addressee, **Floyd Shepherd,** (herein after Secured Party) the undersigned for one We the People, Sovereigns, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several States united for America, the undersigned Posterity, Creditors, Claimants, and Secured Party, hereinafter "<u>I, Me, Myself,</u> Secured Party, "do hereby solemnly declare, say, and state:*

1. *<u>I, Me, My, Myself</u> the Secured Party am competent for stating the matters set forth herewith.*
2. *<u>I, Me, My, Myself,</u> the Secured Party have personal knowledge concerning the facts stated herein.*
3. *All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating <u>I, Me, My, Myself,</u> the Secured Party shall so state.*

Plain Statement of Facts

<u>A matter must be expressed for being resolved. In commerce truth is sovereign. Truth is expressed in the form for an Affidavit. An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied; by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.</u>

*I,Me,My,Myself, Secured Party am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, **Floyd Shepherd,** living soul, one for We the People under Original Common Law Jurisdiction for the Illinois and United States Contracts, the Constitutions.*

*<u>WHEREAS,</u> the public record is the highest evidence form, I, Me, My, Myself Secured Party, am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by me, addressee, **Floyd Shepherd,** living soul, the Secured Party, one for under We the People under Original Common Law Jurisdiction for the Illinois and United States Contracts, the Constitutions.*

1of 4-Declaration for Copyright- <u>Floyd Shepherd</u>

1. _Fact:_ *The persons known as* **FLOYD SHEPHERD** *(and all derivatives thereof) is fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for* Illinois *by the alleged Government officials and Agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for Illinois from our Life, Liberty, Property, and Happiness Pursuit, among other Rights, for their self enrichment using their* T.R.C.P. 52, *outside the law authority and our Courts by original jurisdiction.*

2. _Fact:_ I have placed a copyright on the Fiction known as **FLOYD SHEPHERD, FLOYD SHEPHERD,** (trademark/fiction) *is now My private property and cannot be used without my prior written consent and then only under the terms set out in this contract.*

3. _Fact:_ *The Fiction is my perfected securities and registered by contract with me and with the Secretary* **under State of Illinois** *as such for one hundred years and is my recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is My private property, the Secured Party, for the My Estate protection, my Life, and Liberty.*

4. _Fact:_ *Using My Fiction on any document associated in any manner with My Estate or me, the holder in due course, Secured Party, Exempt from Levy, without my written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for one thousand (1000.00) dollars, silver specie, in lawful coinage for the United States per user and per issuer per Fiction.*

5. _Fact:_ *Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any Of my Rights, my private property or any part about my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million (1,000,000.00) dollars silver specie in lawful coinage for the United States as defined under Article 1, Section 10 Of We the People's Contract/Constitution for the United Stated per using Fiction including any past, present or future use.*

6. _Fact:_ *Using My Fiction on any document associated in any manner with My Estate or me, the holder in due course, Secured party, and Exempt from Levy, without my written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.*

I, Me, My, Myself, the Secured Party, *am not an expert in the Law, however I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort and amend my ways.*

*I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.*

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me IN WRITING by DECLARATION / AFFIDAVIT FORM within ten (10) days from recording hereof, providing me with your counter Declaration/affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially my or the fictions' status and factual declaration.

*Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all party, due and payable and* underreachable by law.

2 of 4-Declaration for Copyright- Floyd Shepherd

The criminal penalties for commercial fraud is determined by jury, by law, *the monetary value is set by me for violations against my rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States as define by Article 1, Section 10 under the Constitution, by We the People for the United States and will be due payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of* Chicago, Illinois, *under this declaration.*
The Undersigned, I, Me, My, Myself, the Secured Party, *holder in due course for original, do herewith Declare, state and say that I, Secured Party, issue this with sincere intent in truth, that I, me, the undersigned Secured Party, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by me undersigned addressee.*

Notice for the agent is notice for the principal applies under this notice.

Notice for the county clerk for the county Chicago, Illinois and record court for original jurisdiction, is notice for all.

Addressee signature, holder in due course, the Secured Party,

*C/0 8119 South Artesian Street, Chicago Ill 60652*
Temporary mailing location

C/O 8119 South Artesian St.
Chicago Illinois, [60652]
Floyd Shepherd

Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The Purpose for notary is verification and identification only, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God and not for entrance into any foreign jurisdiction.

state of Illinois            ]

                                      ]

county of Cook            ]

*This instrument was acknowledged before me, a Notary Public in and for the State of Illinois, on this the* 31st *day for the* July *month in the year for our Lord and Savior, Two Thousand Six A.D.*

Name:_____
        Notary Public in and for the State of Illinois

3 of 4-Declaration for Copyright-Floyd Shepherd

<u>Certificate of Services</u>

*This is for certifying that a true copy for the foregoing document, Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for Tort Waiver Presented by me, addressee, <u>Floyd Shepherd</u>, living soul, the Secured Party, one for We the People under Original Common Law Jurisdiction for Illinois and United States Contracts, the Constitutions, is recorded in the public records by the Clerk for the Court in the county for Chicago, Illinois this _____ day of the month _____ in the year of our Lord and Savior, Two Thousand Six A.D. as Notice for the agent is notice for the principal, and for all other matters and by notice for all party(s) including any and all competent witnesses with first hand knowledge, all party(s) and all others claims pertaining for the Fiction dating back for the year it was created.*

By Me-Addressee   *Floyd Shepherd - Agent*

> OFFICIAL SEAL
> MICHAEL SCHULTZ
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 11/09/09

State of IL
Cook County

Mich Sly  8/3/06

NON-NEGOTIABLE, NON-ASSIGNABLE                              1ST CERTIFIED MAIL: 7006 2760 0002 7048 1228

Floyd Shepherd
% 8119 South Artesian Street
Chicago, IL 60652-2838

May 2nd, 2007

Homecomings Financial
P.O. Box 890037
Dallas, Texas 75389-0037

Subject:        Written Request for Verification of Debt

Reference:      Account #: 0440273993

Dear loan officer,
It is hereby requested in writing that you provide verification of this alleged debt within the time set
certain of 30 days from this date until June 2nd, 2007. The verification of debt is to be as follows:

1) Name and address of the holder in due course of the alleged Debt,
2) A copy of the original signed Contract and all of its amendments, addendums, between the
   parties,
3) Copy of the original signature for each item listed on the account statements,
4) Copy of the original note, front and back,
5) Verification is to be attested, under penalty of perjury, by a wet (blue) ink signature by a loan
   officer.

Failure to provide the verification in this format within the time set certain as provided above will
constitute a Breach of Contract.

**Terms for Injury Compensation are hereby stated and set certain:**
For Commercial Injuries incurred by the actions of Homecomings Financial, the amounts will be established (if any) at a later date
depending on your response.

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.

Presented,

By _____
All Rights Reserved
Without Prejudice-UCC1-308

This is a non-negotiable Legal Instrument under the Uniform Commercial Code (UCC)

NON-NEGOTIABLE, NON-ASSIGNABLE

1ST CERTIFIED MAIL: 7006 2760 0002 7048 1228
2nd CERTIFIED MAIL: 7006 2760 0002 7048 1259

Floyd Shepherd
% 8119 South Artesian Street
Chicago, IL 60652-2838

August 16th, 2007

Homecomings Financial (GMAC)
3451 Hammond Avenue
Waterloo, IA. 50702
Attention: Stacy Solkers or Cindy Hamer

Subject:     Written Request for Verification of Debt (SECOND REQUEST)

Reference:     Account #: 7440273993

Dear loan officers,
It is hereby requested in writing that you provide verification of this alleged debt within the time set certain of 30 days from this date until September 16th, 2007. The verification of debt is to be as follows:

1) Name and address of the holder in due course of the alleged Debt,
2) A copy of the original signed Contract and all of its amendments, addendums, between the parties,
3) Copy of the original signature for each item listed on the account statements,
4) Copy of the original note, front and back,
5) Verification is to be attested, under penalty of perjury, by a wet (blue) ink signature by a loan officer.

Failure to provide the verification in this format within the time set certain as provided above will constitute a Breach of Contract.

**Terms for Injury Compensation are hereby stated and set certain:**
For Commercial Injuries incurred by the actions of Homecomings Financial, the amounts will be established (if any) at a later date depending on your response.

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.

Presented,

By _Floyd Shepherd_
All Rights Reserved

This is a non-negotiable Legal Instrument under the Uniform Commercial Code (UCC)

August 16th, 2007

To:
Homecomings Financial
3451 Hammond Avenue
Waterloo, IA. 50702
Account #: 7440273993
Attention: Stacy Solkers or Cindy Hamer
Certified Mail: 7006 2760 0002 7048 1259

From:
Floyd Shepherd
8119 S. Artesian Street
Chicago, Illinois 60652

### Commercial Affidavit

## MY BELIEFS ON THE LOAN AGREEMENT

The undersigned affiant, being duly sworn on oath, deposes and says: That he/she is an officer of the above named financial institution, a nationally chartered commercial bank, hereinafter called bank.

That as an officer of the bank he/she has the authority to execute this affidavit on behalf of the bank and to bind the bank to its provisions. It is understood that an exchange is not a loan. The bank loans to borrowers cash, or actual cash value (other depositors money) to legally obtain legal possession of the promissory notes. No new money or credit is created and loaned when banks grant loans.

The bank does not deny borrowers equal protection under the law, money, credit and agreement. The bank complies with and follows all Federal Reserve Bank rules, policies and procedures. The bank fully discloses to each and every borrower all material facts with respect to all loan agreements as to whom is to loan exactly what to whom and if the borrower or if the bank funds the bank loan check.

1

**Certified Mail:** 7006 2760 0002 7048 1259

That should it be discovered that I failed to be completely truthful as to any statement, that any and all loans or alleged loans issued or purchased at the bank are forgiven, without recourse, and shall immediately be considered null and void. Signed under penalty of perjury.

Signature of Bank Officer _____

Print name of Bank Officer _____

Name of Bank _____

Address of Bank _____

City/State/Zip _____

Sworn to and subscribed before me this \_\_\_\_\_ day of 2007\_\_\_.

Signature of Notary Public _____    Notary Seal:

**Please answer all questions in detail. Attach separate sheet of paper if needed. Supply any documents to support your claim, rebut any erroneous statements, and return this affidavit signed under penalty of perjury within 30 days from receipt. Any statements or questions not answered will remain as fact.**

## MY BELIEFS ON THE LOAN AGREEMENT

• I Floyd Shepherd was not told that the **Federal Reserve Policies and Procedures** and the **Generally Accepted Accounting Principles** (GAAP) requirements imposed upon all Federally-insured (FDIC) banks in **Title 12 of the United States Code, section 1831n (a)**, prohibit them from lending their own money from their own assets, or from other depositors?

• I Floyd Shepherd was not told that the contract you signed (your promissory note) was going to be converted into a **'negotiable instrument'** by the bank and become an asset on the bank's accounting books? Did the bank tell you that your signature on that note made it **'money'**, according to the **Uniform Commercial Code** (UCC), sections **1-201(24)** and **3-104**?

• I Floyd Shepherd was not told that your promissory note (money) would be taken, recorded as an **asset** of the bank, and **be sold by the bank for cash - without 'valuable consideration'** given to obtain your note? Did the bank give you a **deposit slip** as a receipt for the money you gave them, just as the bank would normally provide when you make a deposit to the bank?

• I Floyd Shepherd was not told that the bank would create **an account** at the bank that would contain this **money** that you gave them?

2

**Certified Mail:** 7006 2760 0002 7048 1259

• I Floyd Shepherd was not told that a check from this account would be issued with my signature, and that this account would be the source of the funds behind the check that was given to you as a "so called loan"? This said bank OWES ME my deposit back.

## Questions to the Bank Officer

1. Did you fully disclose the stipulations of the contract?
2. Did Homecomings Financial loan me actual money?
3. Where did you get the money to fund this loan?
4. Who is the Creditor for this so called loan agreement?
5. Who is the Debtor on this so-called loan agreement?
6. In the bookkeeping entries who is stated as the Debtor and who is stated as the Creditor?

6. Is a contract legal/lawful-binding, if all stipulations of that contract were not fully disclosed?

(PLEASE PROVIDE CERTIFIED COPIES OF THE BOOKKEEPING ENTRIES, PERAINING TO THIS SO CALLED LOAN AGREEMENT)

Yours truly,

*Floyd L Shepherd*

**Floyd Shepherd**

All Rights Reserved

3

**RE: NOTICE AND DEMAND**
**Title 18 U.S.C.S. 645 & 654**
**Title 18 U.S.C.S. 4 & 2382**
**Certified Mail: 7006 2760 0002 7048 1259**
**Thursday, August 16th, 2007**

To. HOMECOMINGS (GMAC) FINANCIAL CORP.
    3451 Hammond Avenue
    WATERLOO, IA. 50702
    Attention: Stacy Solkers or Cindy Hamer
    Account: 7440273993

From: Floyd Shepherd
        8119 S. Artesian Street
        Chicago, Illinois 60652

Dear LOAN OFFICER,
I have acted in good faith by trying to get answers concerning this loan agreement. The
first Verification of Debt (VOD) letter you received was not answered properly. A second
VOD is enclosed and if not responded to will place HOMECOMINGS (GSAC) IN
DEFAULT.

Is it common practice for HOMECOMINGS (GMAC) FINANCIAL to force me to make
payments without the DEBT being verified according to black's law dictionary 4th
edition?

What is HOMECOMINGS (GMAC) FINANCIAL trying to cover up by ignoring my
VOD letter, by not verifying the debt? Evading the issue is not a solution to this problem,
good faith is.

HOMECOMINGS (GMAC) FINANCIAL, acting under wrongfully assumed Powers and
Authority and under pretense and colors of Office, Laws, and Title, are hereby given
Notice of ownership of real and personal property stolen, embezzled, converted and/or
purloined, by and through certain illegal and unlawful acts, not limited to, Mail Fraud,
Racketeering, Money Laundering etc., buy not making lawful verification of the debt as
stated under the Fair Debts Collections Act.

HOMECOMINGS (GMAC) FINANCIAL are still collecting a debt that was not verified.
This is clearly by Threat, Duress and Coercion and conspiracy.

**Verification/Validation. Verification is defined as:**
Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition.
Affidavit of truth of matter stated and object of verification is to assure good faith in
averments or statements of party. Black's Law Dictionary, Sixth Edition, 1990.

Mail fraud has been committed on several occasions by HOMECOMINGS (GMAC)
FINANCIAL under Title 18 Section 1341. HOMECOMINGS (GMAC) FINANCIAL are
involved in Racketeering, Money Laundering etc.

1



**RE: NOTICE AND DEMAND**
**Title 18 U.S.C.S. 645 & 654**
**Title 18 U.S.C.S. 4 & 2382**
**Certified Mail: 7006 2760 0002 7048 1259**
**Thursday, August 16th, 2007**

Usury is the illegal act of charging extremely high interest rates on a **loan**. The key word here is LOAN, IF THERE WAS NO LOAN THERE CAN BE NO USURY.

Credit-lenders flourish only because of interest payments. You, the "borrower" is always the source of the principal amount of any alleged loan by virtue of your "promise" to pay (credit application and subsequent promissory note), from which a negotiable instrument is generated, i.e. "money," per UCC 3-104 which the credit-lender then converts into another form (bank draft, cashier's check) in accordance with Federal Reserve lending policies which is then reissued in the form of a "loan." This "loan" is nothing more than accounting entries on the bank's ledgers, the **bank loans nothing of substance, and is forbidden by banking regulations from loaning the bank's cash or assets.** As per the Federal Reserve Bank of San Francisco publication Monetary Policy in the United States (p. 13) states that, "bank loans is/are funded...by banks creating new deposits." They claim there was a loan. The truth is, it was an exchange and they called the exchange a loan.

## NOTICE OF INTENT

YOU are hereby given further NOTICE of Intent to Seek, Commence, and Criminally Prosecute all those responsible under all applicable provisions and Mandates of the Ordained Constitution for the Union of several States of the United States of America, and Laws made in pursuance thereof, including, but not limited to 18 USC 241, 242.

I must be notified in writing, by certified mail, under penalty of perjury, by affidavit to the questions I ask. There should be no other reason to contact me.

