MHN

S.  RIA PERSONA LITIGANTS

## DISTRICE COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as in propria persona (that is, without an attorney).

**FILED**
1-29-2008
JAN 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: _Floyd Shepherd_
(Please print)

STREET ADDRESS: _8119 So. Artesian St._

CITY/STATE/ZIP: _Chicago, Illinois 60652_

PHONE NUMBER: _773-590-1873_

CASE NUMBER: _____

_[signature]_ Signature       _1/25/2008_ Date