

# AFFIDAVIT OF SERVICE

**State of Illinois**           **County of**                        **United States District Court**

Case Number: 08C0622   08cv0622

MAR 27 2008

Plaintiff:
**Floyd Shepherd**

vs.

Defendant:
**Home Comings Financial GMAC**

FILED

MAR 27 2008

For:
 Floyd Shepherd

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Received by Pennsylvania Professional Process Svc. to be served on **Home Comings Financial GMAC, 3451 Hammond Ave., Waterloo, IA, 50702.** I, _Paul Ackerman_, being duly sworn, depose and say that on the _3_ day of _March_, 20_08_ at _9:24_ a.m., executed service by delivering a true copy of the **Summons in a Civil Case; Mechanic's Lien; Complaint; Affidavit of Demand for Verified Complaint and Proof of Jurisdiction; Affidavit of Notice of Special Appearance** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _Charles Hoecker_ as _Senior Vice President_ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

( ) **CORPORATE SERVICE:** By serving _____ as _____

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Paul Ackerman_

Subscribed and Sworn to before me on the _3_ day of _March_, _2008_ by the affiant who is personally known to me.

_Charlene Ackerman_
**NOTARY PUBLIC**

PROCESS SERVER # _Not required in Iowa_
Appointed in accordance
 with State Statutes

**Pennsylvania Professional Process Svc.**
48 W. High St.
P.O. Box 1148
Carlisle, PA  17013
(800) 863-2341
Our Job Serial Number: 2008000122

Charlene Ackerman
Notarial Seal - Iowa
Commission No. 739322
My Commission Expires Feb. 24, 2009

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i