IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLOYD SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-622 |
| ) | |
| HOMECOMINGS FINANCIAL (GMAC). ) | Judge Gottschall |
| ) | Magistrate Judge Brown |
| Defendant. ) | |
| ) | |

**DEFENDANT HOMECOMINGS FINANCIAL LLC'S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Homecomings Financial, LLC ("Homecomings"), incorrectly sued as "Homecomings Financial (GMAC)," by its attorney, Simon Fleischmann, respectfully moves this Court for an order enlarging its time to answer or otherwise please in the above captioned lawsuit. In support of its Motion, Homecomings states as follows:

1. According to the Court docket, Plaintiff purportedly served Homecomings with a Summons and Complaint (styled as an "Affidavit of Truth") on March 3, 2008 at a Homecomings payment processing center in Waterloo, Iowa. The Complaint, filed on January 29, 2008, asserts twelve (12) causes of action against Homecomings, including claims under (1) the Fair Debt Collection Practices Act; (2) the 4th Amendment of the U.S. Constitution; (3) the 5th Amendment of the U.S. Constitution; (4) the 6th Amendment of the U.S. Constitution; (5) the 9th Amendment of the U.S. Constitution; (6) the 10th Amendment of the U.S. Constitution; (7) the 13th Amendment of the U.S. Constitution; (8) 42 U.S.C. § 1982; (9) 42 U.S.C. § 1983; (10) 42 U.S.C. § 1985; (11) 18 U.S.C. § 1001; and (12) 42 U.S.C. § 1986.

2. Homecomings is investigating this matter and is prepared to explore the possibility of settlement with the Plaintiff. Homecomings therefore requests an additional

twenty-one (21) days to answer or otherwise plead.  This request is not made for the purposes of delay or prejudice.

    WHEREFORE, Defendant Homecomings Financial, LLC respectfully requests entry of an Order enlarging its time to answer or otherwise plead in response to Plaintiff's Complaint by twenty-one (21) days, up to and including April 14, 2008, and awarding such further relief as this Court deems just and appropriate.

DATED: March 31, 2008            Respectfully Submitted,

                                        HOMECOMINGS FINANCIAL LLC

                                        By /s/ Simon A. Fleischmann
                                             One of Its Attorneys

Simon A. Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0462
Facsimile:  312.896.6471

## CERTIFICATE OF SERVICE

     I, Simon A. Fleischmann, an attorney, certify that I caused the foregoing document to be served upon all persons and entities registered to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system and upon Floyd Shepherd, 8119 S. Artesian Ave., Chicago, IL 60652-2838 via U.S. Mail via U.S. Mail on Monday, March 31, 2008.

DATED: March 31, 2008

                                                By  /s/ Simon A. Fleischmann
                                                      Simon A. Fleischmann