IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLOYD SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-622 |
| ) | |
| HOMECOMINGS FINANCIAL (GMAC). ) | Judge Gottschall |
| ) | Magistrate Judge Brown |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:   Floyd Shepherd
    8119 So. Artesian St.
    Chicago, IL 60652

    PLEASE TAKE NOTICE that on Wednesday, April 2, 2008 at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendant's Motion to Enlarge Time to Answer or Otherwise Plead, a duplicate of which is hereby served upon you.

DATED: March 31, 2008                HOMECOMINGS FINANCIAL LLC


                            By   /s/ Simon A. Fleischmann
                               One of Its Attorneys

Simon A. Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0462
Facsimile:  312.896.6471

## CERTIFICATE OF SERVICE

I, Simon A. Fleischmann, an attorney, certify that I caused the foregoing document to be served upon all persons and entities registered to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system and upon Floyd Shepherd, 8119 S. Artesian Ave., Chicago, IL 60652-2838 via U.S. Mail via U.S. Mail on Monday, March 31, 2008.

DATED: March 31, 2008

By  /s/ Simon A. Fleischmann
Simon A. Fleischmann