**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Floyd Shepherd
                              Plaintiff,

v.                                                Case No.: 1:08−cv−00622
                                                Honorable Joan B. Gottschall

Homecomings Financial (GMAC)
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/2/2008. MOTION by Defendant Homecomings Financial (GMAC) for extension of time to answer or otherwise plead on or before 4/14/08 [10] is granted. Plaintiff failed to appear. Plaintiff is required to appear at all scheduled status hearings. Failure to appear on 6/4/08 will result in dismissal of this case for want of prosecution. ( Status hearing set for 6/4/2008 at 09:30 AM.)Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.