IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Floyd Shepherd,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Homecomings Financial (GMAC) ) <br> ) <br> Defendant. ) | Case No. 08-cv-622 <br><br> Judge Gottschall <br> Magistrate Judge Brown |

**DEFENDANT HOMECOMINGS FINANCIAL LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Defendant Homecomings Financial, LLC ("Homecomings"), incorrectly sued as "Homecomings Financial (GMAC)," by its attorneys, Simon Fleischmann and Jason Nash, respectfully moves this Court for an order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, Homecomings states as follows:

1. Plaintiff Floyd Shepherd ("Plaintiff") filed his fifteen (15) paragraph Complaint on January 29, 2008, purporting to assert twelve (12) causes of action against Homecomings under each of the following: (1) the Fair Debt Collection Practices Act; (2) the 4th Amendment; (3) the 5th Amendment; (4) the 6th Amendment; (5) the 9th Amendment; (6) the 10th Amendment; (7) the 13th Amendment; (8) 42 U.S.C. § 1982; (9) 42 U.S.C. § 1983; (10) 42 U.S.C. § 1985; (11) 18 U.S.C. § 1001; and (12) 42 U.S.C. § 1986.

2. As set forth in detail in the accompanying Homecomings Financial LLC's Memorandum of Law in Support of its Motion to Dismiss, most of Plaintiff's purported claims are not recognized causes of action or are otherwise precluded by statute.

3. Plaintiff's Complaint lacks any factual allegations sufficient to put Homecomings on notice of the claims being asserted against it pursuant to the pleading standard set forth by the U.S. Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1964-65 (2007).

4. Plaintiff fails to state a claim under the Fair Debt Collection Practices Act because Homecomings is not a "debt collector" as defined by the statute, nor has Plaintiff alleged Homecomings engaged in debt collection practices of any kind.

5. Plaintiff fails to state a discrimination claim because Plaintiff has not alleged that Homecomings' actions were motivated by class-based discrimination.

6. Plaintiff fails state a claim under 42 U.S.C. § 1983 because Homecomings is not, and has not been alleged to be, a state actor or acting under color of state authority.

7. Accordingly, Homecomings must be dismissed under Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendant Homecomings Financial, LLC, incorrectly sued as "Homecomings Financial (GMAC)," respectfully requests that this Court enter an order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and awarding such further relief as this Court deems just and appropriate.

DATED: April 14, 2008                     Respectfully Submitted,

                                          HOMECOMINGS FINANCIAL LLC


                                          By   /s/ Simon A. Fleischmann
                                             One of Its Attorneys

Simon A. Fleischmann (6274929)
Jason Nash (6286942)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0462
Facsimile:  312.896.6471

## CERTIFICATE OF SERVICE

I, Simon A. Fleischmann, an attorney, certify that I caused the foregoing document to be served upon all persons and entities registered to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system and the following individual:

Floyd Shepherd
8119 S. Artesian Ave.
Chicago, IL 60652-2838

via U.S. Mail on April 14, 2008.

DATED: April 14, 2008

By   /s/ Simon A. Fleischmann
    Simon A. Fleischmann