IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Floyd Shepherd, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-622 |
| | ) |
| Homecomings Financial (GMAC) | ) Judge Gottschall |
| | ) Magistrate Judge Brown |
| Defendant. | ) |

## NOTICE OF MOTION

TO:    Floyd Shepherd
       8119 So. Artesian St.
       Chicago, IL 60652

PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendant's Motion to Dismiss, a duplicate of which is hereby served upon you.

DATED: April 14, 2008                   HOMECOMINGS FINANCIAL LLC


                                        By  /s/ Simon A. Fleischmann
                                            One of Its Attorneys

Simon A. Fleischmann (6274929)
Jason Nash (6286942)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0462
Facsimile:  312.896.6471

CHI1 1479364v.1

## CERTIFICATE OF SERVICE

    I, Simon A. Fleischmann, an attorney, certify that I caused the foregoing document to be served upon all persons and entities registered to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system and the following individual:

Floyd Shepherd
8119 S. Artesian Ave.
Chicago, IL 60652-2838

via U.S. Mail on April 14, 2008.

DATED: April 14, 2008

                                By   /s/ Simon A. Fleischmann
                                     Simon A. Fleischmann