# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 622 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Shepherd vs. Homecomings Financial | | |

**DOCKET ENTRY TEXT**

Briefing schedule as to Defendant Homecomings Financial LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [14] is as follows: (Responses by 5/8/2008. Replies by 5/22/2008). Ruling by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|