



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FLOYD SHEPHERD, )
Plaintiff, )
)
v. ) Case No. 08-cv-622
)
HOMECOMINGS FINANCIAL (GMAC)) Judge Gottschal
Defendants. ) Magistrate Judge Brown

# MOTION TO STRIKE

FILED

APR 3 0 2008 T C
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Simon A Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL. 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Please take notice that on Wednesday, May 15th, 2008 at 9:30 a.m. PLAINTIFF Floyd Shepherd will meet with the Honorable Judge Joan B. Gottschal or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs notice of motion. Motion to strike defendants recent motion, which plaintiff never received. For an order, for the defendant, to send proper notice of hearings, and to send notice of hearings by certified mail.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

1. Plaintiff looked over all documents received from defendant; plaintiff never received a notice of presentment. In the document received from the court titled statement it states that strict compliance with Local Rule 5.3 is required.

2. Plaintiff never received defendant's motion to dismiss.

3. USDC document titled statement was dated 4/21/2008. Postmarked 4/28/2008. Received by plaintiff on 4/29/2008.

4. The above statement is the only notice plaintiff received about court date for 4/24/2008.



5. Plaintiff never received a 5-day noticed as required by FRCP 6c.

6. The date on the statement from USDC of 4/21/2008, does not give plaintiff enough time to respond.

7. Plaintiff has been threaten twice by the court for possible prosecutions. For missing two court dates, which is no fault of the plaintiff.

8. Plaintiff has no knowledge that defendant has been warned. This is the second time that defendant has not followed procedures.

9. Plaintiff does not wave is due process rights. Ex Parte is against due process.

Certificate of Service

UNDER PENALTY OF PERJURY, I certify that a copy of the foregoing was sent certified mail receipt # 7007-2560-0000-9077-2958, mailed to Simon A. Fleischmann, of Locke, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 30th, day of April 2008.

Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873

Enclosed: Notice of Presentment, Notice of Motion, Motion To Strike.