UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLOYD SHEPHERD, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HOMECOMINGS FINANCIAL (GMAC) )<br>    Defendants. ) | Case No. 08-cv-622<br><br>Judge Gottschal<br>Magistrate Judge Brown |

### NOTICE OF PRESENTMENT

To: Simon A Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL. 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

**FILED**
APR 3 0 2008 TC
APr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on Wednesday, May 15th, 2008 at 9:30 a.m. PLAINTIFF Floyd Shepherd will meet with the Honorable Judge Joan B. Gottschal or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs notice of motion. Motion to strike defendants recent motion, which plaintiff never received. For an order, to strike defendants recent motion to dismiss, for the defendant to send proper notice of hearings, and to send notice of hearings by certified mail.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

### Certificate of Service

UNDER PENALTY OF PERJURY, I certify that a copy of the foregoing was sent certified mail receipt # 7007-2560-0000-9077-2958, mailed to Simon A. Fleischmann, of Locke, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 30th, day of April 2008.

1

*[signature: Floyd Shepherd]*

Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873

Enclosed: Notice of Presentment, Notice of Motion, Motion To Strike.