IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Floyd Shepherd,            ) | |
| )  | |
| Plaintiff,          ) | |
| ) | |
| v.                         ) | Case No. 08-cv-622 |
| ) | |
| Homecomings Financial (GMAC)  ) | Judge Gottschall |
| ) | Magistrate Judge Brown |
| Defendant.        ) | |

**DEFENDANT HOMECOMINGS FINANCIAL, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Defendant, Homecomings Financial, LLC ("Homecomings"), by its attorneys, Simon A. Fleischmann and Douglas R. Sargent, responds to Plaintiff's Motion to Strike as follows:

Plaintiff filed his second Motion to Strike on April 30, 2008. The thrust of Plaintiff's motion is that he did not receive sufficient notice of two hearings in this case: (1) the initial status hearing on April 2, 2008, and (2) Homecoming's Motion to Dismiss, which was set for a hearing on April 24, 2008 but stricken from the call that day pursuant to a minute order setting a briefing schedule.

However, Plaintiff received sufficient notice of both hearings. First, The Court set the April 2, 2008 initial status hearing more than three weeks in advance by order dated March 10, 2008 (Exhibit 1). In addition, Homecomings' Notice of Motion and Motion to Dismiss were served via U.S. Mail on April 14, 2008, ten days prior to the April 24, 2008 hearing date. The certificate of service signed by Homecoming's attorney (Exhibit 2) is proof of such service under Local Rule 5.5(a)(1). Accordingly, Plaintiff's assertion that he failed to appear for both hearings through no fault of his own is belied by the record.

Plaintiff has further failed to establish cause for an order requiring all future papers to be served by certified mail as opposed to the methods of service provided in the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, Plaintiff's Motion to Strike should be denied.

WHEREFORE, Defendant Homecomings Financial, LLC, respectfully requests that this Court enter an order denying Plaintiff's Motion to Strike, and awarding such further relief as this Court deems just and appropriate.

DATED: May 2, 2008                                    Respectfully Submitted,

                                                      HOMECOMINGS FINANCIAL LLC


                                                      By   /s/ Simon A. Fleischmann
                                                         One of Its Attorneys

Simon A. Fleischmann (6274929)
Douglas R. Sargent (6290671)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0462
Facsimile:  312.896.6471

## CERTIFICATE OF SERVICE

    I, Simon A. Fleischmann, an attorney, certify that I caused the foregoing document to be served upon all persons and entities registered to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system and the following individual:

Floyd Shepherd
8119 S. Artesian Ave.
Chicago, IL 60652-2838

via U.S. Mail on May 2, 2008.

DATED: May 2, 2008

                                        By  /s/ Simon A. Fleischmann
                                              Simon A. Fleischmann