UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY - 8 2008
MAY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FLOYD SHEPHERD,        )
       Plaintiff,        )
               )
v.        )        Case No. 08-cv-622
               )
HOMECOMINGS FINANCIAL (GMAC))        Judge Gottschal
       Defendants.        )        Magistrate Judge Brown

JUDICIAL NOTICE
5 ILCS 50 AND 735 ILCS 105/5-5

## 1. JURISDICTION

The U.S. Supreme Court has confirmed that there is no basis to believe that any part of the federal government enjoys any legislative jurisdiction within the state of the Union, including in it capacity as lawmaker for the general government. This was confirmed by one attorney who devoted his life to the study of Constitutional law below:

"§79. [...] There cannot be two separate and independent sovereignties within the same limit or jurisdiction; nor can there be two distinct and separate authority within the same jurisdiction. The right and of commanding in the last resort can be possessed only by one body of people inhabiting the same territory, and can be executed only by those intrusted with the execution of such authority."
[Treatise on Government, Joel Tiffany, p49. Section 78;
Source: http://famguardian.org/Publications/TreatiseOnGovernment/TreatOnGovt.pdf

U.S. Supreme Court case of Steel Co v. Citizens for A Better Environment, 523 U.S 83.

Justice Scalia:

"We decline to endorse such an approach because it carries the courts beyond the bounds of authorized judicial action and thus offends fundamental principles of separation of powers. This conclusion should come as no surprise, since it is reflected in a long and venerable line of our cases. "Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." Ex parte McCardle, 7 Wall. 506, 514 (1869). "On every writ of error or appeal, the first and fundamental question is that of jurisdiction, first, of this court, and then of the court from

1

which the record comes. This question the court is bound to ask and answer for itself, even when not otherwise suggested, and without respect to the relation of the parties to it." Great Southern Fire Proof Hotel Co. v. Jones, 177 U.S., supra, at 453. The requirement that jurisdiction be established as a threshold matter "spring[s] from the nature and limits of the judicial power of the United States" and is "inflexible and without exception." Mansfield, C. & L. M. R. Co. v. Swan, 111 U.S. 379, 382 (1884)."

. . .

"[E]very federal appellate court has a special obligation to 'satisfy itself not only of its own jurisdiction, but also that of the lower courts in a cause under review,' even though the parties are prepared to concede it. Mitchell v. Maurer, 293 U.S. 237, 244 (1934). See Juidice v. Vail, 430 U.S. 327, 331—332 (1977) (standing). 'And if the record discloses that the lower court was without jurisdiction this court will notice the defect, although the parties make no contention concerning it. [When the lower federal court] lack[s] jurisdiction, we have jurisdiction on appeal, not of the merits but merely for the purpose of correcting the error of the lower court in entertaining the suit.' United States v. Corrick, 298 U.S. 435, 440 (1936) (footnotes omitted)." Arizonans for Official English v. Arizona, 520 U.S. ___, (slip op., at 28) (1997), quoting from Bender v. Williamsport Area School Dist., 475 U.S. 534, 541 (1986) (brackets in original). . . "

....

"While some of the above cases must be acknowledged to have diluted the absolute purity of the rule that Article III jurisdiction is always an antecedent question, none of them even approaches approval of a doctrine of "hypothetical jurisdiction" that enables a court to resolve contested questions of law when its jurisdiction is in doubt. Hypothetical jurisdiction produces nothing more than a hypothetical judgment--which comes to the same thing as an advisory opinion, disapproved by this Court from the beginning. Muskrat v. United States, 219 U.S. 346, 362 (1911); Hayburn's Case, 2 Dall. 409 (1792). Much more than legal niceties are at stake here. The statutory and (especially) constitutional elements of jurisdiction are an essential ingredient of separation and equilibration of powers, restraining the courts from acting at certain times, and even restraining them from acting permanently regarding certain subjects. See United States v. Richardson, 418 U.S. 166, 179 (1974); Schlesinger v. Reservists Comm. to Stop the War, 418 U.S. 208, 227 (1974). For a court to pronounce upon the meaning or the constitutionality of a state or federal law when it has no jurisdiction to do so is, by very definition, for a court to act ultra vires."

2. VOID JUDGEMENT

A "void" judgment, as we all know, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus here, by). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen old wound and once more probe its *depths*. And it is then as though trial and adjudication had never been. Fritts v. Krugh, Supreme Court of Michigan, 92 N.W.2d 604, 354 Mich. 97 (10/13/58).

2

Black's Law Dictionary, Sixth Edition, page 1574
Void judgment. One which has no legal force or effect, invalidity of which may be asserted by any person whose rights are affected at any time and at any place directly or collaterally. Reynolds v. Volunteer State Life Ins. Co., Tex.Civ.App., 80 S.W.2d 1087, 1092. One which from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. Judgment is a "void judgment" if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process. Klugh v. U.S., D.C.S.C., 610 F.Supp. 892, 901. See also Voidable judgment.

