UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

FILED
MAY - 9 2008
5-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FLOYD SHEPHERD, )
    Plaintiff, )
)
v. ) Case No. 08-cv-622
)
HOMECOMINGS FINANCIAL (GMAC)) Judge Gottschall
    Defendants. ) Magistrate Judge Brown

~~NOTICE OF~~ MOTION To Strike

To:
  Locke Lord Bissell & Liddell LLP
  111 South Wacker Drive
  Chicago, IL. 60606-4410
  Telephone: 312-443-0462
  Facsimile: 312-896-6471

PLAINTIFF Floyd Shepherd received a letter from defendant postdated May 5th, 2008. The letter stated that Homecomings Financial was not a debt collector. Upon the evidence presented, Homecomings, LLC is a debt collector. Defendant wants to dismiss this case based on 12(b)(6). Defendants lack any real evidence based on hearsay. This is also in reply to his motion to dismiss.

Certificate of Service

I certify that a copy of the foregoing was emailed and mailed to Douglas R. Sargent, of Lock, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 9th, day of May 2008.

                                          Floyd Shepherd,
                                          8119 S. Artesian St.
                                          Chicago, Illinois 60652
                                          773-590-1873

1