UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FLOYD SHEPHERD, )
       Plaintiff, )
)
v. ) Case No. 08-cv-622
)
HOMECOMINGS FINANCIAL (GMAC)) Judge Gottschall
       Defendants. ) Magistrate Judge Brown

**FILED MAY 9 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## NOTICE OF PRESENTMENT

To: Simon A Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL. 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Please take notice that on Thursday, May 15th, 2008 at 9:30 a.m. PLAINTIFF Floyd Shepherd will meet with the Honorable Judge Joan B. Gottschall or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs notice of motion. Motion to strike defendants recent motion to dismiss. For an order to complete discovery.

### Certificate of Service

I certify that a copy of the foregoing was emailed and mail receipt, mailed to Douglas Sargent, of Locke, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 9th, day of May 2008.

                                                     Floyd Shepherd,
                                                     8119 S. Artesian St.
                                                     Chicago, Illinois 60652
                                                     773-590-1873