UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FLOYD SHEPHERD, )
    Plaintiff, )
     )
v. ) Case No. 08-cv-622
     )
HOMECOMINGS FINANCIAL (GMAC))   Judge Gottschall
    Defendants . ) Magistrate Judge Brown

FILED MAY 9 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

PLAINTIFFS SECOND JUDICIAL NOTICE
5 ILCS 50 AND 735 ILCS 105/5-5

Plaintiff filed his first judicial notice on May 8th, 2008.

UNIFORM COMMERCIAL CODE
Plaintiff has a superior lien against his name and property. Filed in the docket and in the county, as the UCC Financing Statement. CCRD #0624132051. Secured party first in line. See Diversified metal products v. T-Bow company trust, IRS, et al.

AFFIDAVIT OF CITIZENSHIP, DOMICILE, AND TAX STATUS
This document was filed in the docket. See why I am not a citizen but an American national.

DISCOVERY

Defendant received plaintiffs request for production, plaintiff first set of interrogatories and plaintiff request for admissions. Douglas Sargent signed for all three documents. These items were sent certified mail receipt. Tracking number is 7007-2560-0000-9077-3092. Defendant wants to dismiss this case for lack of factual sufficient allegations. This is stated on line 3.

The facts are that this case cannot be dismissed because discovery is not complete. Defendant is already in default by acquiescence. Attorney's claims are hearsay and are against due process and his opinions are not law. Plaintiff never received verification of the debt.

Since this debt has not been verified by the DEFENDANT, PLAINTIFFS labor and property have been stolen.

On May 7th, 2008 plaintiff filed in the docket plaintiff second memorandum to squash

1

summary judgment favoring defendant. This was sent overnight express, signed for by K. Janas. #EH 129457568 US. These documents included six exhibits. Also the discovery papers were included and stamped by a notary acceptor to verify they were mailed.

Exhibit 1 dated 10/24/2007, response from defendant about verification of the debt letter.
Exhibit 2 Homecomings financial attempting to collect a debt.
Exhibit 3 Blacks law dictionary 4th edition on hearsay
Exhibit 4 Blacks law dictionary 4th edition o debt.
Exhibit 5 Mechanics lien Doc# 0702439107
Exhibit 6 Mechanics lien Doc# 0803010070

### HOMECOMINGS DEFAULTED BY ACQUIESCENCE

Affidavit of default / judgment and of Estoppel by acquiescence. Filed in the court and filed in the county recorders office on 11/14/2007  #0731803054

### QUESTION FOR THE COURT

Since I am guaranteed a fair and impartial trial, how is that possible when you, the presiding judge, and the attorney are paid by the state. In this situation, it is impossible for me to have a fair trial. Where does your interest lie? Is that correct?

Certificate of Service

I certify that a copy of the foregoing was sent regular mail and emailed to Douglas R. Sargent , of Lock, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 9th, day of May 2008.

Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873

2