## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 622 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Shepherd vs. Homecomings Financial | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to strike defendants recent motion [20] is denied. Plaintiff's motion to strike [26] is denied. Responses to outstanding discovery are due fourteen (14) days after the ruling on pending motion to dismiss.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|