

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FLOYD SHEPHERD,       )
    Plaintiff,       )
                    )
  v.                  )  Case No. 08-cv-0622
                    )
HOMECOMINGS FINANCIAL (GMAC))  Judge Gottschall
    Defendants.    )  Magistrate Judge Brown

### NOTICE OF PRESENTMENT

To: Douglas Sargent
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL. 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Please take notice that on Thursday, May 29th, 2008 at 9:30 a.m. PLAINTIFF Floyd Shepherd will meet with the Honorable Judge Joan B. Gottschal or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs motion to compell. For an order for defendant to complete discovery.

### Certificate of Service

I certify that a copy of the foregoing was emailed and mailed to Douglas Sargent, of Locke, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 16th, day of May 2008.

RECEIVED
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873

1