UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Page 1 of 3

| | |
|---|---|
| FLOYD SHEPHERD, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-622 |
| ) | |
| HOMECOMINGS FINANCIAL (GMAC), ) | Judge Gottschall |
| Defendants. ) | Magistrate Judge Brown |

**PLAINTIFFS MOTION TO ENFORCE DUE PROCESS AND TO DENY ATTORNEYS ADMISSION STATEMENTS AND BRIEFS WHICH CONSTITUTES HEARSAY EVIDENCE**

Plaintiff was denied due process by allowing the attorneys admission statements and briefs, which constitutes hearsay evidence under Illinois and federal law. Denying the plaintiff confrontation with homecomings financial. Plaintiff moves the court for an order-denying defendant to enter hearsay evidence into the docket and testifying before the court.

<u>DUE PROCESS</u> - The idea that laws and legal proceedings must be fair. The Constitution guarantees that the government cannot take away a person's basic rights to 'life, liberty or property, without due process of law.' Courts have issued numerous rulings about what this means in particular cases.

The Fourteenth Amendment prohibits the deprivation of liberty or property without due process of law. A due process claim is cognizable only if there is a recognized liberty or property interest at stake. <u>Board of Regents v. Roth, 408 U.S. 564, 69 (1972).</u>

<u>U.S. Constitution: Fifth Amendment</u>
Fifth Amendment - Rights of Persons
Amendment Text | <u>Annotations</u>
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

<u>PLAINTIFF HAS THE RIGHT OF CONFRONTATION</u>
U.S. Constitution: Sixth Amendment
Sixth Amendment - Rights of Accused in Criminal Prosecutions

1

Amendment Text | <u>Annotations</u>

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

<u>ATTORNEYS CAN'T TESTIFY</u>

Attorneys can't testify, Statements of counsel in brief or in oral argument are not facts before the court.

UNITED STATES v. LOVASCO (06/09n7) 431.S. 783. 97 S Ct. 2044. 51 LEd. 2d 752,

GONZALES v. BUIST. (04/04/121 224 U.S. 126. 56 LEd. 693. 32 S Ct 463

BOLT v. UNITED STATES (10131/10) 218 U.S. 245, 54 L. Ed. 1021.31 S Ct. 2

Trinsey v. Paeliaro. D.C.Pa. 1964.229 F. Supp. 647.

<u>STATEMENTS OF COUNSEL ARE NOT SUFFICIENT TO DISMISS</u>

Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647. Because the attorney is not a competent witness nor does he has standing in this case nor can he write an affidavit, it is hearsay, or put anything in the file or records, NOR CAN HE TESTISFY AS A WITNESS FOR THE DEFENDANT.!!!

<u>FACTS ARE BASED ON PERSONAL APPEARANCE</u>
Where facts are to be determined on basis of hearings, before administrative agencies, personal appearance of witnesses is necessary. Holt v. Raleigh City Bd. of Ed., D.C.N.C.958. 164 F. Supp. 853, affirmed 265 F. 2d 95, certiorari denied 80 S. Ct. 59, 361 U.S. 818, 4 L Ed 2d 63. Throughout the entire case, there HAS NOT been one competent witness who appeared. Before a court can proceed judicially, jurisdiction must be complete; consisting of two opposing party (ies), Homecomings financial has never been present. An attorney can compromise his role as advocate by filing affidavits on behalf of his client.

Page 2 of 3

## CERTIFICATE OF SERVICE

I Floyd Shepherd, Plaintiff will mail this 3 page document on May 22nd, 2008 to Douglas Sargent, LOCKE LORD BISSELL & LIDDELL LLP, 111 South Wacker Drive, Chicago, IL. 60606-4410. Telephone: 312-443-0462 Fax: 312-896-6471

Floyd Shepherd, Plaintiff

*[signature]*

In Propria Persona
Date: May 22nd, 2008

**Floyd Shepherd**
8119 S. Artesian St.
Chicago, IL. 60652
773-590-1873
forhealthreasons1@yahoo.com
Page 3 of 3