

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **FLOYD SHEPHERD,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-622 |
| | ) | |
| **HOMECOMINGS FINANCIAL (GMAC)** | ) | Judge Gottschall |
| Defendants. | ) | Magistrate Judge Brown |

### NOTICE OF PRESENTMENT

To: Douglas Sargent
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL. 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Please take notice that on Thursday, May 29th, 2008 at 9:30 a.m. PLAINTIFF Floyd Shepherd will meet with the Honorable Judge Joan B. Gottschal or any judge sitting in her stead in courtroom 2325 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs motion to dismiss defendants motion to dismiss and to dismiss plaintiff case based on 12(b)(4).

### Certificate of Service

I certify that a copy of the foregoing was mailed to Douglas R. Sargent, of Locke, Lord Bissell and Liddell, LLP, 111 South Wacker Drive, Chicago Illinois 60606. On this 22nd, day of May 2008

_____
Floyd Shepherd,
8119 S. Artesian St.
Chicago, Illinois 60652
773-590-1873