UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Floyd Shepherd
                              Plaintiff,
v.                                         Case No.: 1:08−cv−00622
                                           Honorable Joan B. Gottschall
Homecomings Financial (GMAC)
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable Joan B. Gottschall:On April 2, 2008, the court set this matter for a status hearing at 9:30 a.m. on June 4, 2008. Since then, the defendant has filed a motion to dismiss that is pending before the court. The status hearing set for June 4, 2008 is therefore stricken. The parties do not need to appear on June 4, 2008. The court will rule by mail and, if necessary, set a new date for a status hearing at that time. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.