# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 622 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Floyd Shepherd vs. Homecomings Financial (GMAC) | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached order, defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [14] is granted. The case is dismissed without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | Rhonda Johnson |
|---|---|---|