Yours truly,

Floyd Shepherd
All Rights Reserved

2

# *AFFIDAVIT OF CORPORATE DENIAL*

Last revised: 9/8/2006

| | | |
|---|---|---|
| 1 | **Affidavit of Corporate Denial** | 3 |
| 2 | **Affirmation** | 8 |
| 3 | **Resources for Further Study and Rebuttal** | 10 |
| 4 | **Demand for Rebuttal** | 11 |

## <u>TABLE OF AUTHORITIES</u>

### Constitutional Provisions

16th Amendment ........................................................................................................................................... 5
Article 1, Section 10 ..................................................................................................................................... 9

### Statutes

18 U.S.C. §1001 ............................................................................................................................................ 5
18 U.S.C. §1201 ............................................................................................................................................ 5
18 U.S.C. §1951 ............................................................................................................................................ 4
18 U.S.C. §208 .............................................................................................................................................. 8
18 U.S.C. §662 .............................................................................................................................................. 5
18 U.S.C. §912 ............................................................................................................................................ 13
26 U.S.C. §6065 ..................................................................................................................................... 12, 18
26 U.S.C. §6671(b) ................................................................................................................................ 3, 4, 8
26 U.S.C. §7343 ..................................................................................................................................... 3, 4, 8
26 U.S.C. §7408(c) ....................................................................................................................................... 5
26 U.S.C. §7491 ............................................................................................................................................ 4
26 U.S.C. §7701(a)(10) ................................................................................................................................. 8
26 U.S.C. §7701(a)(14) ................................................................................................................................. 8
26 U.S.C. §7701(a)(26) ................................................................................................................................. 3
26 U.S.C. §7701(a)(39) ................................................................................................................................. 5
26 U.S.C. §7701(a)(9) and (a)(10) ........................................................................................................... 3, 5
26 U.S.C. §7701(b)(1)(A) ........................................................................................................................... 17
28 U.S.C. §1332(a)(2) ................................................................................................................................... 8
28 U.S.C. §144 .............................................................................................................................................. 8
28 U.S.C. §1603(c ) ...................................................................................................................................... 8
28 U.S.C. §1652 ............................................................................................................................................ 8
28 U.S.C. §1746(1) ....................................................................................................................................... 3
28 U.S.C. §3002(15)(A) ............................................................................................................................... 8
28 U.S.C. §455 .............................................................................................................................................. 5
4 U.S.C. §72 .................................................................................................................................................. 3
44 U.S.C. §1505(a)(1) ................................................................................................................................... 5
5 U.S.C. §552a(a)(13) ................................................................................................................................... 3
5 U.S.C. §552a(a)(2) ..................................................................................................................................... 3
5 U.S.C. §553(a) .......................................................................................................................................... 17
8 U.S.C. §1101(a)(21) ................................................................................................................................... 3
Administrative Procedures Act, 5 U.S.C. §556(d) ....................................................................................... 4
Foreign Sovereign Immunities Act, 28 U.S.C. §1602 through 1611 ............................................................ 8

Social Security Act as of 2005, section 1101 ....................................................................................................... 15


**Regulations**

20 CFR §422.104(a)............................................................................................................................................ 14


**Cases**

Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513; 56 S.Ct. 892 (1936)...................... 15
Barnette v Wells Fargo Nevada Nat'l Bank, 270 US 438,  70 L Ed 669, 46 S Ct 326.......................................... 17
Becker v. United States, 451 U.S. 1306 (1981)....................................................................................................... 15
Brown v Pierce, 74 U.S. 205, 7 Wall 205,  19 L Ed 134......................................................................................... 11
Carmine v. Bowen, 64 A. 932 ................................................................................................................................. 17
Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936) ............................................................................. 15
Economy Plumbing & Heating v. U.S., 470 F2d, 585 (1972)................................................................................... 3
Erie R.R. v. Tompkins, 304 U.S. 64 (1938) ............................................................................................................. 8
Faske v Gershman, 30 Misc 2d 442, 215 NYS2d 144.............................................................................................. 17
Flemming v. Nestor, 363 U.S. 603 (1960) ........................................................................................................... 5, 14
Flemming v. Nestor, 363 U.S. 603, 610, 80 S.Ct. 1367 (1960).............................................................................. 14
Galleria Bank v. Southwest Properties, 498 S.W.2d .............................................................................................. 4
Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 SW2d 773 ....................................................................... 17
Heider v Unicume, 142 Or 416, 20 P2d 384 .......................................................................................................... 17
Heiner v. Donnan, 285 U.S. 312 (1932).................................................................................................................. 18
Kemper v. State, 138 Southwest 1025 (1911), page 1043, section 33 ....................................................................... 8
Norton v. Shelby County, 118 U.S. 425 (1885) ...................................................................................................... 17
Pack v. Southwestern Bell Tel. & Tel. Co., 215 Tenn. 503, 387 S.W.2d 789, 794................................................. 12
Poindexter v. Greenhow, 114 U.S. 270; 5 S.Ct. 903 (1885).................................................................................... 16
Proprietors of Charles River Bridge v. Proprietors of, 36 U.S.C. 420 (1837)........................................................ 3
United States Railroad Retirement Board vs Fritz, 449 U.S. 166 )1980)................................................................. 5


**Other Authorities**

37 Am.Jur.2d, Fraud and Deceit, Section 8.............................................................................................................. 6
American Jurisprudence 2d, Duress, Section 21 ...................................................................................................... 17
American Jurisprudence 2d, Estoppel and Waiver, §27: Definitions and Nature ................................................... 12
American Jurisprudence 2d, Estoppel and Waiver, §28: Basis, function, and purpose............................................ 12
Black's Law Dictionary, Sixth Edition, p. 1231...................................................................................................... 15
Black's Law Dictionary, Sixth Edition, p. 581 ......................................................................................................... 4
Black's Law Dictionary, Sixth Edition, pp. 744-745 ............................................................................................... 4
Congressional Record of the United States Senate on pages 3344-3345 .................................................................. 5
Federal Rule of Civil Procedure Rule 17(b)............................................................................................................ 11
Federal Rule of Civil Procedure Rule 8(d).............................................................................................................. 5
Prov. 11:15 ............................................................................................................................................................... 5
Prov. 6:1-5................................................................................................................................................................ 5
Proverbs 17:18........................................................................................................................................................ 17
Restatement 2d, Contracts § 174 ............................................................................................................................. 11
Social Security: Mark of the Beast........................................................................................................................... 4
Texas Rules of Civil Procedure, Rule 52 ................................................................................................................. 4
Why You Are a "national" or a "state national" and not a "U.S. citizen, Form #05.006 ....................................... 17

# 1   Affidavit of Corporate Denial

This sworn statement is a declaratory presentment to the Judicial Branch of the United States, the Internal Revenue Service (IRS), and the Social Security Administration (SSA) of the firm and complete denial that I, the Affiant, the Living Soul, have ever, with full knowledge, intent, or awareness:

1.  Voluntarily through written contract, or constructively by my actions consented, agreed, or accepted any government benefit, privilege, or entitlement that might result in a surrender of my Constitutionally guaranteed rights at any time.
2.  Agreed to act as an agent, "employee", contractor, or "officer" for the United States government, a federal corporation as defined under 28 U.S.C. §3002(15)(A), or any of its subordinate business entities such as the Social Security Administration or the IRS.

> *"Corporations are also of all grades, and made for varied objects: all governments are corporations, created by usage and common consent, or grants and charters which create a body politic for prescribed purposes; but whether they are private, local or general, in their objects, for the enjoyment of property, or the exercise of power, they are all governed by the same rules of law, as to the construction and the obligation of the instrument by which the Incorporation is made. One universal rule of law protects persons and property. It is a fundamental principle of the common law of England, that the term freemen of the kingdom, includes 'all persons,' ecclesiastical and temporal, incorporate, politique or natural; it is a part of their magna charta (2 Inst. 4), and is incorporated into our institutions. The persons of the members of corporations are on the same footing of protection as other persons, and their corporate property secured by the same laws which protect that of individuals. 2 Inst. 46-7. 'No man shall be taken,' 'no man shall be dissessed,' without due process of law, is a principle taken from magna charta, infused into all our state constitutions, and is made inviolable by the federal government. by the amendments to the constitution."*
> *[Proprietors of Charles River Bridge v. Proprietors of, 36 U.S.C. 420 (1837)]*

3.  Agreed or consented to be treated as an "officer of a [federal] corporation" under any of the following:
    3.1.  26 U.S.C. §6671(b).
    3.2.  26 U.S.C. §7343.
    3.3.  Federal Rule of Civil Procedure Rule 17(b).
4.  Agreed to be treated as a "public officer" engaged in a "trade or business", which is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office".
5.  Agreed or consented to be a "taxpayer", which under Subtitle A of the Internal Revenue Code is a person engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26).
6.  Agreed or consented to have any portion of the Internal Revenue Code cited or enforced against me, the natural person, who is a "nontaxpayer" not subject to it:

> *"Revenue Laws relate to taxpayers [officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
> *[Economy Plumbing & Heating v. U.S., 470 F2d. 585 (1972)]*

7.  Waived my Constitutional right to be protected by the requirement for implementing regulations found in 44 U.S.C. §1505(a)(1) and 5 U.S.C. §553(a). According to these positive law statutes, the requirement for implementing regulations published in the Federal Register for *all* statutes which prescribe a penalty is waived in the case of federal employees, contracts, public officers, federal agencies, the military, and federal benefit recipients, which group I am not a part.
8.  Agreed to be treated as an "individual", as defined in 5 U.S.C. §552a(a)(2), which is a person with a domicile in the "United States", which is geographically defined as the District of Columbia in 26 U.S.C. §7701(a)(9) and (a)(10).

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name associated with a "public office" in the United States government by virtue of the Social Security Number attached to it:

> *Idem sonans. Sounding the same or alike; having the same sound. A term applied to names which are substantially the same, though slightly varied in the spelling, as "Lawrence" and "Lawrance," and the like. State v. Culbertson, 6 N.C. App. 327, 170 S.E.2d 125, 127. Under the rule of "Idem sonans," variance between*

*allegation and proof of a given name is not material if the names sound the same or the attentive ear finds difficulty in distinguishing them when pronounced. Martin v. State, Tx.Cr.App., 541 S.W.2d 605, 606.*

*Two names are said to be "idem sonantes" if the attentive ear finds difficulty in distinguishing them when pronounced, or if common and long-continued usage has by corruption or abbreviation made them identical in pronunciation. The rule of "idem sonans" is that absolute accuracy in spelling names is not required in a legal document or proceedings either civil or criminal; that if the name, as spelled in the document though different from the correct spelling thereof, conveys to the ear, when pronounced according to the commonly accepted methods, a sound practically identical with the correct name as commonly pronounced, the name thus given is a sufficient identification of the individual referred to, and no advantage can be taken of the clerical error. The doctrine of "idem sonans" has been much enlarged by decisions, to conform to the growing rule that a variance, to be material, must be such as has misled the opposite party to his prejudice.*
*[Black's Law Dictionary, Sixth Edition, pp. 744-745]*

I do not consent to act on behalf of the social security "trustee", federal "employee" or benefit recipient who is the all caps version of my Christian name. I have revoked and renounced and rescinded any evidence and documentation in the possession of any government which might prove otherwise. The entity consisting of the all caps version of my Christian Name is not me. I have no nexus with that entity. The burden of proving otherwise now rests upon you, the recipient of this notice. You have 30 days to provide evidence to the contrary or be found in default. The burden of proof under 26 U.S.C. §7491 only shifts to me if I am a "taxpayer", which I declare under penalty of perjury that I am not. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

The fraudulent conversion of the natural person, a living Soul, into an officer of a federal corporation is accomplished as documented by Federal and State Rules of Civil Procedure. Particular reference herein is found in the Texas Rules of Civil Procedure, Rule 52, "Alleging a Corporation". Rule 52 states

*"An allegation that a corporation is incorporated shall be taken as true, unless denied by the affidavit of the adverse party, his agent or attorney, whether such corporation is a public or private corporation and however created."*
*[Texas Rules of Civil Procedure, Rule 52]*

In the case of Galleria Bank v. Southwest Properties, 498 S.W.2d, there is the stipulation that

*"The failure of an adverse party to deny under oath the allegation that he is incorporated with the necessity of proof of the fact [it becomes part of the official record]."*
*[Galleria Bank v. Southwest Properties, 498 S.W.2d]*

Based on the foregoing, it is now clearly evident that the IRS and the federal courts have:

1. Intentionally, willfully, with malice aforethought, and with intent to deceive, proceeded in all its collection and enforcement actions as against the all capital letter name and Social Security Number associated with the fictitious federal "employee" or agent.
2. Presumed the all capital letters name a federal "employee" and "officer of a corporation" under 26 U.S.C. §6671(b) and 26 U.S.C. §7343, who is privileged by virtue of federal employment and agency. The existence of such "privilege", in fact, is the means of manufacturing liability to taxation under Subtitle A of the Internal Revenue Code.
3. "Presumed" that the natural person, the Living Soul, has agreed or consented to act as a fiduciary for the all caps federal "employee":

*"It is apparent,' this court said in the Bailey Case ( 219 U.S. 239, 31 S. Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions.' If a legislative body is without power to enact as a rule of evidence a statute denying a litigant the right to prove the facts of his case, certainly the power cannot be made to emerge by putting the enactment in the guise of a rule of substantive law."[Heiner v. Donnan, 285 U.S. 312 (1932)]*

4. Not explained or revealed, but instead have consistently concealed, the above presumptions and kept them from being documented in rulings of the federal courts so as to preserve and protect the organized extortion and racketeering that ensures the flow of plunder into their checking accounts and their retirement plans. This is racketeering in violation of 18 U.S.C. §1951. The only way it wouldn't be racketeering is if I consented to it, which I do not.

5. By associating the natural person with the all caps federal "employee", subjected the natural person to the law for the domicile of the corporation that he represents under Federal Rule of Civil Procedure Rule 17(b). This has effected the equivalent of kidnapping in violation of 18 U.S.C. §1201. It is also the equivalent of identity theft.

6. Placed the domicile of the federal "employee" in the District of Columbia, as required under the following authorities:
   6.1. 4 U.S.C. §72.
   6.2. 26 U.S.C. §7701(a)(9) and (a)(10).
   6.3. 26 U.S.C. §7701(a)(39).
   6.4. 26 U.S.C. §7408(c).

7. Made the all caps strawman and the SSN associated with him surety for the debts of the federal government. The Bible says that Christians CANNOT be surety for the debts of any third party:

> "My son, if you become surety for your friend, if you have shaken hands in pledge for a stranger, you are snared by the words of your mouth; you are taken by the words of your mouth. So do this, my son, and deliver yourself: for you have come into the hand of your friend [slavery!]: Go and humble yourself; plead with your friend. Give no sleep to your eyes, nor slumber to your eyelids. Deliver yourself like a gazelle from the hand of the hunter; and like a bird from the hand of the fowler."
> [Prov. 6:1-5, Bible, NKJV]

> "A man devoid of understanding shakes hands in a pledge, and becomes surety for his friend." [Bible, Proverbs 17:18]

> "He who is surety for a stranger will suffer, but one who hates being surety is secure." [Prov. 11:15, NKJV]

The Social Security Number that is associated with the all caps name is therefore based upon a constructive trust contract created by the SS-5 form. Such a relationship is unenforceable as a contract without informed consent, full disclosure of terms, conditions, and definitions, and consent beyond the age of majority. Children do not meet that qualification and as a result, the entire SSN contract, created as a child is voidable ab initio from the date it was created. To ensure this end, I have sent via certified mail a resignation and termination of any such arrangment, rebutting and rescinding any presumptions to the contrary. See:

http://sedm.org/Forms/Emancipation/SSTrustIndenture.pdf

I am not a party made liable for the federal income tax based on the Legislative Intent of the 16th Amendment written by President William H. Taft and published in the Congressional Record of the United States Senate on pages 3344-3345. I am not subject to the exclusive jurisdiction of the federal government or any Federal Judicial or Internal Revenue District. I am not a federal "employee", "federal personnel" under 5 U.S.C. §552a(a)(13) nor is there a contractual agreement which can arise from requesting an SSN. This was confirmed by the U.S. Supreme Court, which said on the matter:

> "... railroad benefits, like social security benefits, are not contractual and may be altered or even eliminated at any time."
> [United States Railroad Retirement Board vs Fritz, 449 U.S. 166 )1980)]

> "We must conclude that a person covered by the Act has not such a right in benefit payments... This is not to say, however, that Congress may exercise its power to modify the statutory scheme free of all constitutional restraint."
> [Flemming v. Nestor, 363 U.S. 603 (1960)]

Because participation in the Social Security Program does not satisfy all the requirements for a valid legal contract, then any attempt to enforce the payment of "taxes" resulting from participation in it without at least providing legally admissible proof of informed consent from a person who has reached the age of consent amounts to:

1. Theft, if the participant did not provide informed consent to participate. Consequently, any money accepted under the program by the federal government becomes an act of "receiving stolen property" in violation of 18 U.S.C. §662.
2. Constructive Fraud in violation of 18 U.S.C. §1001. The government is "pretending" that you qualified to participate when they know in fact that you don't and didn't ever qualify. The result of fraudulent activity of this nature is the following:
   2.1. If the fraud produces a contractual obligation, then the contract is void ab initio (from the beginning) if the injured party explicitly voids it:

*American Jurisprudence, 2d [legal encyclopedia]*
*Fraud and Deceit*
*§8  Effect*

**Fraud vitiates every transaction and all contracts.** 7   Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments. 8  Fraud, as it is sometimes said, vitiates every act, which statement embodies a thoroughly sound doctrine when it is properly applied to the subject matter in controversy and to the parties thereto and in a proper forum. 9  As a general rule, fraud will vitiate a particular notwithstanding that it contains a provision to the effect that no representations have been made as an inducement to enter into it, or that either party shall be bound by any representation not contained therein, or a similar provision attempting to nullify extraneous representations.  Such provisions do not, in most jurisdictions, preclude a charge of fraud based on oral representations. 10

**It is a general rule in the law of contracts, however, that an agreement induced by fraud is voidable 11   and not void.** 12   although the rule laid down in some cases is that fraud in the factum or execution renders the agreement void, whereas fraud in the treaty or inducement renders it merely voidable. 13   **Fraudulent representations, to avoid a contract, need not be such as would sustain an indictment for false pretenses.** 14   In preventing actual consent, fraud may be as effectual as mistake or a want of capacity; and where such is the fact in dealing with ordinary contracts, its effect is to vitiate and invalidate them. 15   Ordinarily, however, a contract induced by fraud is voidable at the option of the person defrauded, who must take affirmative action for relief. 16  Generally speaking, the right to avoid a contract induced by fraud must be exercised before the rights of third parties have intervened. 17

Fraudulent misrepresentations may operate as an estoppel in pais, whereby the fraudulent person is precluded from denying a statement which another has relied upon to his injury. 18   As respects fraud in law, that is, constructive fraud as contradistinguished from fraud in fact, or actual fraud, where that which is valid can be separated from that which is invalid without defeating the general intent, the maxim, "void in part, void in toto." does not necessarily apply, and the transaction may be sustained notwithstanding the invalidity of a particular provision. 19  If an original transaction is valid, it cannot be rendered fraudulent by subsequent events, 20  as by the mere nonperformance of a contract, 1  unless, under the rule in force in the majority of jurisdictions, there is a coexisting intention not to perform. 2   In the event of a controversy between the parties regarding fraud in the contract, a "valid" contract is what a court acting with jurisdiction says it is. 3

A person does not, by attempting to defraud another, forfeit his property to the latter. 4
[37 Am.Jur.2d, Fraud and Deceit, Section 8]

2.2. The person who earned the moneys fraudulently procured by the government has a legal right to recover them:

"Dolus auctoris non nocet successori."
The fraud of a possessor does not prejudice the successor.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.3. The act of fraud and all the consequences of the act never legally happened.  That means that the Social Security Number you falsely believe was issued to you was never actually issued:

"Ex dolo malo non oritur action. "
Out of fraud no action arises. Cowper, 343; Broom's Max. 349.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.4. Any act by any government servant to conceal the fraud becomes an act of fraud:

"Fraus est celare fraudem. "
It is a fraud to conceal a fraud. 1 Vern. 270.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.5. Fraud is inexcusable and unpardonable:

"Fraus et dolus nemini patrocianari debent. "
Fraud and deceit should excuse no man, 3 Co. 78.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.6. Fraud amounts to an injustice:

> *"Fraus et jus numquam cohabitant. "*
> *Fraud and justice never agree together. Wing. 680.*
>
> *Quod alias bonum et justum est, si per vim vel fraudem petatur, malum et injustum efficitur.*
> *What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.7. If a debt or tax obligation arises by virtue of the fraud, then the victim of the fraud must be excused from the liability:

> *"In commodo haec pactio, ne dolus praestetur, rata non est. "*
> *If in a contract for a loan there is inserted a clause that the borrower shall not be answerable for fraud, such*
> *clause is void. Dig. 13, 6, 17.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.8. Fraud creates no rights to property on the part of the government:

> *"Jus et fraudem numquam cohabitant. "*
> *Right and fraud never go together.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.9. Fraud gives the victim of the fraud the right to terminate his relationship to the government:

> *"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "*
> *If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

3. <u>Money laundering in violation of 18 U.S.C. §1956.</u> Money laundering is the receiving of money from the proceeds of unlawful activity, or activity not specifically authorized by the constitution and the laws which implement it, at least in the context of persons domiciled in states of the Union.