### 3. THE DEFENDANT HAS NO STANDING TO SUE (DOCTRINE)

ROGAN vs. MORTON, 167 Mich. App. 483, 423 NW 2nd 37 (A 1988 CASE)

WHITE LAKE IMPROVEMENT ASS'N VS. WHITEHALL, 22 Mich. App. 262, 177 NW 2nd 473 (a 1970 case)

Sawyer V. Prickett. 19 Wall. 146.22 L.Ed. 105

The 6th Amendment to the Constitution of the United States of America

### 4. THE PLAINTIFF WAS DENIED DUE PROCESS BY ALLOWING THE DEFENDANTS ATTORNEY ADMMISSIONS, STATEMENTS AND BRIEFS WHICH CONSTITUTED HERSEAY UNDER ILLINOIS AND FEDERAL LAW THEREBY DENING THE PLAINTIFF THE RIGHT OF CONFRONTATION UNDER THE UNITED STATE CONSTITUTION

UNITED STATES v. LOVASCO (06/09n7) 431.S. 783. 97 S Ct. 2044. 51 LEd. 2d 752,

GONZALES v. BUIST. (04/04/121 224 U.S. 126. 56 LEd. 693. 32 S Ct 463

BOLT v. UNITED STATES (10131/10) 218 U.S. 245, 54 L. Ed. 1021.31 S Ct. 2

Trinsey v. Paeliaro. D.C.Pa. 1964.229 F. Supp. 647.

Oklahoma Court Rules and. Procedure, Federal Local Rule 7.1 (h).

## 5. DEFENDANT HOMECOMINGS FINANCIAL IS A DEBT COLLECTOR BY SAYING AND I QUOTE "THIS IS AN ATTEMPT TO COLLECT A DEBT"
SEE EXHIBIT 2

## 6. FORECLOSURE-UNITED STATE CODE

Title 12, Sec. 3753
Single family mortgage encumbering real estate located in any state may be foreclosure by the secretary in accordance with this chapter or pursuant to other foreclosure procedures available, at the option of the secretary.

Title 12, sec. 3754 (a) in general
The secretary may designate a person or persons to serve as a foreclosure commissioner or commissioners for the purpose of foreclosure upon a single family mortgage

## 7. DUTY OF A LOAN OFFICER
TITLE 12 CHAPTER 38A § 3756
Title 12 Sec. 2605 (e) Duty of loan servicer to respond to borrower inquiries

## 8. VALIDATION OF DEBT
Title 15 § 1692(a) and (b) Validation of debt-ABUSIVE PRACTICES, INADEQUATE LAWS

## 9. HEARSAY EVIDENCE - Rule 801(c) HEARSEY "Hearsay" is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted.

## 10. REQUIREMENT OF ORIGINAL DOCUMENTS

Rule 1002- requirement of the original
To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required except as otherwise provided in these rules or by act of congress.

## 11. MEMORANDUM OF LAW
Our Supreme Court has ruled that "Because a court does not acquire jurisdiction by a mere recital contrary to what is shown in the record"; the record of the case is the determination factor as to whether a court has jurisdiction. State Bank of Zurh v. Thin, 113 ILL. 2d 294, 497 N.E.2d 1156 (1986). A judge's allegation that he has subject-matter jurisdiction is only an allegation (Lombard v. Elmore, 134 Ill.App.3d 898,480 N.E.2d 1329 (1st Dist. 1985); The People v. Brewer, 328 Ill 472, 483 (1928) ("If it could not legally hear the matter upon the jurisdictional paper presented, its finding that it had the power can

add nothing to its authority, it had no authority to make that finding. "). Without the specific findings of jurisdiction by the court in an order or judgment, the order or judgment does not comply with the law and is void. Defendant has placed no fact on the record, No fact appears on record whether by deposition, admission, answers to interrogatory, answer to dispute and request for validation of the debt, or by affidavit to support the averments of plaintiff's pleading.

### 12. ILLINOIS MORTGAGE FORECLOSURE LAW

The Illinois Mortgage Foreclosure Law (IMFL) 735 ILCS 5/2-1101 et. Seq. requires all complaints to foreclosure a mortgage, be verified. A verified complaint means that the plaintiff, or so called lender, has submitted <u>facts of which they have personal first hand knowledge, to the court by testimony, either by appearing and giving oral testimony or by submitting a written and sworn affidavit of having such personal first hand knowledge. These facts and evidence must appear on the record before a judge has been granted subject matter jurisdiction to issue a judgment of foreclosure.</u>

Certificate of Service

I certify that a copy of the foregoing was sent regular mail to Douglas R. Sargent, of Lock, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 8th, day of May 2008.

*[signature]*

Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873

**EXHIBIT (2)**

**Homecomings Financial**
A GMAC Company
PO Box 205
Waterloo, IA 50704-0205

12/10/07

RECEIVED
MAY 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RENEE K SHEPHERD
FLOYD SHEPHERD
8119 S ARTESIAN

CHICAGO          IL 60652

RE:  Account Number      7440273993
     Property Address    8119 S ARTESIAN

              CHICAGO IL 60652

Dear RENEE K SHEPHERD
     FLOYD SHEPHERD

Our records indicate the above-referenced mortgage loan is in default.