I, Affiant, the Living Soul, do hereby rebut any and all "presumptions" that have ever been made against me under the "idem sonans" deception of the nom de guerre consisting of the all caps version of my Christian name to be 'Void Ab Initio.' All IRS documents that have used the artificial entity identified with the all caps version of my Christian name for the creation of a tax liability for the Subtitle A income tax, the Subtitle B Estate & Gift income tax, and the Subtitle C Chapter 24 Collection of income tax at source, et al, are forevermore declared to be "Void Ab Initio" as there was no legal validity for such at any time.

Verified by this Affidavit, now and for all times, to be a matter of record the adverse party, Affiant, proclaims in truth that:

1. The IRS has no legal capacity to sue or that the adverse party has no legal capacity to be sued as a Living Soul vis-à-vis an artificial entity.
2. The IRS is not entitled to recover in the capacity in which it would sue, or that the adverse party is not liable in the capacity of an artificial entity to be sued.
3. There exists a defect of parties, plaintiff, or defendant.
4. A denial of partnership as alleged in or by any pleadings as to any party to the suit.
5. Any party alleged in any pleading to be a corporation, constructive trust, or any artificial entity is not incorporated as alleged.
6. A denial of the genuineness of the endorsement or assignment of a written instrument upon which suit is brought by an indorsee or assignee and in the absence of such a sworn plea; the indorsement or assignment thereof shall be held as fully proved. The denial required by this subdivision of the rule may be made upon information and belief.
7. A written instrument upon which a pleading is founded is without consideration, or that the consideration of the same has failed in whole or in part.
8. A denial of an account, by this affidavit, which is the foundation of the IRS action.

9. A contract sued upon or contract claimed to be in existence is an attempted usurpation of power and authority, which only resides with the adverse party.

10. Notice and proof of loss or claim for damage or debt liability has not been given as alleged by the IRS. Unless such plea is filed within 30 days from the date of this affidavit, such notice and proof shall be presumed and no evidence to the contrary shall be admitted. A denial of such notice or such proof shall be made specifically and with particularity.

11. A party plaintiff or defendant is not doing business under an assumed name or trade name as alleged.

12. Any other matter required by statute to be pleaded under oath.

> *"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."*
> *[Kemper v. State, 138 Southwest 1025 (1911), page 1043, section 33]*

Affiant is a sovereign and a secured party to the Constitution of the united States of the America and enjoys all protections of his/her God-given inalienable Rights so enumerated or reserved. There is no lawful or legal authority for the national government, a creation of limited delegation of Rights of "We the People" [the Master] and thus a servant to the Master to continue in such fraudulent conveyances.

There is no quarter or protection, nor can there be, for any federal employee, federal officer, or elected official of the United States to continue to make claims for a debt against the legal fiction or nom de guerre consisting of the all caps version of my Christian name to identify the Living Soul, Affiant, as a corporation, constructive trust, or any other artificial entity which would be contrary to this sworn statement under oath.

I have enclosed an IRS form 56: Notice Concerning Fiduciary Relationship, renouncing and denouncing any connection with the all caps federal "employee" who is the object of all of your enforcement, collection, extortion, racketeering, and legal terrorism efforts.

## 2   Affirmation

I declare under penalty of perjury under the laws of the Republic where I live but do not maintain a domicile and from *without* the "United States" defined in 28 U.S.C. §1603(c ) and 26 U.S.C. §7701(a)(10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C. §1746(1).

1. Jury trial in a state court.
2. Diversity of citizenship under 28 U.S.C. §1332(a)(2).
3. No jurist or judge may be a "U.S. citizen" under 8 U.S.C. §1401, or a "taxpayer" under 26 U.S.C. §7701(a)(14).
4. No jurist or judge, like the submitter, may be in receipt of any federal financial or other privilege, benefit or employment nor maintain a domicile on federal territory.
5. The common law of the state and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and *Erie R.R. v. Tompkins*, 304 U.S. 64 (1938).
6. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
7. All of the pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury.
8. None of the pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
9. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
10. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 through 1611.
11. Submitter is not treated as a "person" under 26 U.S.C. §6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty. See:
    http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the court shall constitute evidence of duress upon the submitter. This affirmation is an extension of my right to contract guaranteed

1   under **Article 1, Section 10** of the United States Constitution and may not be interfered with by any court of a State of the
2   Union or of the United States.
3
4   Signature: _Floyd Shepherd_____  ____  _____  ____
5
6   Printed Name: _Floyd Shepherd_____  _____  ____
7
8   Date:____1/24th 2008_____  ____
9

**NOTARY PUBLIC'S JURAT**

BEFORE ME, the undersigned authority, a Notary Public, of the County of ___Cook___, Republic

of ___Illinois___ (statename), this __24__ day of ___January___, 20__08__,

___Floyd Sheperd___, the above signed did appear and was identified by (circle one): driver's

license/passport/other and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing

asseveration is true to the best of his/her knowledge and belief.

WITNESS my hand and official seal:

```
OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10
```

/s/ _____ _____ _____SEAL
            Notary Public

My Commission Expires On: __2/1/10__

## 3   Resources for Further Study and Rebuttal

If you were unable to find your specific questions or concerns answered, thousands of pages of additional resources are
available that back up everything in this pamphlet below:

1   **Table 1: Resources for Further Study and Rebuttal**

| Resource | Description | Web address |
|---|---|---|
| *Resignation of Compelled Social Security Trustee* | Proves that the all caps name and number associated with it is a federal "employee" and "trustee" over federal property. | http://sedm.org/Forms/Emancipation/SSTrustIndenture.pdf |
| *How the IRS traps you into liability by making you a fiduciary for a dead "strawman"* | Describes how the IRS falsifies peoples Individual Master File to create fraudulent tax liabilities by telling the computer that they are fiduciaries over the estate of a dead person. | http://famguardian.org/TaxFreedom/Instructions/0.6HowIRSTrapsYouStrawman.htm |
| *Memorandum of Law on The Name* | Describes the nature of the "idem sonans" or "nom de guierre" | http://famguardian.org/Subjects/LawAndGovt/Articles/MemLawOnTheName.htm |
| *Social Security: Mark of the Beast* | Free book which describes why the Social Security Number is the Mark of the Beast and Satanic, as described in the Bible Book of Revelations.    Has    many supporting legal authorities as well. | http://famguardian.org/Publications/SocialSecurity/TOC.htm |

2   ## 4   Demand for Rebuttal

3   If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the
4   facts and law revealed here.  You have thirty days to provide your rebuttal.  Pursuant to Federal Rule of Civil Procedure
5   Rule 8(d), failure to deny shall constitute an admission to the truth of everything contained herein:

6   *III. PLEADINGS AND MOTIONS > Rule 8,*
7   *Rule 8, General Rules of Pleading*

8   *(d) Effect of Failure To Deny.*

9   *Averments in a pleading to which a responsive pleading is required, other than those as to the amount of*
10  *damage, are admitted when not denied in the responsive pleading. Averments in a pleading to which no*
11  *responsive pleading is required or permitted shall be taken as denied or avoided.*

12  Failure to timely deny WITH EVIDENCE shall also constitute an estoppel in pais, default judgment, and nihil dicit
13  judgment relating to every controversy presented by this affidavit:

14  *"Silence is a species of conduct, and constitutes an implied representation of the existence of facts in question.*
15  *When silence is of such character and under such circumstances that it would become a fraud, it will operate as*
16  *an Estoppel."*
17  *[Carmine v. Bowen, 64 A. 932]*
18

19  *"Equitable estoppel, or estoppel in pais, is a term applied usually to a situation where, because of something*
20  *which he has done or omitted to do, a party is denied the right to plead or prove an otherwise important fact. 2*
21  *The term has also been variously defined, frequently by pointing out one or more of the elements of, or*
22  *prerequisites to, 3  the application of the doctrine or the situations in which the doctrine is urged. 4  The most*
23  *comprehensive definition of equitable estoppel or estoppel in pais is that it is the principle by which a party who*
24  *knows or should know the truth is absolutely precluded, both at law and in equity, from denying, or asserting*
25  *the contrary of, any material fact which, by his words or conduct, affirmative or negative, intentionally or*
26  *through culpable negligence, he has induced another, who was excusably ignorant of the true facts and who*
27  *had a right to rely upon such words or conduct, to believe and act upon them thereby, as a consequence*
28  *reasonably to be anticipated, changing his position in such a way that he would suffer injury if such denial or*
29  *contrary assertion was allowed. 5  In the final analysis, however, an equitable estoppel rests upon the facts and*
30  *circumstances of the particular case in which it is urged, 6   considered in the framework of the elements,*
31  *requisites, and grounds of equitable estoppel, 7   and consequently, any attempted definition usually amounts to*
32  *no more than a declaration of an estoppel under those facts and circumstances. 8   The cases themselves must*

1  be    looked    to    and    applied    by    way    of    analogy    rather    than    rule.    9"
2  [American Jurisprudence 2d, Estoppel and Waiver, §27: Definitions and Nature]

3  _____  _____  _____  ___ ___

4  "The doctrine of estoppel is based upon the grounds of public policy, fair dealing, good faith, and justice, and
5  its purpose is to forbid one to speak against his own act, representations, or commitments to the injury of one to
6  whom they were directed and who reasonably relied thereon. 11 The doctrine of estoppel springs from
7  equitable principles and the equities in the case. 12  It is designed to aid the law in the administration of justice
8  where without its aid injustice might result. 13  Thus, the doctrine of equitable estoppel or estoppel in pais is
9  founded upon principles of morality and fair dealing and is intended to subserve the ends of justice. 14
10  It always presupposes error on one side and fault or fraud upon the other and some defect of which it would be
11  inequitable for the party against whom the doctrine is asserted to take advantage. 15 It concludes the truth in
12  order to prevent fraud and falsehood and imposes silence on a party only when in conscience and honesty he
13  should not be allowed to speak. 16

14  The proper function of equitable estoppel is the prevention of fraud, actual or constructive, 17   and the
15  doctrine should always be so applied as to promote the ends of justice and accomplish that which ought to be
16  done between man and man. 18  Such an estoppel cannot arise against a party except when justice to the rights
17  of others demands it 19   and when to refuse it would be inequitable. 20   The doctrine of estoppel should be
18  applied cautiously and only when equity clearly requires it to be done. 1  Hence, in determining the application
19  of the doctrine, the counterequities of the parties are entitled to due consideration. 2   It is available only in
20  defense of a legal or equitable right or claim made in good faith and can never be asserted to uphold crime,
21  fraud, injustice, or wrong of any character. 3  Estoppel is to be applied against wrongdoers, not against the
22  victim of a wrong, 4  although estoppel is never employed as a means of inflicting punishment for an unlawful
23  or wrongful act. 5"
24  [American Jurisprudence 2d, Estoppel and Waiver, §28: Basis, function, and purpose]

25  Finally, the denial must come from a person who has personal knowledge, delegated authority to make such a denial, and
26  the denial must be signed under penalty of perjury as required by 26 U.S.C. §6065.

27  **ADMISSIONS/QUESTIONS:**

28  1.  Admit that Social Security Numbers and Social Security Cards are the property of the U.S. government and not the
29  person in possession of them:

30  *Title 20: Employees' Benefits*
31  *PART 422—ORGANIZATION AND PROCEDURES*
32  *Subpart B—General Procedures*
33  *§ 422.103  Social security numbers.*

34  *(d) Social security number cards. A person who is assigned a social security number will receive a social*
35  *security number card from SSA within a reasonable time after the number has been assigned. (See §422.104*
36  *regarding the assignment of social security number cards to aliens.)* **Social security number**
37  **cards are the property of SSA and must be returned upon request.**

38  YOUR ANSWER: _____Admit _____Deny

39  2.  Admit that because Social Security Numbers and Social Security Cards are the property of the U.S. government, then
40  they constitute property devoted to a "public purpose" or "public uses":

41  "*Public purpose.  In the law of taxation, eminent domain, etc., this is a term of classification to distinguish the*
42  *objects for which, according to settled usage, the government is to provide, from those which, by the like usage,*
43  *are left to private interest, inclination, or liberality. The constitutional requirement that the purpose of any tax,*
44  *police regulation, or particular exertion of the power of eminent domain shall be the convenience, safety, or*
45  *welfare of the entire community and not the welfare of a specific individual or class of persons [such as, for*
46  *instance, federal benefit recipients as individuals].  "Public purpose" that will justify expenditure of public*
47  *money generally means such an activity as will serve as benefit to community as a body and which at same time*
48  *is directly related function of government.  Pack v. Southwestern Bell Tel. & Tel. Co., 215 Tenn. 503, 387*
49  *S.W.2d 789, 794.*

50  *The term is synonymous with governmental purpose. As employed to denote the objects for which taxes may be*
51  *levied, it has no relation to the urgency of the public need or to the extent of the public benefit which is to*
52  *follow: the essential requisite being that a public service or use shall affect the inhabitants as a community,*
53  *and not merely as individuals. A public purpose or public business has for its objective the promotion of the*

*public health, safety, morals, general welfare, security, prosperity, and contentment of all the inhabitants or residents within a given political division, as, for example, a state, the sovereign powers of which are exercised to promote such public purpose or public business."*
*[Black's Law Dictionary, Sixth Edition, p. 1231, Emphasis added]*

YOUR ANSWER: ____Admit ____Deny

3. Admit that the number assigned by the Social Security Administration called a Social Security Number is created, owned, reissued, and controlled exclusively by the Social Security Administration.

YOUR ANSWER: ____Admit ____Deny

4. Admit that only public "employees" or contractors on official duty can lawfully possess, use, or control public property or property devoted to a "public use".

YOUR ANSWER: ____Admit ____Deny

5. Admit that possession or use of a Social Security Number or Social Security Card constitutes prima facie evidence that the person in possession is acting in an official capacity as "federal personnel":

> _TITLE 5 > PART I > CHAPTER 5 > SUBCHAPTER II > § 552a_
> _§ 552a. Records maintained on individuals_
>
> *(a) Definitions.— For purposes of this section—*
>
> *(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits).*

YOUR ANSWER: ____Admit ____Deny

6. Admit that a private person who uses public property called a Social Security Number and Social Security Card for personal benefit is committing the crime of impersonating a public officer in violation of **18 U.S.C. §912**:

> _TITLE 18 > PART I > CHAPTER 43 > § 912_
> _§ 912. Officer or employee of the United States_
>
> *Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.*

YOUR ANSWER: ____Admit ____Deny

7. Admit that it is illegal to use public property for a *private* purpose or private benefit:

> _TITLE 18 > PART I > CHAPTER 11 > § 208_
> _§ 208. Acts affecting a personal financial interest_
>
> *(a) Except as permitted by subsection (b) hereof, __whoever, being an officer or employee of the executive branch of the United States Government, or of any independent agency of the United States__, a Federal Reserve bank director, officer, or employee, or an officer or employee of the District of Columbia, including a special Government employee, __participates personally and substantially as a Government officer or employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a judicial or other proceeding, application, request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest, or other particular matter in which, to his knowledge, he, his spouse, minor child, general partner, organization in which he is serving as officer, director, trustee, general partner or employee, or any person or organization with whom he is negotiating or has any arrangement concerning prospective employment, has a financial [or personal/private] interest__—·*
>
> *Shall be subject to the penalties set forth in section __216__ of this title.*

YOUR ANSWER: ____Admit ____Deny

8. Admit that the Social Security Number is primarily used to control those who participatee, and that those who participate have no control or ownership over how the government uses or discloses it.

YOUR ANSWER: ____Admit ____Deny

9. Admit that it is impossible to "have" a number. A number is information and one can know information but one can't own it unless it is copyrighted.

YOUR ANSWER: __ __Admit __ _Deny

10. Admit that claiming a number or participating in Social Security guarantees NOTHING, according to the Supreme Court.

> "We must conclude that *a person covered by the Act has not such a right in benefit payments*... This is not to say, however, that Congress may exercise its power to modify the statutory scheme free of all constitutional restraint."
> [Flemming v. Nestor, *363 U.S. 603 (1960)*]

> "The Social Security system may be accurately described as a form of social insurance, enacted pursuant to Congress' power to "spend money in aid of the 'general welfare.'" Helvering v. Davis, supra, at 640, whereby persons gainfully employed, and those who employ them, are taxed to permit the payment of benefits to the retired and disabled, and their dependents. Plainly the expectation is that many members of the present productive work force will in turn become beneficiaries rather than supporters of the program. But each worker's benefits, though flowing from the contributions he made to the [363 U.S. 603, 610] national economy while actively employed, are not dependent on the degree to which he was called upon to support the system by taxation. *It is apparent that the noncontractual interest of an employee covered by the Act cannot be soundly analogized to that of the holder of an annuity, whose right to benefits is bottomed on his contractual premium payments*."
> [Flemming v. Nestor, *363 U.S. 603*, 610, 80 S.Ct. 1367 (1960)]

YOUR ANSWER: ____Admit ____Deny

11. Admit that without a guaranteed benefit, anyone using a number cannot claim any legally enforceable right or entitlement or "property".

YOUR ANSWER: ____Admit ____Deny

12. Admit that the Social Security Act is found on the Social Security website at the following address:

  http://www.ssa.gov/OP_Home/ssact/comp-ssa.htm

YOUR ANSWER: ____Admit ____Deny

13. Admit that the Social Security Act is also found in the U.S. Code, Title 42, Chapter 7 available on the web at the address below:

  http://www4.law.cornell.edu/uscode/html/uscode42/usc_sup_01_42_10_7.html

YOUR ANSWER: ____Admit _ __Deny

14. Admit that only "U.S. citizens" and "lawful permanent residents" may apply for the Social Security program. See website above and 20 CFR §422.104(a).