Your account is due for 11/01/07, and succeeding payments. This is a demand for payment of the total amount due and owing as of the date of this letter, which is as follows:

| | |
|---|---:|
| Payments .................................... $ | 2609.70 |
| Late Charges ................................ $ | 114.57 |
| Fees, Costs, and other amounts accrued to date ................................. $ | 37.50 |
| Suspense .................................... $ | 0.00 |
| Total Amount Due ............................ $ | 2761.77 |

You may cure the default by paying the total amount due, indicated above, within thirty (30) days from the date of this letter. You are also responsible for paying any additional payments, fees, and charges that become due during this 30-day period. Payments must be made in certified funds or cashier's check. If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

(continued on back)

12/10/07
Account Number  7440273993
Page Two

You are hereby notified your credit rating may be adversely affected if you fail to fulfill the terms of your credit obligations. You are also notified we may visit the above-referenced property from time to time to determine its condition and occupancy status, the costs of which you will be responsible for.

Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings. This could result in the loss of your property. You have the right to assert or defend the non-existence of a default and you may have other rights under state law.

Once in foreclosure, you have the right to reinstate your account up to five days prior to the foreclosure sale of the property if: 1) you pay the total amount due plus any fees, costs and other amounts accrued through the reinstatement date, and 2) you take any other action reasonably required by us to assure the security of the property, as well as your obligations under the loan documents continue in full force and effect.

HUD-approved counseling is available on FHA guaranteed loans by calling 800-569-4287. If you would like to discuss any matter contained in this notice, we encourage you to contact our loan counselors immediately at 800-799-9250.

Collection Department
Loan Servicing

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

5020

**Homecomings Financial**
A GMAC Company
PO Box 205
Waterloo, IA 50704-0205

01/09/08

RENEE K SHEPHERD
FLOYD SHEPHERD
8119 S ARTESIAN

CHICAGO                IL 60652


RE:   Account Number    7440273993
      Property Address  8119 S ARTESIAN

                        CHICAGO IL 60652

Dear RENEE K SHEPHERD
     FLOYD SHEPHERD

Our records indicate the above-referenced mortgage loan is in default.

Your account is due for 12/01/07, and succeeding payments. This is a demand for payment of the total amount due and owing as of the date of this letter, which is as follows:

    Payments ................................... $    2832.79
    Late Charges ............................... $     179.81
    Fees, Costs, and other amounts accrued
        to date ................................ $      48.75
    Suspense ................................... $       0.00
    Total Amount Due ........................... $    3061.35

You may cure the default by paying the total amount due, indicated above, within thirty (30) days from the date of this letter. You are also responsible for paying any additional payments, fees, and charges that become due during this 30-day period. Payments must be made in certified funds or cashier's check. If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

(continued on back)

01/09/08
Account Number  7440273993
Page Two


You are hereby notified your credit rating may be adversely affected if you fail to fulfill the terms of your credit obligations. You are also notified we may visit the above-referenced property from time to time to determine its condition and occupancy status, the costs of which you will be responsible for.

Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings. This could result in the loss of your property. You have the right to assert or defend the non-existence of a default and you may have other rights under state law.

Once in foreclosure, you have the right to reinstate your account up to five days prior to the foreclosure sale of the property if: 1) you pay the total amount due plus any fees, costs and other amounts accrued through the reinstatement date, and 2) you take any other action reasonably required by us to assure the security of the property, as well as your obligations under the loan documents continue in full force and effect.

HUD-approved counseling is available on FHA guaranteed loans by calling 800-569-4287. If you would like to discuss any matter contained in this notice, we encourage you to contact our loan counselors immediately at 800-799-9250.


Collection Department
Loan Servicing

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

5020

**Homecomings Financial**
A GMAC Company
PO Box 205
Waterloo, IA 50704-0205

02/08/08

RENEE K SHEPHERD
FLOYD SHEPHERD
8119 S ARTESIAN

CHICAGO IL 60652

                    YOUR IMMEDIATE ATTENTION IS REQUIRED

RE:   Account Number      7440273993
      Property Address    8119 S ARTESIAN

                          CHICAGO IL 60652

Dear   RENEE K SHEPHERD
       FLOYD SHEPHERD

You were previously notified of your default and the demand for
reinstatement on the above account.

Because you have failed to reinstate, your account may be sent to
an attorney to initiate foreclosure action. Upon referral, you
may incur substantial fees and costs, and the foreclosure status
will be reported to credit agencies.

Upon completion of the foreclosure:
    * You will lose title to the property.
    * You may be liable for the foreclosure costs, including
      attorney fees.
    * You may be personally liable for any remaining balance
      due.
    * The foreclosure will be reported to credit agencies and to
      the Internal Revenue Service.

If you wish to discuss possible alternatives to avoid the
foreclosure action, please contact us at 800-799-9250.

Notice - This is an attempt to collect a debt and any information
obtained will be used for that purpose. If your debt has been
discharged in bankruptcy, our rights are being exercised against
the collateral for the above-referenced account, not as a
personal liability.

Loss Mitigation Department
Loan Servicing
5025