YOUR ANSWER: ____Admit ____Deny

15. Admit that the term "United States" is defined in the current Social Security act in section 1101(a)(2) as follows:

1    *SEC. 1101. [42 U.S.C. 1301] (a) When used in this Act—*

2    *"(2) The term "United States" when used in a geographical sense means, except where otherwise provided, the*
3    *States."*
4    *[Social Security Act as of 2005, section 1101]*

5    YOUR ANSWER: _____Admit _ _ Deny

6    16. Admit that the term "State" is defined in the current Social Security Act in section 1101(a)(1) as follows:

7    *SEC. 1101. [42 U.S.C. 1301] (a) When used in this Act—*

8    *(1) The term 'State', except where otherwise provided, includes the District of Columbia and the*
9    *Commonwealth of Puerto Rico, and when used in titles IV, V, VII, XI, XIX, and XXI includes the Virgin Islands*
10   *and Guam. Such term when used in titles III, IX, and XII also includes the Virgin Islands. Such term when used*
11   *in title V and in part B of this title also includes American Samoa, the Northern Mariana Islands, and the Trust*
12   *Territory of the Pacific Islands. Such term when used in titles XIX and XXI also includes the Northern Mariana*
13   *Islands and American Samoa. In the case of Puerto Rico, the Virgin Islands, and Guam, titles I, X, and XIV, and*
14   *title XVI (as in effect without regard to the amendment made by section 301 of the Social Security Amendments*
15   *of 1972[3]) shall continue to apply, and the term 'State' when used in such titles (but not in title XVI as in effect*
16   *pursuant to such amendment after December 31, 1973) includes Puerto Rico, the Virgin Islands, and Guam.*
17   *Such term when used in title XX also includes the Virgin Islands, Guam, American Samoa, and the Northern*
18   *Mariana Islands. Such term when used in title IV also includes American Samoa."*
19   *[Social Security Act as of 2005, section 1101]*

20   YOUR ANSWER: _____Admit _____Deny

21   17. Admit that states of the Union are *not* included in the above definition of either "State" or "United States".

22   YOUR ANSWER: _____Admit _____Deny

23   18. Admit that under the rules of statutory construction, that which is not explicitly included is excluded by implication:

24   *"expressio unius, exclusio alterius".-- if one or more items is specifically listed, omitted items are purposely*
25   *excluded. Becker v. United States, 451 U.S. 1306 (1981)*

26   *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one*
27   *thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles,*
28   *170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons*
29   *or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be*
30   *inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects*
31   *of a certain provision, other exceptions or effects are excluded."*
32   *[Black's Law Dictionary, Sixth Edition, p. 581]*

33   YOUR ANSWER: _____Admit _____Deny

34   19. Admit that the federal government has no legislative jurisdiction within states of the Union according to the U.S.
35   Supreme Court:

36   *"It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247*
37   *U.S. 251, 275, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the*
38   *internal affairs of the states; and emphatically not with regard to legislation."*
39   *[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]*

40   *"The difficulties arising out of our dual form of government and the opportunities for differing opinions*
41   *concerning the relative rights of state and national governments are many; but for a very long time this court*
42   *has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or*
43   *their political subdivisions. The same basic reasoning which leads to that conclusion, we think, requires like*
44   *limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."*
45   *[Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513, 56 S.Ct. 892 (1936)]*

46   YOUR ANSWER: _____Admit _____Deny

47   20. Admit that the Social Security Act qualifies as "legislation" as indicated in the above cites.

YOUR ANSWER: ____Admit ____Deny

21. Admit that participation in Social Security is voluntary for people who live outside of the District of Columbia and the territories and possessions of the "United States" as defined above because it does not and cannot apply to them absent their informed, explicit, written consent.

YOUR ANSWER: ____Admit ____Deny

22. Admit that it is ILLEGAL for the Social Security Administration to approve an application from a person who is not a "U.S. citizen" under 8 U.S.C. §1401 or lawful "permanent resident".

> *Title 20: Employees' Benefits*
> *PART 422—ORGANIZATION AND PROCEDURES*
> *Subpart B—General Procedures*
> *§ 422.104   Who can be assigned a social security number.*
>
> *(a) Persons eligible for SSN assignment. We can assign you a social security number if you meet the evidence requirements in §422.107 and you are:*
>
> *(1) A United States citizen; or*
>
> *(2) An alien lawfully admitted to the United States for permanent residence or under other authority of law permitting you to work in the United States (§422.105 describes how we determine if a nonimmigrant alien is permitted to work in the United States); or*
>
> *(3) An alien who cannot provide evidence of alien status showing lawful admission to the U.S., or an alien with evidence of lawful admission but without authority to work in the U.S., if the evidence described in §422.107(e) does not exist, but only for a valid nonwork reason. We consider you to have a valid nonwork reason if:*
>
> *(i) You need a social security number to satisfy a Federal statute or regulation that requires you to have a social security number in order to receive a Federally-funded benefit to which you have otherwise established entitlement and you reside either in or outside the U.S.; or*
>
> *(ii) You need a social security number to satisfy a State or local law that requires you to have a social security number in order to receive public assistance benefits to which you have otherwise established entitlement, and you are legally in the United States.*

YOUR ANSWER: ____Admit ____Deny

23. Admit that an illegal or unconstitutional act does not constitute an "act" of a government, but simply the act of a private individual masquerading as a public officer:

> "... *the maxim that the King can do no wrong has no place in our system of government; yet it is also true, in respect to the State itself, that whatever wrong is attempted in its name is imputable to its government and not to the State, for, as it can speak and act only by law, whatever it does say and do must be lawful. That which therefore is unlawful because made so by the supreme law, the Constitution of the United States, is not the word or deed of the State, but is the mere wrong and trespass of those individual persons who falsely spread and act in its name.*"

> "This distinction is essential to the idea of constitutional government. To deny it or blot it out obliterates the line of demarcation that separates constitutional government from absolutism, free self- government based on the sovereignty of the people from that despotism, whether of the one or the many, which enables the agent of the state to declare and decree that he is the state; to say 'L'Etat, c'est moi.' Of what avail are written constitutions, whose bills of right, for the security of individual liberty, have been written too often with the blood of martyrs shed upon the battle-field and the scaffold, if their limitations and restraints upon power may be overpassed with impunity by the very agencies created and appointed to guard, defend, and enforce them; and that, too, with the sacred authority of law, not only compelling obedience, but entitled to respect? And how else can these principles of individual liberty and right be maintained, if, when violated, the judicial tribunals are forbidden to visit penalties upon individual offenders, who are the instruments of wrong, whenever they interpose the shield of the state? **The doctrine is not to be tolerated. The whole frame and scheme of the political institutions of this country, state and federal, protest against it. Their continued existence is not compatible with it. It is the doctrine of absolutism, pure, simple, and naked, and of communism which is its twin, the double progeny of the same evil birth.**" [U.S. Supreme Court in *Poindexter v. Greenhow, 114 U.S. 270; 5 S.Ct. 903 (1885)*]

1    YOUR ANSWER: ____Admit ____Deny

2    24. Admit that an illegal or unconstitutional act is an "act" of a private individual that certainly cannot be recognized as an
3    act of any kind on the part of a legitimate government.

4        *"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it*
5        *creates no office; it is in legal contemplation, as inoperative as though it had never been passed."*
6        *[Norton v. Shelby County, 118 U.S. 425 (1885)]*

7    YOUR ANSWER: ____Admit ____Deny

8    25. Admit that an illegally issued Social Security Number is not a Social Security Number, but simply an illegal act that
9    cannot be recognized and certainly not benefited from by anyone exercising a lawful, constitutional function of
10   government.

11   YOUR ANSWER: ____Admit ____Deny

12   26. Admit that persons born in states of the Union are "nationals" under 8 U.S.C. §1101(a)(21) but not "citizens" under 8
13   U.S.C. §1401. If you disagree, please rebut:

14       *Why You Are a "national" or a "state national" and not a "U.S. citizen*, Form #05.006
15       http://sedm.org/Forms/FormIndex.htm

16   YOUR ANSWER: ____Admit ____Deny

17   27. Admit that Affiant has stated under penalty of perjury that he is *neither* a "U.S. citizen" as defined in 8 U.S.C. §1401
18   nor a "lawful permanent resident" as defined in 26 U.S.C. §7701(b)(1)(A).

19   YOUR ANSWER: ____Admit ____Deny

20   28. Admit that those who either never applied for Social Security or whose application was made by others who they never
21   authorized cannot be obligated to participate and that any number that might have been assigned under such
22   circumstance is illegally obtained and invalid because issued without consent.

23       *"An agreement [consent] obtained by duress, coercion, or intimidation is invalid, since the party coerced is not*
24       *exercising his free will, and the test is not so much the means by which the party is compelled to execute the*
25       *agreement as the state of mind induced.[1]  Duress, like fraud, rarely becomes material, except where a contract*
26       *or conveyance has been made which the maker wishes to avoid. As a general rule, duress renders the contract*
27       *or conveyance voidable, not void, at the option of the person coerced,[2] and it is susceptible of ratification. Like*
28       *other voidable contracts, it is valid until it is avoided by the person entitled to avoid it.[3]  However, duress in*
29       *the form of physical compulsion, in which a party is caused to appear to assent when he has no intention of*
30       *doing so, is generally deemed to render the resulting purported contract void.[4]"*
31       *[American Jurisprudence 2d, Duress, Section 21]*

32   YOUR ANSWER: ____Admit ____Deny

33   29. Admit that it is a federal crime to compel the use or disclosure of Social Security Numbers.

---

[1] Brown v Pierce, 74 U.S. 205, 7 Wall 205, 19 L Ed 134

[2] Barnette v Wells Fargo Nevada Nat'l Bank, 270 US 438,  70 L Ed 669, 46 S Ct 326 (holding that acts induced by duress which operate solely on the mind, and fall short of actual physical compulsion, are not void at law, but are voidable only, at the election of him whose acts were induced by it); Fuske v Gershman, 30 Misc 2d 442, 215 NYS2d 144; Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 SW2d 773, writ ref n r e (May 16, 1962); Carroll v Fetty, 121 W Va 215, 2 SE2d 521, cert den  308 US 571, 84 L Ed 479,  60 S Ct 85.

[3] Fuske v Gershman, 30 Misc 2d 442, 215 NYS2d 144; Heider v Unicume, 142 Or 416, 20 P2d 384; Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 SW2d 773, writ ref n r e (May 16, 1962)

[4] Restatement 2d, Contracts § 174, stating that if conduct that appears to be a manifestation of assent by a party who does not intend to engage in that conduct is physically compelled by duress, the conduct is not effective as a manifestation of assent.

---

*TITLE 42 - THE PUBLIC HEALTH AND WELFARE*
*CHAPTER 7 - SOCIAL SECURITY*
*SUBCHAPTER II - FEDERAL OLD-AGE, SURVIVORS, AND DISABILITY INSURANCE BENEFITS*
*<u>Sec. 408. Penalties</u>*

*(a) In general*
*Whoever -...*

*(8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.*

YOUR ANSWER: ___ Admit ____Deny

30. Admit that all presumptions made by a public employee against a party protected by the Bill Of Rights which might prejudice those rights are unconstitutional and constitute a tort.

> *"'It is apparent,' this court said in the Bailey Case ( <u>219 U.S. 239</u>, 31 S. Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions.'   If a legislative body is without power to enact as a rule of evidence a statute denying a litigant the right to prove the facts of his case, certainly the power cannot be made to emerge by putting the enactment in the guise of a rule of substantive law."*
> *[Heiner v. Donnan, 285 U.S. 312 (1932)].*

YOUR ANSWER: ____Admit ____Deny

## <u>Acknowledgment:</u>

I declare under penalty of perjury as required under <u>26 U.S.C. §6065</u> that the answers provided by me to the foregoing questions are true, correct, and complete to the best of my knowledge and ability, so help me God. I also declare that these answers are completely consistent with each other and with my understanding of both the Constitution of the United States, Internal Revenue Code, Treasury Regulations, the Internal Revenue Manual, and the rulings of the Supreme Court but not necessarily lower federal courts.

Name (print):_ _____ _____   _____ _____

Signature:_____ _____ _____   _____  _____

Date:_____ _____ _____

Witness name (print): _____ _____ . _____ _____

Witness Signature:_____ _____ _____   _____ ____

Witness Date:_____ _____ ..

# AFFIDAVIT OF CITIZENSHIP, DOMICILE, AND TAX STATUS

## SECTION 1: APPLICANT INFORMATION

| 1. Name | Floyd Shepherd | | |
|---|---|---|---|
| 2. Mailing Address | 8119 South Artesian Street | | |
| 3. City | Chicago | 4. State | Illinois |
| 5. Zip | 60652 | 6. Country | uSA |
| 7. Phone | n/a | 8. Email | n/a |
| 9. Date of Birth: | 2/27/1959 | 10. Place of Birth: | state of the union |

| 11. CITIZENSHIP: (See Appendix, Item #16-18 for explanation) | 12. DOMICILE AND RESIDENCE: (Check only one. NO other "residences") |
|---|---|
| ☒ "national" but not "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452. Born in state of the Union and am "nonresident alien" under 26 U.S.C. 7701(b)(1)(B) but NOT an "alien" under 26 U.S.C. §7701(b)(1)(A) or "resident". "Stateless Person" as per Newman-Green v. Alfonzo Larrain, 490 U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Const. Art. III, Section 2, but NOT statutory diversity pursuant to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipulate it as truth. http://sedm.org/Forms/MemLaw/WhyANational.pdf | ☒ Kingdom of Heaven. I have a religious objection to having an earthly domicile within any existing, man-made government. I am a "transient foreigner" but not an "inhabitant" with respect to the man-made government having jurisdiction in the place where I temporarily live. The Bible says in Psalms 89:11-13, Isaiah 45:12, Deut. 10:14 that the Earth was created and is owned exclusively by God and NOT any man or government of men. It also says in Psalms 47:7 that God is the King of all the Earth. Therefore no one but God's Kingdom can have domiciliaries because presence on the territory of the Sovereign is a prerequisite to all declarations of domicile and allegiance. See and rebut the following within 30 days if you disagree or forever be estopped from later challenging it: http://sedm.org/Forms/MemLaw/Domicile.pdf |
| ☐ "U.S. citizen" under 8 U.S.C. §1401. Born in District of Columbia or federal territory or possession. | ☐ No place on earth. I choose not to have an earthly domicile and exercise my First Amendment Constitutional right to disassociate with all earthly governments. I am a "transient foreigner" but not an "inhabitant" of the place where I live. See and rebut the following within 30 days if you disagree or forever be estopped from later challenging it: http://sedm.org/Forms/MemLaw/Domicile.pdf |
| ☐ "U.S. national" under 8 U.S.C. §1408. Born in American Samoa or Swain's Island. | ☐ "United States" (District of Columbia, see 26 U.S.C. §7701(a)(9) and (a)(10)) |
| ☐ Foreign National. Country:____ Nonresident alien under 26 U.S.C. §7701(b)(1)(B) | ☐ Federal areas within state:____ (state name) |
| | ☐ Nonfederal areas within state:____ (state name) |

## 13. GOVERNMENT IDENTIFYING NUMBERS RELATING TO SUBMITTER

(See http://sedm.org/Forms/MemLaw/AboutSSNsAndTINs.pdf)

**WARNING:** You may not use any government issued identifying number in connection with the Submitter, such as a Social Security Number (SSN) as defined in 20 CFR §422.103(d), Taxpayer Identification Number (TIN) as defined in 26 U.S.C. §6109, or Employer Identification Number (EIN) as defined in 26 U.S.C. §6109. Submitter:

1. Is not required to have or to use a Social Security Number or Taxpayer Identification Number pursuant to 31 CFR §103.34(a)(3)(x) and 31 CFR §306.10.
2. Does not participate and is not lawfully eligible to participate in Social Security or the "trade or business" excise taxable franchise described in 26 U.S.C. Subtitle A.
3. Is not an "alien" for which a Taxpayer Identification Number may lawfully be used pursuant to 26 CFR §301.6109-1d(3). Nonresident aliens are NOT "aliens" and are not equivalent. A person who is a "national" can be a "nonresident alien" without being an "alien". See 26 U.S.C. §7701(b)(1)(A) and 26 U.S.C. §7701(b)(1)(B). For further details on this SCAM, see the following: *Flawed Tax Arguments to Avoid*, Section 5.4, Form #08.004 http://sedm.org/Forms/FormIndex.htm
4. May not lawfully use or possess any government identifying number because it is "public property" which belongs to the government pursuant to 20 CFR §422.103(d). Only "public officers" on official business may lawfully use public property, and only in strict accordance with law for the benefit of the government and not them as private individuals.
5. Is appearing here as a private person and not a public officer. If you compel me to use a government identifying number, you are an accessory to criminal conversion of private property to a public use and a public purpose if you connect my all my assets with a public number in violation of 18 U.S.C. §654. You could end up in jail for up to ten years if you put an identifying number on any records pertaining to me or my property, assets, or my earnings from PRIVATE employment.
6. Has been a victim of identity theft, compelled association, and conversion by the government and its agents in banks and financial institutions in the past by unlawfully and involuntarily connecting him/her with knowingly false and fraudulent identifying numbers in criminal violation of 18 U.S.C. §1028(a)(7), 18 U.S.C. §1028A, and a civil violation of 42 U.S.C. §408(a)(7) and 42 U.S.C. §405(c)(2)(C)(i). He would like to prevent a recurrence of this behavior again.
7. Will file a criminal complaint in connection with the use of any government issued identifying number connected with his exclusively PRIVATE life, property, and liberty and vociferously prosecute all those who unlawfully compel him to use a knowingly false number or any number at all in order to obtain any service or product in violation of 42 U.S.C. §408.

**14. FEDERAL FRANCHISES:**
(See Liberty University, Section 4: http://sedm.org/Forms/Lib.Uty.I.htm)

**Yes ☐ No ☒** | Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax".

Defined in 26 U.S.C. §7701(a)(26). Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31). See and rebut following if disagree:
*The Trade or Business Scam*, Form #05.001; http://sedm.org/Forms/Formindex.htm)

**PRIVATE RECIPIENTS OF THIS FORM:** If you are a private recipient and the answer to the question to the left is "NO", you are warned that you may NOT use any of the information provided by the Submitter of this form or any of the attached forms to submit to the government or for ANY commercial purpose. This means you may not use any of the information provided to prepare or submit any IRS information return, such as W-2, 1042S, 1098, 1099, K-1, etc. and that you risk criminal prosecution if you do under the provisions of 26 U.S.C. §§7206, 7207. This document also constitutes an indemnification of all personal liability of the private recipient for failure to withhold or report. Submitter agrees to accept all legal consequences for following the content of this form and to become the Substitute Defendant in an action against the Private Recipient for following the requirements of this form. This indemnification does NOT apply to government recipients.

**GOVERNMENT RECIPIENTS OF THIS FORM:** If recipient of this form is the government and the answer to the question to the left is "NO", you are also hereby legally notified that any information returns you may have received connected with me, such as W-2, 1042S, 1099, and 1099, are FALSE and FRAUDULENT and this submission constitutes a formal request to correct the false reports and criminally prosecute the submitter pursuant to 26 U.S.C. §§7206, 7207 and civilly prosecute pursuant to 26 U.S.C. §7434 and 31 U.S.C. §3729. Any numbers associated with these reports are provided under duress and are not "Social Security Numbers" as defined in 20 CFR §422.104 but rather PRIVATELY issued "Nontaxpayer Identification Numbers" which are protected by copyright and private license agreement and may NOT be stored in any government computer system or used for ANY commercial purpose without violating the license agreement.

**Yes ☐ No ☐** | Social Security (See 42 U.S.C. Chapter 7). Any applications on file are fraudulent and a nullity for any one or more of the following reasons: 1. Never personally made application and therefore nonbinding; 2. Never consented to participate; 3. Cannot lawfully consent because not domiciled on federal territory and not a "U.S. citizen" per 8 U.S.C. §1401 or a "permanent resident" at the time of application in violation of 20 CFR §422.104; 4. Acting as a fiduciary with no capacity to contract with federal government. See: Form #10.008 at http://sedm.org/Forms/Formindex.htm.

Date that participation retroactively terminated: _____

**WARNING!:** If the answer to this question is "NO", any Social Security Number or Taxpayer Identification Number you have on file is FALSE and must be removed from your records. Failure to abide by this absolute requirement of law is a criminal violation of 18 U.S.C. §1028(a)(7), 18 U.S.C. §1028A and a civil violation of 42 U.S.C. §408(a)(7) and 42 U.S.C. §405(c)(2)(C)(i).
Further details: *Resignation of Compelled Social Security Trustee*, Form #06.002; http://sedm.org/Forms/Formindex.htm

**Yes ☐ No ☐** | Federal elected or appointed "public official"

**Yes ☐ No ☒** | Federal "employee" as defined in 26 U.S.C. §3401(c) and 26 CFR §31.3401(c)-1

**Yes ☐ No ☐** | State-issued driver's license. Corporate (not de jure) State name: _____

**Yes ☐ No ☐** | State-issued marriage license

**Yes ☐ No ☐** | Attorney license (Admitted to practice by state supreme Court)

**15. TAX WITHHOLDING LEGAL REQUIREMENTS:**

1. **WARNING!: You will be prosecuted to the full extent of the law if you withhold any amount from my earnings.** Your withholding is ONLY on "wages" as legally defined in 26 U.S.C. §3401. The earnings of nonresident aliens not engaged in a "trade or business" as legally defined are excluded from "wages" per 26 U.S.C. §3401(a)(4) and 26 U.S.C. §3401(a)(11) and therefore may not lawfully become the subject of tax withholding. If you withhold, you will therefore be guilty of the following crimes:

   1.1. 18 U.S.C. §654: Conversion of private property to a "public use" and a "public office". You are converting my PRIVATE earnings from labor into a public purpose and a "public office" by fraudulently and falsely connecting them with a "trade or business", which is the only way they can become taxable.

   1.2. 18 U.S.C. §201: Bribery of public officials and witnesses. You are bribing public officials who will receive the money you STOLE from me in violation of the law. The punishment is a fine and up to 15 years in jail. I remind you that all tax withholdings are classified as "gifts" by the IRS. See IRS Document 6209, pp. 4-1 and 4-2, which identify W-2 forms as "Estate and gift taxes". All tax withholdings are "gifts" to public officials that also constitute bribes.

   1.3. 18 U.S.C. §1956(a)(1)(A)(ii): Money laundering. You are laundering unlawfully withheld monies. The punishment is up to $500,000 and imprisonment for up to twenty years.

2. IRS Publication 515 indicates that nonresident aliens who give you IRS form W-8BEN are exempt from backup withholding. This form serves the equivalent.

   > "Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) *are exempt from backup withholding and Form 1099 reporting*."
   > [IRS Publication 515, p. 3]

3. You MAY NOT lawfully tamper with, reject, redact any portion of, or alter any withholding forms that I give you. You must accept them AS IS and may not lawfully threaten me to change them. If you do, you could be prosecuted for extortion.

   > "The employer is not authorized to alter the form or to dishonor the employee's claim. The certificate goes into effect automatically in accordance with certain standards enumerated in § 3402(f)(3)."
   > [U.S. v. Malinowski, 347 F.Supp. 347 (1972)]

4. The earnings connected with our relationship do not constitute "income" from "sources within the United States" and therefore cannot be the subject of any tax or withholding or reporting within the Internal Revenue Code. The term "United States" is defined below. If you dispute this definition, please provide the definition that expressly identifies states of the Union as being included in the meaning of "United States":

   > TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.
   > Sec. 7701. - Definitions
   >
   > (a) Definitions
   > (9) United States

*The term "United States" when used in a geographical sense includes only the __States__ and the District of Columbia.*

*(10)State*

*The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.*

5.  The financial transactions likely to result from our relationship are exempt from taxation pursuant to the following authorities and therefore not subject to withholding:
    5.1.  __26 U.S.C. §861__(a)(3)(C)(i):  Earnings from labor of "nonresident aliens" not engaged in a "trade or business" and working in the "United States" is not deemed to be income from sources within the "United States".
    5.2.  __26 U.S.C. §3401__(a)(6): Nonresident aliens do not earn "wages".
    5.3.  __26 U.S.C. §1402__(b): Nonresident aliens do not earn "self-employment income".
    5.4.  __26 U.S.C. §864__(b)(1)(A):  Earnings of "nonresident aliens" working for foreign employers such as private employers do not have earning associated with a "trade or business in the United States"
    5.5.  26 CFR §31.3401(a)(6)-1(b): Remuneration of nonresident aliens outside the "United States" is exempt.
    5.6.  26 CFR §1.872-2(f): Earnings of nonresident aliens outside the "United States" do not constitute "gross income".
    5.7.  26 CFR §1.871-7(a)(4):  Nonresident aliens not engaged in a "trade or business" earn no "gross income"

6.  Tax withholding is only appropriate for those having a tax liability.  A nonresident alien such as the submitter with no earnings from the "United States" under __26 U.S.C. §871__ can have no tax liability.  If you think you, as a private employer or private institution, constitute a "source within the United States", then why does the IRS Internal Revenue Manual say the following and where are states of the Union included in "United States" as defined above?:

    > *IRM 5.14.10.2  (09-30-2004)*
    > *Payroll Deduction Agreements*
    >
    > *2. Private employers, states, and political subdivisions are not required to enter into payroll deduction agreements. Taxpayers should determine whether their employers will accept and process executed agreements before agreements are submitted for approval or finalized.*
    > *[http://www.irs.gov/irm/part5/ch14s10.html]*

7.  You can only be an "employer" if I am an "employee", according to __26 U.S.C. §3401__(d).  I am NOT an "employee", because all "employees" are "public officers" engaged in a "trade or business" who work for the United States government as the equivalent of "temps" or "Kelly Girls" on loan to private employers such as you.  I DO NOT consent to act in such capacity, and therefore you cannot be an "employer" in the context of me:

    > *26 CFR § 31.3401(c)-1 Employee:*
    >
    > *"...the term [employee] includes[is limited to] officers and employees, whether elected or appointed, of the United States, a [federal] State, Territory, Puerto Rico or any political subdivision, thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing.  The term 'employee' also includes an officer of a corporation."*

    ___

    > *26 U.S.C. Sec. 3401(c) Employee*
    >
    > *For purposes of this chapter, the term "employee" includes [is limited to] an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing, the term "employee" also includes an officer of a corporation.*

    ___

    If you disagree with this item, please rebut the admissions at the end of the following document within 30 days or be held in default and estoppel to challenge later:
    *Why Your Government is Either a Thief or You Are a "Public Officer" for Federal Income tax Prposes*, Form #05.008
    http://sedm.org/Forms/FormIndex.htm

8.  You are only liable to withhold if you are an "employer" and if I receive "wages".  26 CFR §31.3403-1, 26 CFR §31.3111-4, 26 CFR §3102-1(c).  The only way I can receive "wages" is to sign a contract called a W-4 consenting to call what I earn "wages" as legally defined but not commonly understood.  If I don't sign the contract, then I don't earn "wages" subject to any withholding or reporting:

    > *"Every man has a natural right to the fruits of his own labor, is generally admitted; and __no other person can rightfully deprive him of those fruits, and appropriate them against his will__..."*
    > *[The Antelope, 23 U.S. 66; 10 Wheat 66; 6 L.Ed. 268 (1825)]*

    ___

    > *26 CFR §31.3401(a)-3 Amounts deemed wages under voluntary withholding agreements*
    >
    > *(a) In general. Notwithstanding the exceptions to the definition of wages specified in section 3401(a) and the regulations thereunder, the term "wages" includes the amounts described in paragraph (b)(1) of this section with respect to which there is a voluntary withholding agreement in effect under section 3402(p). References in this chapter to the definition of wages contained in section 3401(a) shall he deemed to refer also to this section (§31.3401(a)-3.*

    ___

    > *Title 26: Internal Revenue*
    > *PART 31  EMPLOYMENT TAXES AND COLLECTION OF INCOME TAX AT SOURCE*
    > *Subpart E—Collection of Income Tax at Source*
    > *§31.3402(p)-1  Voluntary withholding agreements.*
    >
    > *(a) In general. An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of §31.3401(a)-3, made after*

*December 31, 1970. <u>An agreement may be entered into under this section only with respect to amounts which are includible in the gross income of the employee under section 61, and must be applicable to all such amounts paid by the employer to the employee.</u> The amount to be withheld pursuant to an agreement under section 3402(p) shall be determined under the rules contained in section 3402 and the regulations thereunder. See §31.3405(c)–1. Q&A– 3 concerning agreements to have more than 20-percent Federal income tax withheld from eligible rollover distributions within the meaning of section 402.*

9.  If I never give you an IRS form W-4 and thereby consent to call what I earn "wages" as defined in the Internal Revenue Code, then you can't withhold or report anything:

    9.1.  Everything that goes on the IRS form W-2 constitutes "wages" as legally defined and not commonly understood.

    9.2.  Tax withholding ONLY pertains to "wages" as legally defined and NOT all earnings!

    9.3.  If you are ordered by the IRS to withhold at single zero because I refuse to submit an IRS form W-4, then you must withhold and report ONLY on "wages" as legally defined. I don't earn "wages" if I never consented to call them "wages" using a private contract called an IRS form W-4.

10.  On the subject of unlawful withholding, the Bible says the following:

> *"Woe to him who builds his house by unrighteousness*
> *And his chambers by injustice,*
> *<u>Who [whether individual or government] uses his neighbor's service without wages</u>*
> *And gives him nothing for his work,"*
> *[Jer. 22:13, Bible.NKJV]*

> *"Come now, you rich, weep and howl for your miseries that are coming upon you! Your riches are corrupted, and your garments are moth-eaten. Your gold and silver are corroded, and their corrosion will be a witness against you and will eat your flesh like fire. You have heaped up treasure in the last days. <u>Indeed the wages of the laborers who mowed your fields, which you kept back by fraud, cry out; and the cries of the reapers have reached the ears of the Lord of Sabaoth.</u> You [the business owner who controls the purse of the workers] have lived on the earth in pleasure and luxury; you have fattened your hearts as in a day of slaughter. You have condemned, you have murdered the just; he does not resist you."*
> *[James 5:1-6, Bible, NKJV]*

> *"You shall not cheat your neighbor, nor rob him. <u>The wages of him who is hired shall not remain with you all night until morning.</u>"*
> *[Lev. 19:13, Bible, NKJV]*

## 16.  TAX REPORTING LEGAL REQUIREMENTS:

1.  **WARNING**: Filing of false information returns carries severe civil and criminal penalties. Information returns include IRS Forms W-2, 1042S, 1098, and 1099. False information returns filed against me will be prosecuted to the full extent of the law, not against the company, but against the payroll clerk **personally**. I can only earn "wages" reportable on an IRS form W-2 if I am engaged in a "public office" in the U.S. Government as required by 26 U.S.C. §7701(a)(26) and 26 U.S.C. §6041. Voluntarily signing a contract/agreement called an IRS form W-4 is the *only* way that a nonresident alien not engaged in a "trade or business" can engage in such a "public office". Otherwise, it is a crime to impersonate a public officer in violation of 18 U.S.C. §912. If you file any kind of information return relating to me, you will be guilty of conspiracy to commit all the following crimes and civil infractions:

    1.1.  False information returns submitted in violation of 26 U.S.C. §7434. Punishment is all attorney fees plus twice the false amount reported.

    1.2.  Impersonating a public officer in violation of 18 U.S.C. §912. Punishment is a fine and up to three years in jail. Only "public officers" can act as "taxpayers", and you are creating a false presumption that I am a "taxpayer" by filing false information returns.

    1.3.  Impersonating a "U.S. citizen" pursuant to 18 U.S.C. §911. Punishment is a fine and up to three years in jail. Only statutory "U.S. citizens" can lawfully act as "public officers" engaged in a "trade or business" and I am NOT a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401 but rather a non-citizen national.

    1.4.  False information returns in violation of 26 U.S.C. §7206. Punishment is up to a $100,000 fine and 3 years in jail to file a false information return.

    1.5.  False information returns in violation of 26 U.S.C. §7207. Punishment is up to $10,000 and 1 year in jail to submit a false information return.

2.  IRS Publication 515 indicates that nonresident aliens who give you IRS form W-8BEN are exempt from 1099 reporting. This form serves the equivalent purpose and is a superset of that form.

> *"Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) <u>are exempt from backup withholding and Form 1099 reporting.</u>"*
> *[IRS Publication 515, p. 3]*

3.  26 U.S.C. §6041 says that only earnings connected with a "trade or business" may be reported on an information return such as IRS forms W-2, 1042-S, and 1099.

> *TITLE 26 > Subtitle F > CHAPTER 61 > Subchapter A > PART III > Subpart B > § 6041*
> *§ 6041. Information at source*
>
> *(a) Payments of $600 or more*
>
> *<u>All persons engaged in a trade or business and making payment in the course of such trade or business to another person</u>, of rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable gains, profits, and income (other than payments to which section 6042 (a)(1), 6044 (a)(1), 6047 (e), 6049 (a), or 6050N (a) applies, and other than payments with respect to which a statement is required under the authority of section 6042 (a)(2), 6044 (a)(2), or 6045), of $600 or more in any taxable year, or, in the case of such payments made by the United States, the officers or employees of the United States having information as to such payments and required to make returns in regard thereto by the regulations hereinafter provided for, <u>shall render a true and accurate return to the Secretary, under such regulations and in such form and manner and to such extent as may be prescribed by the Secretary, setting forth the amount of such gains, profits, and income,</u>*

*and the name and address of the recipient of such payment.*

4. None of the earnings connected with our relationship pertains to a "trade or business" as defined below, and therefore is not subject to reporting:

> *26 U.S.C. Sec. 7701(a)(26)*
>
> *"The term 'trade or business' includes the performance of the functions of a public office."*

5. The term "income" is defined in 26 U.S.C. §643(b), and only "income" may be reported. Since I am NOT an "estate or trust", I earn no reportable "income":

> *TITLE 26 > Subtitle A > CHAPTER 1 > Subchapter J > PART I > Subpart A > § 643*
> *§ 643. Definitions applicable to subparts A, B, C, and D*
>
> *(b) Income*
>
> *For purposes of this subpart and subparts B, C, and D, the term "income", when not preceded by the words "taxable", "distributable net", "undistributed net", or "gross", means the amount of income of the estate or trust for the taxable year determined under the terms of the governing instrument and applicable local law. Items of gross income constituting extraordinary dividends or taxable stock dividends which the fiduciary, acting in good faith, determines to be allocable to corpus under the terms of the governing instrument and applicable local law shall not be considered income.*

6. IRS Form 1042-S may only be prepared in the case of nonresident aliens who have "income" from "sources within the "United States" that is not connected with a "trade or business" and therefore constitutes "gross income" within the meaning of 26 U.S.C. §61. All such sources are expressly indicated in 26 U.S.C. §871(a). All of these sources are government payments. The transactions likely to occur between us are NOT government payments and are not listed in 26 U.S.C. §871(a), and therefore may not lawfully be reported. For further details, see the following article:
> *Correcting Erroneous IRS form 1042-S*
> http://sedm.org/Forms/Tax/Form1042/CorrectingIRSForm1042.htm

## SECTION 2: AFFIDAVIT OF TAX STATUS

**Person who signed this form hereby affirms under penalty of perjury that:**
1. He/she is a "nonresident alien" as defined under 26 U.S.C. §7701(b)(1)(B). A nonresident alien is defined as a person who is "neither a citizen nor a resident" of the "United States", which is exactly what an "American National", or "national" born in a state of the Union is. The only withholding form that a "nonresident alien" can fill out is a W-8BEN.
2. He/she is not engaged in a "trade or business", which is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Receipt of earnings from the District of Columbia in connection with a "trade or business" under 26 U.S.C. §871(b) or not connected under 26 U.S.C. §871(a) are the only types of "gross income" or "taxable income" that nonresident aliens can have under I.R.C. Subtitle A.
3. He/she has NO tax liability pursuant to 26 CFR §1.872-2(f), and 26 U.S.C. §861(a)(3)(C)(i).
4. He/she is NOT subject to 1099 reporting, withholding, or backup withholding pursuant to 26 U.S.C. §3401(a)(6) or 26 CFR §31.3401(a)(6)-1(b):

> *"Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) are exempt from backup withholding and Form 1099 reporting."*
> *[IRS Publication 515, year 2000, p. 3]*

5. He/she is not a "U.S. person" as defined under 26 U.S.C. §7701(a)(30). The term "U.S. person", is defined as follows:

> *TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.*
> *Sec. 7701. - Definitions*
>
> *(a)(30) United States person*
> *The term "United States person" means -*
> *(A) a citizen or resident of the United States,*
> *(B) a domestic partnership,*
> *(C) a domestic corporation,*
> *(D) any estate (other than a foreign estate, within the meaning of paragraph (31)), and*
> *(E) any trust if -*
> *(i) a court within the United States is able to exercise primary supervision over the administration of the trust, and*
> *(ii) one or more United States persons have the authority to control all substantial decisions of the trust.*

6. The term "United States" as used in "U.S. person" above is defined in 26 U.S.C. §7701(a)(9) and (a)(10) as follows:

> *TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701. [Internal Revenue Code]*
> *Sec. 7701. - Definitions*
> *(a)(9) United States*
> *The term "United States" when used in a geographical sense includes only the States and the District of Columbia.*

> *TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701. [Internal Revenue Code]*
> *Sec. 7701. - Definitions*
> *(a)(10) State*
> *The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.*

7. Under the rules for statutory construction, if the states of the Union are not mentioned anywhere in Subtitle A of the Internal Revenue Code and are not included in the definition of "United States" above, so that they can be safely assumed to be EXCLUDED by implication:

"*Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded.*"
[Black's Law Dictionary, Sixth Edition, page 581]

8.  Nonresident aliens not engaged in a "trade or business" are not required to provide identifying numbers to open financial accounts:

    *Title 31: Money and Finance: Treasury*
    *PART 103—FINANCIAL RECORDKEEPING AND REPORTING OF CURRENCY AND FOREIGN TRANSACTIONS*
    *Subpart C—Records Required To Be Maintained*
    *§ 103.34  Additional records to be made and retained by banks.*

    *(a)(3) A taxpayer identification number required under paragraph (a)(1) of this section need not be secured for accounts or transactions with the following:*

    *(x) non-resident aliens who are not engaged in a trade or business in the United States. In instances described in paragraphs (a)(3), (viii) and (ix) of this section, the bank shall, within 15 days following the end of any calendar year in which the interest accrued in that year is $10 or more use its best effort to secure and maintain the appropriate taxpayer identification number or application form therefor.*

9.  It amounts to "compelled to association" in violation of the First Amendment to force me to associate with or be identified as a "U.S. person" (under 26 U.S.C. §7701(a)(30)), a "U.S. citizen" (under 8 U.S.C. §1401), or a "taxpayer" (under 26 U.S.C. §7701(a)(14). I would also be committing perjury under penalty of perjury to state any government form that identified me as any of these three types of entities.
10. Pursuant to the Declaratory Judgments Act, 28 U.S.C. §2201(a)  and the federal courts, the recipient of this form and any government agent handing this case has NO authority to assume any tax status other than that indicated on this form or  to convert an innocent "nontaxpayer" into a "taxpayer":

    *Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.) This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. § 2201; see also Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991) (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.*
    [Rowen v. U.S., 05-3766MMC, (N.D.Cal. 11/02/2005)]

    "*And by statutory definition, 'taxpayer' includes any person, trust or estate subject to a tax imposed by the revenue act. ...Since the statutory definition of 'taxpayer' is exclusive, the federal courts do not have the power to create nonstatutory taxpayers for the purpose of applying the provisions of the Revenue Acts...*"
    [C.I.R. v. Trustees of L. Inv. Ass'n, 100 F.2d 18 (1939):]

    "*A reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individuals not specified in the states as a person liable for the tax without an opportunity for judicial review of this status before the appellation of 'taxpayer' is bestowed upon them and their property is seized...*"
    [Botta v. Scanlon, 288 F.2d. 504, 508 (1961)]

11. A summary of Citizenship Status v. Tax Status and the meaning of "State" and "state" in the context of federal and state laws is found in Table 3 of the Appendix to this document to clarify the statements herein.

## SECTION 3: ENCLOSURES

| Check | Enclosure description (in the order provided) | Encl. # | Mandatory/optional |
|-------|-----------------------------------------------|---------|--------------------|
| ☐ | IRS Form W-8/W-8BEN | A | Optional |
| ☐ | Withholding Attachment Form | B | Optional |

### FREE REFERENCES AND RESOURCES:

| | |
|---|---|
| **Family Guardian-Taxes page:** http://famguardian.org/Subjects/Taxes/taxes.htm | **Why You are a "national" or a "state national" and not a "U.S. citizen"** (pamphlet): http://sedm.org/Forms/MemLaw/WhyANational.pdf |
| **Liberty University:** http://sedm.org/LibertyU/LibertyU.htm | **Great IRS Hoax (book):** http://famguardian.org/Publications/GreatIRSHoax/GreatIRSHoax.htm |
| **Relationship of "domicile" to tax status:** http://sedm.org/Forms/MemLaw/Domicile.pdf | **Federal and State Tax Withholding Options for Private Employers** (pamphlet): http://famguardian.org/Publications/FedStateWHOptions/FedStateWHOptions.pdf |

## SECTION 4: SIGNATURE

| 17. Worker signature: | I certify under penalty of perjury under the laws of my state in accordance with 28 U.S.C. §1746(1) that the facts provided in this section are true, correct, and complete. | 18. Date signed: |
|---|---|---|
| *Floyd Shepard* <br> Signature | | January 20th 2008 |

## NOTARY PUBLIC CERTIFICATION

BEFORE ME, the undersigned authority, a Notary Public, of the County of _____Cook_____, Republic of _____Illinois_____ (statename). this __24__ day of _____January_____, 20_08_. _Floyd Shepard_ the above signed person did appear and was identified by (circle one): **driver's license**/passport/(other) and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

WITNESS my hand and official seal.

```
OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10
```

/s/ _____ SEAL
        Notary Public

My Commission Expires On: _2/1/10_

## APPENDIX: LEGAL POINTS AND AUTHORITIES
(This section provided for those who seek supporting authorities of statements made in this document)

1. A "national" is defined as follows:

   TITLE 8 > CHAPTER 12 > SUBCHAPTER I > Sec. 1101.
   Sec. 1101. - Definitions
   (21) The term "national" means a person owing permanent allegiance to a state.

2. Even the "United States of America" passport recognizes the two types of citizenship defined in federal statutory law. On the inside cover of the passport it says the following. Note the phrase "citizen/national", which means "citizen OR national":

   "The Secretary of State of the United States of America hereby request all whom it may concern to permit the **citizen/national** of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection"

3. The "state" in the above definition is a state of the Union. All states of the Union are "foreign states" with respect to federal government legislative jurisdiction, and therefore are lower case. Federal territories are capitalized as "State" within federal law. For example:

   TITLE 4 - FLAG AND SEAL, SEAT OF GOVERNMENT, AND THE STATES
   CHAPTER 4 - THE STATES
   Sec. 110. Same; definitions
   (d) The term "State" includes any Territory or possession of the United States.

4. Below are some cites that establish the foreign relationship between the state and federal government for the purposes of legislative jurisdiction.

   Foreign States: "Nations outside of the United States...Term may also refer to another state; i.e. a sister state. The term 'foreign nations', ...should be construed to mean all nations and states other than that in which the action is brought; and hence, one state of the Union is foreign to another, in that sense."
   [Black's Law Dictionary, 6th Edition, p. 648]

   Foreign Laws: "The laws of a foreign country or sister state."
   [Black's Law Dictionary, 6th Edition, p. 647]

   "Generally, the states of the Union sustain toward each other the relationship of independent sovereigns or independent foreign states, except in so far as the United States is paramount as the dominating government, and in so far as the states are bound to recognize the fraternity among sovereignties established by the federal Constitution. as by the provision requiring each state to give full faith and credit to the public acts, records, and judicial proceedings of the other states..."
   [81A Corpus Juris Secundum (C.J.S.) §29, legal encyclopedia]

   "It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247 U.S. 251, 275, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation. The question in respect of the inherent power of that government as to the external affairs of the Nation and in the field of international law is a wholly different matter which it is not necessary now to consider.
   [Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]

5. The sole function of the federal government of the United States is handle FOREIGN affairs with other countries, but it has no jurisdiction within states of the Union, including taxation. All of it's revenues must derive only from the external affairs over which is has exclusive jurisdiction. The rulings below occurred AFTER the passage of the Sixteenth Amendment and still limit the federal government exclusively to external matters in relation to states of the Union.

   "The States, after they formed the Union, continued to have the same range of [INTERNAL] taxing power which they had before, barring only duties affecting exports, imports, and on tonnage [which all deal with FOREIGN/EXTERNAL commerce only]. 2 Congress, on the other hand, to lay taxes in order 'to pay the Debts and provide for the common Defence and general Welfare of the United States', Art. 1, Sec. 8, U.S.C.A.Const., can reach every person and every dollar in the land with due regard to Constitutional limitations as to the method of laying taxes."
   [Graves v. People of State of New York, 306 U.S. 466 (1939)]

   "The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many; but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions. The same basic reasoning which leads to that conclusion. we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."
   [Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513; 56 S.Ct. 892 (1936)]

   Congress is authorized to lay and collect taxes, and to pay the debts, and provide for the common defence and general welfare of the United States. This does not interfere with the power of the States to tax [internally] for the support of their own governments; nor is the exercise of that power by the States [to tax INTERNALLY], an exercise of any portion of the power that is granted to the United States [to tax EXTERNALLY]. In imposing taxes for State purposes, they are not doing what Congress is empowered to do. Congress is not empowered to tax for those purposes which are within the exclusive province of the States. When, then, each government exercises the power of taxation, neither is exercising the power of the other. But, when a State proceeds to regulate commerce with foreign nations, or among the several States, it is exercising the very power that is granted to Congress, [22 U.S. 1, 200] and is doing the very thing which Congress is authorized to do. There is no analogy, then, between the power of taxation and the power of regulating commerce." [Gibbons v. Ogden, 22 U.S. 21 (1824)]

*"It will contribute to the elucidation of the question if we first consider the differences between the powers of the federal government in respect of foreign or external affairs and those in respect of domestic or internal affairs. That there are differences between them, and that these differences are fundamental, may not be doubted. The two classes of powers are different, both in respect of their origin and their nature. The broad statement that the federal government can exercise no powers except those specifically enumerated in the Constitution, and such implied powers as are necessary and proper to carry into effect the enumerated powers, is categorically true only in respect of our internal affairs. In that field, the primary purpose of the Constitution was to carve from the general mass of legislative powers then possessed by the states such portions as it was thought desirable to vest in the federal government, leaving those not included in the enumeration still in the states. Carter v. Carter Coal Co., 298 U.S. 238, 294, 56 S.Ct. 855, 865, . . .*

*The Union existed before the Constitution, which was ordained and established among other things to form 'a more perfect Union.' Prior to that event, it is clear that the Union, declared by the Articles of Confederation to be 'perpetual,' was the sole possessor of external sovereignty, and in the Union it remained without change save in so far as the Constitution in express terms qualified its exercise. The Framers' Convention was called and exerted its powers upon the irrefutable postulate that though the states were several their people in respect of foreign affairs were one."*
[United States v. Curtiss-Wright Export Corporation, 299 U.S. 304 (1936)]

6. The states of the Union are "foreign" to federal legislative jurisdiction, because, as the U.S. Supreme Court said above, they are not subject to it. This is a result of what is called the "Separation of Powers Doctrine", which was explained by the Supreme Court as follows:

". . . the Constitution divides authority between federal and state governments for the protection of individuals. State sovereignty is not just an end in itself: 'Rather, federalism secures to citizens the liberties that derive from the diffusion of sovereign power,' Coleman v. Thompson, 501 U.S. 722, 759 (1991) (BLACKMUN, J., dissenting). "Just as the separation and independence of the coordinate branches of the Federal Government serve to prevent the accumulation of excessive power in any one branch, a healthy balance of power between the States and the Federal Government will reduce the risk of tyranny and abuse from either front." Gregory v. [505 U.S. 144, 182] Ashcroft, 501 U.S. at 458. See The Federalist No. 51, p. 323. (C. Rossiter ed. 1961)."
[New York v. United States, 505 U.S. 144 (1992)]

7. The federal government has no legislative power outside of its "territory".

"Judge Story, in his treatise on the Conflicts of Laws, lays down, as the basis upon which all reasonings on the law of comity must necessarily rest, the following maxims: First 'that every nation [or state] possesses an exclusive sovereignty and jurisdiction within its own territory'; secondly, 'that no state or nation can by its laws directly affect or bind property out of its own territory, or bind persons not resident therein, whether they are natural born subjects or others.' The learned judge then adds: 'From these two maxims or propositions there follows a third, and that is that whatever force and obligation the laws of one country have in another depend solely upon the laws and municipal regulation of the latter; that is to say, upon its own proper jurisdiction and polity, and upon its own express or tacit [voluntary] consent." Story on Conflict of Laws §23."
[Baltimore & Ohio Railroad Co. v. Chambers, 73 Ohio St. 16; 76 N.E. 91; 11 L.R.A., N.S., 1012 (1905)]

8. The states of the Union are NOT "territory" of the federal government. They are instead INDEPENDENT and SOVEREIGN states:

86 C.J.S. [Corpus, Juris, Secundum, Legal Encyclopedia], Territories:
"§1. Definitions, Nature, and Distinctions
"The word 'territory,' when used to designate a political organization has a distinctive, fixed, and legal meaning under the political institutions of the United States, and does not necessarily include all the territorial possessions of the United States, but may include only the portions thereof which are organized and exercise governmental functions under act of congress."

"While the term 'territory' is often loosely used, and has even been construed to include municipal subdivisions of a territory, and 'territories of the' United States is sometimes used to refer to the entire domain over which the United States exercises dominion, the word 'territory,' when used to designate a political organization, has a distinctive, fixed, and legal meaning under the political institutions of the United States, and the term 'territory' or 'territories' does not necessarily include only a portion or the portions thereof which are organized and exercise government functions under acts of congress. The term 'territories' has been defined to be political subdivisions of the outlying dominion of the United States, and in this sense the term 'territory' is not a description of a definite area of land but of a political unit governing and being governed as such. The question whether a particular subdivision or entity is a territory is not determined by the particular form of government with which it is, more or less temporarily, invested.

"'Territories' or 'territory' as including 'state' or 'states.'" While the term 'territories of the' United States may, under certain circumstances, include the states of the Union, as used in the federal Constitution and in ordinary acts of congress "territory" does not include a foreign state.

"As used in this title, the term 'territories' generally refers to the political subdivisions created by congress, and not within the boundaries of any of the several states."

9. States of the Union retain their essential character as independent nations and foreign countries with respect to the federal government except in the matter of EXTERNAL affairs delegated by them to the Federal Government in their corporate capacity as the "United States of America":

"The States between each other are sovereign and independent. They are distinct and separate sovereignties, except so far as they have parted with some of the attributes of sovereignty by the Constitution. They continue to be nations, with all their rights, and under all their national obligations, and with all the rights of nations in every particular; except in the surrender by each to the common purposes and objects of the Union, under the Constitution. The rights of each State, when not so yielded up, remain absolute."
[Bank of Augusta v. Earle, 38 U.S. (13 Pet.) 519; 10 L.Ed. 274 (1839)]

*"In determining the boundaries of apparently conflicting powers between states and the general government, the proper question is, not so much what has been, in terms, reserved to the states, as what has been, expressly or by necessary implication, granted by the people to the national government; for each state possess all the powers of an independent and sovereign nation, except so far as they have been ceded away by the constitution. The federal government is but a creature of the people of the states, and, like an agent appointed for definite and specific purposes, must show an express or necessarily implied authority in the charter of its appointment, to give validity to its acts."* [People ex re. Atty. Gen. V. Naglee, 1 Cal. 234 (1850)]

10. A person who is born in a state of the Union, which is *outside* of federal legislative jurisdiction, is called a "national". A person who is a "national" is subject to the "political jurisdiction" but not the "legislative jurisdiction" of their mother country because they are outside of the territorial reach of its laws. The circumstances or qualifications for becoming an "American National" as such *cannot be prescribed* in any federal statute or law, because the Congress *cannot* write any law that governs what happens within states of the Union, as the above citations indicate (see, for instance, Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)). The reason is that the states and the people in them are SOVEREIGN, and their creation, the federal government, cannot be greater than its Creator, which is the states and the people in them. The federal government is a SERVANT to the states, not their master: the equivalent of an independent contractor that handles EXTERNAL affairs only. This was confirmed by the Federalist Papers, which were written prior to the ratification of the Constitution by the states of the Union in 1789:

*"No legislative act [of Congress] contrary to the Constitution can be valid. To deny this would be to affirm that the deputy (agent) [which is the federal government] is greater than his principal [the States and the people in them]; that the servant is above the master; that the representatives of the people are superior to the people; that men, acting by virtue of powers may do not only what their powers do not authorize, but what they forbid...[text omitted]. It is not otherwise to be supposed that the Constitution could intend to enable the representatives of the people to substitute their will to that of their constituents. It is far more rational to suppose, that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts. A Constitution is, in fact, and must be regarded by judges, as fundamental law. If there should happen to be an irreconcilable variance between the two, the Constitution is to be preferred to the statute."*
[Alexander Hamilton (Federalist Paper # 78]

11. It is absurdly ridiculous to demand from the applicant a federal statute that confers but not defines citizenship status of a person born *outside* of federal jurisdiction. The laws of the states in the Union, and not federal law, govern the citizenship status of persons born within their exclusive jurisdiction. States of the Union have exclusive and "plenary" jurisdiction to determine the status of persons born within their jurisdiction and they have never yielded that authority to the federal government either in the Constitution or in and subsequent amendment or enactment. To conclude otherwise is to admit that states of the Union have NO SOVEREIGNTY, because the federal government could just pass a law to literally STEAL all of their citizens. If the federal government had jurisdiction to pass a law that allowed them to STEAL all the citizens of the states, then the states would be left with no one to govern!

12. Congress has the power to "naturalize" people coming *into* America, and when they do this, these people become "nationals" under federal law.

*"Provision of Nationality Act of 1940 that a person becoming a national by naturalization shall lose his nationality by residing continuously for three years in territory of a foreign state, being practically identical to its successor, which was condemned by United States Supreme Court as discriminatory, would have been invalid as a congressional attempt to expatriate regardless of intent."*
[United States v. Lucienne D'Hotelle, 558 F.2d 37 (1976)]

The statutory definition of "naturalization" confirms that in America, naturalization means conferring the character of a "national" and *not* a "citizen" under federal law:

8 U.S.C. §1101(a)(23) naturalization defined

(a)(23) The term "naturalization" means the conferring of *nationality* [NOT "citizen" or "U.S. citizen" status, but "nationality", which means "national"] of a state [of the Union] upon a person after birth, by any means whatsoever.
[NOTE: Compare with the definition of "expatriation"]

"The power of naturalization, vested in congress by the constitution, is a power to confer citizenship, not a power to take it away. 'A naturalized citizen,' said Chief Justice Marshall, 'becomes a member of the society, possessing all the rights of a native citizen, and standing, in the view of the constitution, on the footing of a native. The constitution does not authorize congress to enlarge or abridge those rights. The simple power of the national legislature[over citizenship] is to prescribe a uniform rule of naturalization, and the exercise of this power exhausts it, so far as respects the individual."
[U.S. v. Wong Kim Ark, 169 U.S. 649 (1898)]

13. A person who is a "national" but not a "citizen" under federal law is described as a "citizen of the United States" under the Fourteenth Amendment to the U.S. Constitution. The United States Constitution confines itself to describing citizenship *within* the states of the Union and therefore, the term "United States", as used within the Constitution, means the collective states of the Union [called "The United States of America"] and EXCLUDES federal territories and possessions and the District of Columbia. The "United States" mentioned in the Constitution and the "United States" mentioned in most federal enactments are two completely different and mutually exclusive places. This is shown in tabular form in Table 4 of the following pages. This is VERY important and fundamental to understanding the Separation of Powers Doctrine.

14. If you would like to learn more about why people born in states of the Union are "nationals" rather than "citizens" under federal law, refer to the pamphlet entitled *Why you are a "national" or "state national" and not a "U.S. citizen"* available at:
http://famguardian.org/Subjects/LawAndGovt/Citizenship/WhyANational.pdf

15. If recipient of this form disagrees with any of the determinations in this section, then please provide the following within five calendar days or forever be estopped from challenging these statements of fact:

15.1. Written signed evidence (not opinion, but enacted positive law, regulations, and Supreme Court rulings but not those of lower courts) of same.

15.2. Admissions to sections 1, 3, and 14 of the questions indicated below signed under penalty of perjury as required under 26 USC §6065:
http://famguardian.org/TaxFreedom/Forms/Discovery/Deposition/Deposition.htm

16. The following tables describes the relationship of citizenship to legal jurisdiction in the context of citizenship as described on this form.

**Table 1:  Citizenship summary**

| Citizenship | Defined in | Domicile in the District of Columbia? | Subject to "legislative jurisdiction/police powers? | Subject to "political jurisdiction"? | A "nonresident alien"? |
|---|---|---|---|---|---|
| "citizen" | 8 U.S.C. §1401 | Yes | Yes | Yes | No |
| "resident"/ "alien" | 8 U.S.C. §1101(a)(3) 26 U.S.C. §7701(b)(1)(A) | Yes | Yes | No | No |
| "national" | 8 U.S.C. §1101(a)(21) 8 U.S.C. §1101(a)(22) | No | No | Yes | Yes |

17. The table below describes the affect that changes in domicile have on citizenship status in the case of both "foreign nationals" and "domestic nationals". A "domestic national" is anyone born anywhere within any one of the 50 states on nonfederal land or who was born in any territory or possession of the United States. A "foreign national" is someone who was born anywhere outside of these areas. The jurisdiction mentioned in the right three columns is the "federal zone".

**Table 2:  Affect of domicile on citizenship status**

| Status | Domicile WITHIN the FEDERAL ZONE | Temporary domicile WITHOUT the FEDERAL ZONE | Permanent Domicile WITHOUT the FEDERAL ZONE |
|---|---|---|---|
| Tax form(s) to file | IRS form 1040 | IRS form 1040 plus 2555 | IRS form 1040NR |
| Location of domicile | Federal territories, possessions, and the District of Columbia | Foreign nations ONLY | Foreign nations States of the Union |
| Domestic national | Citizen 8 U.S.C. §1401 (Not required to file if physically present in the "United States" because no statute requires it) | Citizen abroad 26 U.S.C. §911 (Meets presence test) | National but not citizen 8 U.S.C. §1101(a)(21) 8 U.S.C. §1101(a)(22)(B) 8 U.S.C. §1408 8 U.S.C. §1452 |
| Foreign national | Resident 26 U.S.C. §7701(b)(1)(A) | Resident abroad 26 U.S.C. §911 (Meets presence test) | Nonresident Alien 26 U.S.C. §7701(b)(1)(B) Alien 8 U.S.C. §1101(a)(3) |

NOTES:
1. American citizens who are domiciled outside of federal jurisdiction, either in a state of the Union or a foreign country, are "nationals" but not "citizens" under federal law. They also qualify as "nonresident aliens" under 26 U.S.C. §7701(b)(1)(B). See sections 4.11.2 of the Great IRS Hoax for details.
2. Temporary domicile in the middle column on the right must meet the requirements of the "Presence test" documented in IRS publications.
3. "FEDERAL ZONE"=District of Columbia and territories of the United States in the above table
4. The term "individual" as used on the IRS form 1040 means an "alien" engaged in a "trade or business". All "taxpayers" are "aliens" engaged in a "trade or business". This is confirmed by 28 CFR §1.1441-1(c)(3), 26 CFR §1.1-1(a)(2)(ii), and 5 U.S.C. §552a(a)(2). Statutory "U.S. citizens" as defined in 8 U.S.C. §1401 are not "individuals" unless temporarily abroad pursuant to 26 U.S.C. §911 and subject to an income tax treaty with a foreign country. In that capacity, statutory "U.S. citizens" interface to the I.R.C. as "aliens" rather than "U.S. citizens" through the tax treaty.

18. The following table starting on the next page describes the relationship of citizenship to tax status in the context of this form.

**Table 3:  "Citizenship status" vs. "Income tax status"**

*Affidavit of Citizenship, Domicile, and Tax Status*
Copyright SEDM, http://sedm.org, Form 02.001, Rev. 11-17-2007

| Citizenship status | Where born | Defined in | Tax Status under 26 U.S.C./Internal Revenue Code | | |
|---|---|---|---|---|---|
| | | | "Citizen" (defined in 26 CFR 1.1-1(c)) | "Nonresident alien" (defined in 26 U.S.C. §7701(b)(1)(B)) | "Alien/Resident" (defined in 26 CFR §1.1441-1(c)(3)(i) and 26 CFR §1.1-1(a)(2)(ii)) |
| "U.S. citizen" | District of Columbia, Puerto Rico, Guam, Virgin Islands | 8 U.S.C. §1401 | Yes (only pay income tax abroad with IRS Forms 1040/2555. See Cook v. Tait, 265 U.S. 47 (1924)) | No | No |
| "U.S. national" | American Samoa; Swain's Island; or abroad to U.S. national parents under 8 U.S.C. §1408 (2) | 8 U.S.C. §1101(a)(22) (B) 8 U.S.C. §1408 8 U.S.C. §1452 | No (see 26 U.S.C. §7701(b)(1)(B)) | Yes (see IRS form 1040NR for proof) | No |
| "national" or "state national" | State of the Union | 8 U.S.C. §1101(a)(21) 8 U.S.C. §1452; Fourteenth Amendment, Section 1 | No | Yes | No |
| "Foreign national" | Foreign country | None | No | Yes (if living outside the federal United States/federal zone) | Yes |

19. The following table describes the definition of various terms used on this form and in other contexts.

## Table 4: Summary of meaning of various terms and the contexts in which they are used

| Law | Federal constitution | Federal statutes | Federal regulations | State constitutions | State statutes | State regulations |
|---|---|---|---|---|---|---|
| Author | Union States/ "We The People" | Federal Government | | "We The People" | State Government | |
| "state" | Foreign country | Union state | Union state | Other Union state or federal government | Other Union state or federal government | Other Union state or federal government |
| "State" | Union state | Federal state | Federal state | Union state | Union state | Union state |
| "in this State" or "In the State"[1] | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "State"[2] (State Revenue and taxation code only) | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "several States" | Union states collectively[3] | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively |
| "United States" | states of the Union collectively | Federal United States** | Federal United States** | United States* the country | Federal United States** | Federal United States** |

*What the above table clearly shows is that the word "State" in the context of federal statutes and regulations means (not includes!) federal States only under Title 48 of the U.S. Code[4], and these areas do not include any of the 50 Union States. This is true in most cases and especially in the Internal Revenue Code. In the context of the above, a "Union State" means one of the 50 Union states of the United States* (the country, not the federal United States**), which are sovereign and foreign with respect to federal legislative jurisdiction.*

---

[1] See California Revenue and Taxation Code, section 6017 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=06001-07000&file=6001-6024

[2] See California Revenue and Taxation Code, section 17018 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=17001-18000&file=17001-17039.1

[3] See, for instance, U.S. Constitution Article IV, Section 2.

[4] See http://www4.law.cornell.edu/uscode/48/



Figure 1: Citizenship and domicile options and relationships

If you would like a concise summary of all citizenship, domicile, and tax status options that is a superset of the above, see:

*Citizenship, Domicile, and Tax Status Options Summary*, Form #10.010
http://sedm.org/Forms/FormIndex.htm

**Secured party first in line:**


**See**
**DIVERSIFIED METAL PRODUCTS vs. T-BOW COMPANY**
**TRUST, IRS et al.**

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 1 of 4**

NOTICE OF PRIVATE INTERNATIONAL ADMINISTRATIVE REMEDY DEMAND
NOTICE TO AGENTS IS NOTICE TO PRICIPALS IN THEIR PRIVATE CAPACITY
NOTICE TO PRICIPALS IS NOTICE TO AGENTS IN THEIR PRIVATE CAPACITY
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

SILENCE IS ACQUIESCENCE

RE: Affiant

Noble: Floyd Shepherd (Plantiff)
In Propria Sui Juris (not Pro Se)
8119 S. Artesian Street
Chicago, Illinois
Postal Zone: [60652]
January 20ᵗʰ, 2008

Complaint No.


Floyd Shepherd


v.


Homecomings Financial (Defendant)
3451 Hammond Avenue
Waterloo, IA. 50702
Attention: Solkers, Cindy Hamer
Account: 7440273993

Judge:

Eastern Division:

Everett McKinley Dirksen
Building
219 South Dearborn Street
Chicago, Illinois 60604

**Supplemental Administrative Notice**
DEMAND FOR VERIFIED
COMPLAINT AND PROOF OF
JURISDICTION OF PURSUANT TO
TITLE 5 U.S.C SECTION 556(d)


AFFIDAVIT OF DEMAND FOR VERIFIED COMPLAINT AND PROOF OF JURISDICTION

NOW COMES, Floyd shepherd In Propria Persona, appearing Specially and not Generally, and
enters his plea of "NOT GUILTY" to the charges of the State in this matter.

NOW COMES, Floyd Shepherd In Propria Persona, appearing Specially and not Generally, and
Demands a verified of "SWORN COMPLAINT", pursuant to F.R.C.P. 7(a), F.R.C.P. 7(b).

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 2 of 4**

*Affiant invokes the Illinois Choice of Law Rule*
Now comes Affiant, Floyd Shepherd, to respectfully notice this Honorable Court of his appearance by way of special appearance and motion pursuant to pursuant to §
2-301 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-301 (1998).

The common define as foreign in USC Title 28, Sec Sec 1746(1) as the law of the United States of America......USC Title 28, §1746(1) (1)" If executed without the United States......under the laws of the United States of America.

The party who brings a suit is master to decide what law he will rely upon and does determine whether he will bring a suit arising thereunder....Whether the complaint state a cause of action on which relief can be granted is a question of law, just as issues of fact, it must be decided after and not before the court has assumed jurisdiction over the controversy. *Bell v. Hood, 327 U.S. 678*

Pursuant to F.R.C.P. 7(a), F.R.C.P. 7(b). There shall be a complaint and an answer, no other form of pleading is allowed.

*Jones v. Clinton (1997)*
There must be an answer to a complaint.

**DEMAND FOR VERIFIED COMPLAINT**

Attorneys can't testify. Statements of counsel in brief or in oral argument are not facts before the court.

*Case in point U.S. v Lavasco 431 u.s. 738, 97S. Ct. 2044, 52 L. Ed. 2d*

*GONZALES V BUIST 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463.*

The defendant has failed to produce a formal complaint meeting requirements of Corpus Delicti necessary in criminal prosecutions. A formal complaint for criminal prosecution must, on its face establish Corpus Delicti, being 2 conditions: 1. The fact of an injury. 2. The existence of criminal causation of that injury.

Injury- 1. The violation of another's legal right, for which the law provides a remedy; a wrong or injustice. 2. Harm or damage. Bodily injury – physical damage civil injury – physical harm or property damage caused by a breach of contract or by criminal offense redressed through civil action. *Black's Law 7th edition.*

The defendant cannot substantiate any injury suffered by the alleged plaintiff. *If there is no injury there is no crime, and where there is no crime there is no subject matter jurisdiction to proceed with prosecution.*

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 3 of 4**

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 3 of 4**

"The criminality of the act or omission consists not in the simple perpetration of the act, or the neglect to perform it, but in it being a quasi-positive law."

"Under the common law there can be no constructive offenses"
*United States v. Lacher, 134 US 624; Todd V. United States, 158 US 282.*

Any party who enters sworn information into the court records claiming to be a victim of an injury, having suffered no injury, and upholds that information to be true while under oath has willfully conveyed false and fraudulent information upon the court and is liable under USC title 18 section 1621.

Without said verified sworn complaint the plaintiff is denied substantive and procedural due process and is unable to proceed, as he cannot understand the character, modus operandi, and jurisdiction of the court, and capacity of whoever presides in the court, nor the True Nature and Cause of the charges.

Without a formal and sufficient indictment or information, a court does not acquire subject matter jurisdiction and thus an accused may not be punished for a crime. *Honomic v. State, 333 N.W. zd 797, 798. (SD. 1983).*

A formal accusation is essential for every trial of a crime. Without it the court acquires no jurisdiction to proceed, even with the consent of the parties, and where the indictment or information is invalid the court is without jurisdiction. *Ex parte Carlson, 186N.W. 722, 725, 176 Wis. 538 (19220).*

Without valid complaint any judgment or sentence rendered is void ab initio "
*Ralph v. Police Court of El Cerrito, 190 P Zd 632, 634, Cal. App. Zd 257 (1984).*

Where information charges no crime, the court lacks jurisdiction to try accused.
*People v. Hardiman, 347, NW Zd 460, 462, 132 Mich. App. 382 (1984)..*

A judge may not give the order to seize property without proper service as pursuant to the Illinois Constitution, Bill of Rights, Article 1 section 6.

SECTION 6. SEARCHES, SEIZURES, PRIVACY AND INTERCEPTIONS

  The people shall have the right to be secure in their

persons, houses, papers and other possessions against

unreasonable searches, seizures, invasions of privacy or

interceptions of communications by eavesdropping devices or

other means. No warrant shall issue without probable cause,

supported by affidavit particularly describing the place to

3

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
Page 4 of 4

be searched and the persons or things to be seized.

(Source: Illinois Constitution.)

**All Rights Reserved with Honor and**
**Without Prejudice – Under penalty of perjury**

Floyd Shepherd-American National, Secured Party
**In propria persona sui juris**

**Notary**

Acknowledged before me this _28 ᵗʰ_

Day of _January_____, 2008, a Notary Public for Cook

**County of Illinois**

**Notary Public**

OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10

SIGNATURE CONFIRMATION:  2306 1570 0000 1342 5339
Page 1 of 3

## NOTICE

NOTICE OF PRIVATE ADMINSTRATIVE REMEDY DEMAND
NOTICE TO AGENTS IS NOTICE TO PRICIPALS IN THEIR PRIVATE CAPACITY
NOTICE TO PRICIPALS IS NOTICE TO AGENTS IN THEIR PRIATE CAPACITY

### SILENCE IS A ACQUIESCENCE

Noble:  Floyd Shepherd
In Propria Sui Juris (not Pro Se)
8119 S. Artesian Street
Chicago, Illinois
Postal Zone: [60652]
January 18th, 2008
773-590-1873

                                      **Complaint No:**

Floyd Shepherd

                                       **DEMAND FOR VERIFIED**
                                       **COMPLAINT AND PROOF**
                                       **JURISDICTION PURSUANT**
V.                                    **TITLE 5 U.S.C. SECTION 556(d)**

Homecomings Financial
3451 Hammond Avenue
Waterloo, IA. 50702
Account #: 7440273993

Judge:

Northern District of Illinois,
Eastern Division:

Everett McKinley Dirksen Bldg.
219 South Dearborn Street,
Chicago, Illinois 60604

### AFFIDAVIT OF NOTICE OF SPECIAL APPEARANCE

Now comes Affiant, Floyd Shepherd, to respectfully notice this Honorable Court of
his appearance by way of special appearance and motion pursuant to pursuant to §
2-301 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-301 (1998).

1

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 2 of 3**

(A) Appearance by Party.

(1) A party may appear in an action by filing a notice to that effect or by physically appearing before the court of that purpose. In the latter event, the party must promptly file a written appearance and serve it on all persons entitled to service. The party's address and telephone number must be included in the appearance.

(2) Filing an appearance without taking any other action toward persecution or defense of the action neither confers nor enlarges the jurisdiction of the court over the party. An appearance entitles a party to receive copies of all pleadings and papers. In all other respects, the party is treated as if the appearance had not been filed.

## SUPPORTING AUTHORITIES

Appearance – An appearance may be either general or special; the former is a simple and unqualified or unrestricted submission to the jurisdiction of the court, the latter a submission to the jurisdiction for some specific purpose only, not for all the purposes of the suit. *Louisville & N. R. Co. v. Industrial Board of Illinois, 282 Ill. 136, 118 N. E. 483, 485.*

A special appearance is for the purpose of testing the sufficiency of service or the jurisdiction of the court; a general appearance is made where the defendant waives defects of service and submits to the jurisdiction.
*State v. Huller, 23 N. M. 306,168 P. 528, 534, 1 A.L.R. 170.*

Anyone who voluntarily gives up his rights gives up his free agency and admits to the jurisdiction and control of government. *Wickard v. Wilburn, 317 U.S. 111*

Jurisdiction over the person" is obtained by the service of process or by the voluntary appearance of the party in the progress of the cause.
*Burks v. Lasker, 441 U.S.*

A fiction of law will not prevail where the fact appears, or where there is no voluntary submission to the court's jurisdiction. *United States v. 1960 Bags of Coffee, 8 Cranch 398, 415 (1814)*

2

**SIGNATURE CONFIRMATION: 2306 1570 0000 1342 5339**
**Page 3 of 3**

**Congress is constitutionally free to make administrative determination final and immune from judicial review where it gives the aggrieved party a right to elect between administrative or judicial relief.** _U.S. v. Interstate Commerce Commission, 337 U.S. 426_

**All Rights Reserved with Honor and**
**Without Prejudice - Penalty of perjury**

_[signature]_

**Floyd Shepherd-American National, Secured Party**
**In propria persona sui juris**

**Notary**

Acknowledged before me this ___28th___

Day of ___January___, 2008, a Notary Public for Cook

**County of Illinois**

OFFICIAL SEAL
LACRESHA LaRUE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/1/10

**Notary Public**

OFFICIAL SE
LACRESH
ARY PUBL
OMMIS              1/10

3

To: Homecomings financial (GMAC) Signature confirmation: 2306 1570 0000 1342 5339
January 20th, 2008

CONSTITUTIONAL RIGHTS:

*Boyd v. United*, 116 U.S. 616 at 635 (1885)

> Justice Bradley, "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

*Downs v. Bidwell*, 182 U.S. 244 (1901)

> "It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

*Gomillion v. Lightfoot*, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644

> "Constitutional 'rights' would be of little value if they could be indirectly denied."

*Juliard v. Greeman*, 110 U.S. 421 (1884)

> Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld."

*Mallowy v. Hogan*, 378 U.S. 1

> "All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

*Miranda v. Arizona*, 384 U.S. 426, 491; 86 S. Ct. 1603

> "Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

*Norton v. Shelby County*, 118 U.S. 425 p. 442

> "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

*Perez v. Brownell*, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)

> "...in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."

*Sherar v. Cullen*, 481 F. 2d 946 (1973)

> "There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

*Simmons v. United States*, 390 U.S. 377 (1968)

> "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".

*Warnock v. Pecos County, Texas.*, 88 F3d 341 (5th Cir. 1996)

Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

## CORRUPTION OF AUTHORITY:

*Burton v. United States*, 202 U.S. 344, 26 S. Ct. 688 50 L.Ed 1057

United States Senator convicted of, among other things, bribery.

*Butz v. Economou*, 98 S. Ct. 2894 (1978); *United States v. Lee*, 106 U.S. at 220, 1 S. Ct. at 261 (1882)

"No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it."

*\*Cannon v. Commission on Judicial Qualifications*, (1975) 14 Cal. 3d 678, 694

Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

*\*Geiler v. Commission on Judicial Qualifications*, (1973) 10 Cal.3d 270, 286

Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court.

*\*Gonzalez v. Commission on Judicial Performance*, (1983) 33 Cal. 3d 359, 371, 374

Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

*Olmstad v. United States*, (1928) 277 U.S. 438

"Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy."

*Owen v. City of Independence*

"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."

*Perry v. United States*, 204 U.S. 330, 358

"I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..." "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."

*\*Ryan v. Commission on Judicial Performance*, (1988) 45 Cal. 3d 518, 533

Before sending a person to jail for contempt or imposing a fine, judges are required to provide due process of law, including strict adherence to the procedural requirements contained in the Code of Civil Procedure. Ignorance of these procedures is not a mitigating but an aggravating factor.

*U.S. v. Lee*, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it."

"It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

*Warnock v. Pecos County, Texas*, 88 F3d 341 (5th Cir. 1996)

Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

## DISMISSAL OF SUIT:

*Note: [Copied verbiage; we are not lawyers.] It can be argued that to dismiss a civil rights action or other lawsuit in which a serious factual pattern or allegation of a cause of action has been made would itself be violating of procedural due process as it would deprive a pro se litigant of equal protection of the law vis a vis a party who is represented by counsel.*

*Also, see Federal Rules of Civil Procedure, Rule 60 - Relief from Judgment or Order (a) Clerical Mistakes and (b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.*

### *Warnock v. Pecos County, Texas,* 88 F3d 341 (5th Cir. 1996)

Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

## *Walter Process Equipment v. Food Machinery,* 382 U.S. 172 (1965)

... in a "motion to dismiss, the material allegations of the complaint are taken as admitted". From this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief (see *Conley v. Gibson,* 355 U.S. 41 (1957)).

## EQUAL PROTECTION UNDER THE LAW
### *Cochran v. Kansas,* 316 U.S. 255, 257-258 (1942)

"However inept Cochran's choice of words, he has set out allegations supported by affidavits, and nowhere denied, that Kansas refused him privileges of appeal which it afforded to others. *** The State properly concedes that if the alleged facts pertaining to the suppression of Cochran's appeal were disclosed as being true, ... there would be no question but that there was a violation of the equal protection clause of the Fourteenth Amendment."

### *Duncan v. Missouri,* 152 U.S. 377, 382 (1894)

Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government."

### *Giozza v. Tiernan,* 148 U.S. 657, 662 (1893), Citations Omitted

"Undoubtedly it (the Fourteenth Amendment) forbids any arbitrary deprivation of life, liberty or property, and secures equal protection to all under like circumstances in the enjoyment of their rights... It is enough that there is no discrimination in favor of one as against another of the same class. ...And due process of law within the meaning of the [Fifth and Fourteenth] amendment is secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government."

### *Kentucky Railroad Tax Cases,* 115 U.S. 321, 337 (1885)

"The rule of equality... requires the same means and methods to be applied impartially to all the constitutents of each class, so that the law shall operate equally and uniformly upon all persons in similar circumstances".

### *Truax v. Corrigan,* 257 U.S. 312, 332

"Our whole system of law is predicated on the general fundamental principle of equality of application fo the law. 'All men are equal before the law,' 'This is a government of laws and not of men,' 'No man is above the law,' are all maxims showing the spirit in which legislatures, executives, and courts are expected to make, execute and apply laws. But the framers and adopters of the (Fourteenth)

Amendment were not content to depend... upon the spirit of equality which might not be insisted on by local public opinion. They therefore embodied that spirit in a specific guaranty."

**HABEUS CORPUS:**
*Duncan v. Bradley, No. 01-55290 (9th Circ., 12-24-02)*

A state trial court's refusal to instruct the jury on an entrapment defense, in a second trial on drug sale charges, amounted to prejudicial constitutional error where evidence presented at a first trial warranted such an instruct. To read entire text of the opinion, see
http://caselaw.lp.findlaw.com/data2/circs/9th/0155290p.pdf

**JUDICIAL IMMUNITY:**
See Judicial Immunity page for more citations (links) and news articles regarding the topic. See also, 42 USC 1983 - Availability of Equitable Relief Against Judges.

Note: [Copied verbiage; we are not lawyers.]  Judges have given themselves judicial immunity for their judicial functions.  Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act or for their administrative/ministerial duties, or for violating a citizen's constitutional rights.  When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act; he is performing a ministerial act.

Nowhere was the judiciary given immunity, particularly nowhere in Article III; under our Constitution, if judges were to have immunity, it could only possibly be granted by amendment (and even less possibly by legislative act), as Art. I, Sections 9 & 10, respectively, in fact expressly prohibit such, stating, "No Title of Nobility shall be granted by the United States" and "No state shall... grant any Title of Nobility."  Most of us are certain that Congress itself doesn't understand the inherent lack of immunity for judges.

Article III, Sec. 1, "The Judicial Power of the United States shall be vested in one supreme court, and in such inferior courts, shall hold their offices during good behavior."

Tort & Insurance Law Journal, Spring 1986 21 n3, p 509-516, "Federal tort law: judges cannot invoke judicial immunity for acts that violate litigants' civil rights." - Robert Craig Waters.

*Ableman v. Booth*, 21 Howard 506 (1859)

"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."

*Chandler v. Judicial Council of the 10th Circuit*, 398 U.S. 74, 90 S. Ct. 1648, 26 L. Ed. 2d 100

Justice Douglas, in his dissenting opinion at page 140 said, "If (federal judges) break the law, they can be prosecuted." Justice Black, in his dissenting opinion at page 141) said, "Judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution".

*Cooper v. Aaron*, 358 U.S. 1, 78 S. Ct. 1401 (1958)

Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land.  The judge is engaged in acts of treason.

The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also *In Re Sawyer*, 124 U.S. 200 (188); *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

*Cooper v. O'Conner*, 99 F.2d 133

There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign.

*Davis v. Burris*, 51 Ariz. 220, 75 P.2d 689 (1938)

A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts.

*Forrester v. White*, 484 U.S. at 227-229, 108 S. Ct. at 544-545 (1987); *Westfall v.Erwin*, 108 S. Ct. 580 (1987); *United States v. Lanier* (March 1997)

Constitutionally and in fact of law and judicial rulings, state-federal "magistrates-judges" or any government actors, state or federal, may now be held liable, if they violate any Citizen's Constitutional rights, privileges, or immunities, or guarantees; including statutory civil rights.

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity.

*Gregory v. Thompson*, F.2d 59 (C.A. Ariz. 1974)

Generally, judges are immune from suit for judicial acts within or in excess of their jurisdiction even if those acts have been done maliciously or corruptly; the only exception being for acts done in the clear absence of all jurisdiction.

*Hoffsomer v. Hayes*, 92 Okla 32, 227 F. 417

"The courts are not bound by an officer's interpretation of the law under which he presumes to act."

*Marbury v. Madison*, 5 U.S. (2 Cranch) 137, 180 (1803)

"... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument."

"In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank".

"All law (rules and practices) which are repugnant to the Constitution are VOID".

Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional.

*Piper v. Pearson*, 2 Gray 120, cited in *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872)

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction."

*Pulliam v. Allen*, 466 U.S. 522 (1984); 104 S. Ct. 1781, 1980, 1981, and 1985

In 1996, Congress passed a law to overcome this ruling which stated that judicial immunity doesn't exist; citizens can sue judges for prospective injunctive relief.

"Our own experience is fully consistent with the common law's rejection of a rule of judicial immunity. We never have had a rule of absolute judicial immunity. At least seven circuits have indicated affirmatively that there is no immunity... to prevent irreparable injury to a citizen's constitutional rights..."

"Subsequent interpretations of the Civil Rights Act by this Court acknowledge Congress' intent to reach unconstitutional actions by all state and federal actors, including judges... The Fourteenth Amendment prohibits a state [federal] from denying any person [citizen] within its jurisdiction the equal protection under the laws. Since a State [or federal] acts only by its legislative, executive or judicial authorities, the constitutional provisions must be addressed to those authorities, including state and federal judges..."

"We conclude that judicial immunity is not a bar to relief against a judicial officer acting in her [his] judicial capacity."

*Mireles v. Waco*, 112 S. Ct. 286 at 288 (1991)

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity; however, even in a case involving a particular attorney not assigned to him, he may reach out into the hallway, having his deputy use "excessive force" to haul the attorney into the courtroom for chastisement or even incarceration. A Superior Court Judge is broadly vested with "general jurisdiction." Provided the Judge is not divested of all jurisdiction, he may have his actions excused as per this poor finding.

*Scheuer v. Rhodes*, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)

*Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.*

The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

*Stump v. Sparkman*, id., 435 U.S. 349

Some Defendants urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum (that is, absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing.

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity.

*Rankin v. Howard*, 633 F.2d 844 (1980)

The Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent; later, in *Ashelman v. Pope*, 793 F.2d 1072 (1986), the Ninth Circuit, *en banc*, criticized the "judicial nature" analysis it had published in *Rankin* as unnecessarily restrictive. But *Rankin's* ultimate result was not changed, because Judge Howard had been independently divested of absolute judicial immunity by his complete lack of jurisdiction.

*U.S. Fidelity & Guaranty Co.* (State use of), 217 Miss. 576, 64 So. 2d 697

When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction.

*U.S. v. Lee*, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it."

"It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

*Zeller v. Rankin*, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost.

JURISDICTION:
NOTE: *It is a fact of law that the person asserting jurisdiction must, when challenged, prove that jurisdiction exists; mere good faith assertions of power and authority (jurisdiction) have been abolished.*
*Albrecht v. U.S.*
*Balzac v. People of Puerto Rico*, 258 U.S. 298 (1922)

"The United States District Court is not a true United States Court, established under Article 3 of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign congressional faculty, granted under Article 4, 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts, in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court."

*Basso v. UPL*, 495 F. 2d 906
*Brook v. Yawkey*, 200 F. 2d 633
*Elliot v. Piersol*, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

Under federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers."

*Griffin v. Mathews*, 310 Supp. 341, 423 F. 2d 272
*Hagans v. Lavine*, 415 U.S. 528
*Howlett v. Rose*, 496 U.S. 356 (1990)

Federal Law and Supreme Court Cases apply to State Court Cases.

*Louisville & N.R. Co. v. Mottley*, 211 U.S. 149
*Mack v. United States*, 07-27-97, Justice Antonin Scalia

"The Federal Government may neither issue directives requiring the States to address particular problems, nor command the States' officers, or those of their political subdivisions, to administer or enforce a federal regulatory program. It matters not whether policy making is involved, and no case-by-case weighing of the burdens or benefits is necessary; such commands are fundamentally incompatible with our constitutional system of dual sovereignty."

7

*Mack v. United States*, 07-27-97, Justice Antonin Scalia

> "Residual state sovereignty was also implicit, of course, in the Constitution's conferral upon Congress of not all governmental powers, but only discrete and enumerated ones."

*Maine v. Thiboutot*, 448 U.S. 1
*Mookini v. U.S.*, 303 U.S. 201 (1938)

> "The term 'District Courts of the United States' as used in the rules without an addition expressing a wider connotation, has its historic significance. It describes the constitutional courts created under Article 3 of the Constitution. Courts of the Territories are Legislative Courts, properly speaking, and are not district courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the district courts of the United States (98 U.S. 145) does not make it a 'District Court of the United States'.
>
> "Not only did the promulgating order use the term District Courts of the United States in its historic and proper sense, but the omission of provision for the application of the rules the territorial court and other courts mentioned in the authorizing act clearly shows the limitation that was intended."

*McNutt v. General Motors*, 298 U.S. 178
*New York v. United States*, 505 U.S. 144 (1992)

> "We have held, however, that state legislatures are not subject to federal direction."

*Owens v. The City of Independence*, 445 U.S. 622, 100 S. Ct. 1398 (1980)
*Thomson v. Gaskill*, 315 U.S. 442
JUSTICE DEPARTMENT:
*United States v. Chadwick*, 433 U.S. I at 16 (1976)

> "It is deeply distressing that the Department of Justice, whose mission is to protect the constitutional liberties of the people of the United States, should even appear to be seeking to subvert them by extreme and dubious legal argument."

PEACEFUL ASSEMBLY (DEMONSTRATIONS):
*Elrod v. Burns*, 427 U.S. 347; 6 S. Ct. 2673; 49 L. Ed. 2d (1976)

> "Loss of First Amendment Freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury."

*Miller v. U.S.*, 230 F. 2d. 486, 490; 42

> "There can be no sanction or penalty imposed upon one, because of his exercise of constitutional rights."

*Murdock v. Pennsylvania, 319 U.S. 105*

> "No state shall convert a liberty into a license, and charge a fee therefore."

*Shuttlesworth v. City of Birmingham*, Alabama, 373 U.S. 262

> "If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."

*United States Constitution, First Amendment*

> Right to Petition; Freedom of Association.

PROBABLE CAUSE:
*Brinegar v. U.S.*, 388 US 160 (1949)

> Probable Cause to Arrest - Provides details on how to determine if a crime has been or is being committed.

*Carroll v. U.S.*, 267 US 132 (1925)

> Probable Cause to Search - Provides details on the belief that seizable property exists in a particular place or on a particular person.

*Draper v. U.S. (1959)*

> Probable cause is where known facts and circumstances, of a reasonably trustworthy nature, are sufficient to justify a man of reasonable caution in the belief that a crime has been or is being committed. Reasonable man definition; common textbook definition; comes from this case.

**PRO SE RIGHTS:**
*Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar*, 377 U.S. 1; *v. Wainwright*, 372 U.S. 335; *Argersinger v. Hamlin*, Sheriff 407 U.S. 425

> Litigants can be assisted by unlicensed laymen during judicial proceedings.

*Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

> "Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.

*Davis v. Wechler*, 263 U.S. 22, 24; *Stromberb v. California*, 283 U.S. 359; *NAACP v. Alabama*, 375 U.S. 449

> "The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice."

*Elmore v. McCammon* (1986) 640 F. Supp. 905

> "... the right to file a lawsuit pro se is one of the most important rights under the constitution and laws."

*Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"*

> A next friend is a person who represents someone who is unable to tend to his or her own interest.

*Haines v. Kerner*, 404 U.S. 519 (1972)

> "Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient"... "which we hold to less stringent standards than formal pleadings drafted by lawyers."

*Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233

> Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers.

*Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938)

> "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment."

*NAACP v. Button*, 371 U.S. 415); *United Mineworkers of America v. Gibbs*, 383 U.S. 715; and *Johnson v. Avery*, 89 S. Ct. 747 (1969)

Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law."

*Picking v. Pennsylvania Railway*, 151 F.2d. 240, Third Circuit Court of Appeals

The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

*Puckett v. Cox*, 456 F. 2d 233 (1972) (6th Cir. USCA)

It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer per Justice Black in *Conley v. Gibson* (see case listed above, Pro Se Rights Section).

*Roadway Express v. Pipe*, 447 U.S. 752 at 757 (1982)

"Due to sloth, inattention or desire to seize tactical advantage, lawyers have long engaged in dilatory practices... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, disrespect for the law."

*Sherar v. Cullen*, 481 F. 2d 946 (1973)

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

*Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.*

"The practice of law cannot be licensed by any state/State."

*Sims v. Aherns*, 271 SW 720 (1925)

"The practice of law is an occupation of common right."